BISHOP/QUEEN OF THE WESTERN HEMISPHERE OF THE MT. ZION
NATIONAL BOARD OF DIRECTOR MEMBER
SPIRITUAL TEMPLE, INC., QUEEN MOTHER LILLIE MAE JEFFERSON
BISHOP AND SPIRITUAL HEAD OF THE MT. ZION GETHSEMANE HOUSE OF
PRAYER AND SUBSIDIARY CHURCH OF THE MT. ZION SPIRITUAL TEMPLE, INC
OF OAKLAND, CALIFORNIA
BISHOP GRACE JEFFERSON/MT. ZION NATIONAL BOARD OF DIRECTOR MEMBER
NATIONAL BOARDOF DIRECTOR MEMBER
BISHOP BETTY JOHNSON, NATIONAL BOARD OF DIRECTOR MT. ZION SPIRITUAL, INC.
BISHOP GERALD PATTERSON, MT. ZION CHURCH SUPREME COURT CLERK
NATIONAL BOARD OF DIRECTORS MEMBER
KING BISHOP DR. EDDIE C. WELBON, SUCCESSOR, SUPREME LEADER
BISHOP LILLIE MAE JEFFERSON
BISHOP GRACE JEFFERSON, NATIONAL BOARD OF DIRECTOR MEMBER
BISHOP BETTY JOHNSON, NATIONAL BOARD OF DIRECTOR MEMBER
QUEEN MOTHER CAROLYN CUNNINGHAM, NATIONAL BOARD OF DIRECTOR MEMBER
TENNESSEE
BISHOP THEO FRAZIER, NATIONAL BOARD OF DIRECTOR MEMBER
BISHOP GREGORY RICHARDSON, NATIONAL BOARD OF DIRECTOR MEMBER
PRINCE RAYFORD BULLOCK, CHIEF JUSTICE MT. ZION SUPREME COURT TRIBUNAL
SUPREME COURT JUSTICE, MT. ZION CHURCH TRIBUNAL COURT
BISHOP WILLIA CANSON, MT. ZION'S NATIONAL BOARD OF DIRECTOR MEMBER
ARIZONA
DUTCHES RUBY HILL, COLORADO MT. ZION'S NATIONAL BOARD OF DIRECTOR MEMBER
714 BLOSSOM WAY
HAYWARD, CALIFORNIA 94541
TEL: 415-504-7813 510-885-1637 FAX: 415-504-7800

**FILED**

PLAINTIFF IN PRO SE

FEB 1 6 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Case No. 7 - CV - 0 3 2 3 WBS KJM PS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Request For Declaratory Judgment,
and Injunctive Relief, Objection to the
Final Accounting and Report of Co-
Administrator and Petition of the Estate
Louis H. Narcisse Founder of the Mt. Zion
Spiritual Temple, Inc. of Oakland, California
Parent Church Body and National Headquarters
of the Mt. Zion Spiritual Temple, Inc., and Petition
for Settlement Thereof and Petition to Enforce
Trust by the Federal Government of 501©(3) Church
Properties, and to Settle Serious Disputes over
which Institution have vesting title.
Demand For Jury Trial
1.

Plaintiff/Petitioners
VS.
CLINTON KILLIAN
ATTORNEY
BOB CONNOR
REV. ARTHUR BURNETT
ELOISE MC DANIELS
FRANKLIN HARRIS JR.
LILLIAN ROBERTS
BANK OF AMERICA
INNOVATIVE BANK
BANK OF THE WEST
OAKLAND Post Newspaper Group, PAUL CoBB, Mgr. Editor
THOMAS ORLOFF
ALAMEDA COUNTY DISTRICT
ATTORNEY
THE HON. JUDGE CECILIA
CASTELLANOS, ALAMEDA COUNTY
SUPERIOR COURT DEPT. 18
U.S. ATTORNEY
EDMUND G. BROWN, STATE ATTORNEY GENERAL
CALIFORNIA SECRETARY OF STATE
STEVEN H. BOVARNICK, ESQ. 99361, ATTY AT LAW
EST. LOUIS H. NARCISSE
REAL PARTIES IN INTEREST

```
)
)                    2:07 - CV - 0 3 2 3 WBS KJM PS
)                    _____
)                    _____
)                    _____
_____ )
Defendants/Respondent )
_____ )
```

**U.S. CONSTITUTION:**          **FIRST AMENDMENT**

1. First Amendment-Religion and Expression.

2. Congress shall make no law respecting an establishment of religion, or

Prohibiting the free exercise thereof; or abridging the freedom of speech, or of

The press; or the right of the people peaceably to assemble, and to petition the

2.

Government for redress of grievance.

3.   This court has jurisdiction over this complaint because it arises under

The laws of the United States of America.

JURISDICTION AND VENUE

4.   This is a Civil Rights action seeking a declaratory judgment, injunctive relief

and damages to vindicate and to safeguard rights of freedom of assembly and religion

by virtue of Amendments I, V, IX, VIV of the Constitution of the United States and the

State of California.  This Court has jurisdiction of this action pursuant to Title 28 U.S.C.

§§ 1331, 1343(3), 4 and § 1651, and Title 18 U.S.C.§ 241.  This action is authorized by

Title 42 U.S.C.§1981, 1982, 1983, 1985(3), and 1988.

5.   Venue is proper in the Northern District of California, pursuant to Title 28 U.S.C. §

1391(b), because the claims arose in he District.

PARTIES:

6.   The Plaintiff's Bishop Gerald Patterson, King Bishop Dr. Eddie C. Welbon, Bishop

Theo Frazier, Bishop Grace Jefferson, Bishop Betty Johnson, Bishop Gregory Richardson

Chief Justice Prince Bishop Rayford of the Mt. Zion Spiritual Temple Church Supreme Court

Tribunal all or ordained Bishops and is followers of Archbishop King Dr. Eddie C. Welbon",

Mt. Zion Spiritual Temple, Inc., is a church organized under the religious corporation laws of

The State of California with its principal location at 1488 14th Street, Oakland, California

94610.

7.   The Plaintiff's Bishop Gerald Patterson, Bishop King Dr. Eddie C. Welbon, Bishop

Grace Jefferson, Bishop Queen Mother Lillie Mae Jefferson, Bishop Theo Frazier, Bishop

Gregory Richardson and Prince Rayford Bullock, Chief Justice of the Mt. Zion Spiritual

3.

Temple, Inc., Supreme Court is, and all times pertinent herein were citizens of

The United States of America and resident of the State of California and residing

In Oakland, California, Sacramento, California, San Francisco, California and

Hayward, California.

8.   Defendant Clinton Killian is a resident of the City of Oakland, he is a Oakland

Public Political Figure, Real-Estate Investor and speculator, he is also a weekly columnist

And journalist for the Oakland Post Newspaper Group in Oakland, California, and former

City Planning Commissioner for the City of Oakland, California, he is also a licensed

California Attorney.

9.   Defendant John Connor is an investigator for the Alameda County District Attorney's

Office In the City of Oakland.  He is sued in his official capacity, and at all relevant times, he

Has a personal/friendly entanglement with Arthur B. Burnett and Eloise Mc Daniels.  He is

Not a member of Mt. Zion Spiritual Temple, Inc., nor is he a Bishop of the Church.

10. Defendant Arthur B. Burnett is a resident of Oakland, California.  He is personally

Entangled with Eloise Mc Daniels.  He is a former member of the Mt. Zion Spiritual Temple,

Inc., and at all relevant times was not a bishop of the church.

11. Defendant Eloise Mc Daniels is upon information and belief is employed as a police

Officer of the City of Oakland In association with close personal entanglement with

Defendant John Connor of the Alameda County District Attorney's Office, and at all relevant

Times was not a member of the Mt. Zion Spiritual Temple, Inc., or a Bishop of the Church.

---

1 The planning Commission if the legal entity in the Town of Oakland vested with the power, pursuant to the City of Oakland Ordinance, to Regulate, inter alia, within the limits of the Town of Oakland, the location and use of buildings, structures, and land for trade, industry, Residential or other purposes.

4.

12. Defendant Franklin Harris, Jr. is/was an employee of Clinton Killian, and at all time Relevant times was not a member of Mt. Zion Spiritual Temple, Inc., or a Bishop of the Church.

13. Defendant Nicole Hancock is/as an employee of Clinton Killian, and at all relevant Times was not a member of the Mt. Zion Spiritual Temple, Inc., or a Bishop of the Church.

14. Defendant Innovative Bank is a FDIC insured, and Federal Organized "Community Bank" in the Town of Oakland, California, with its principal place of Business in the Town of Oakland, and at relevant times maintained the church's business banking accounts.

15. Defendant Bank of America and Bank of the West Oakland, California is a Bank.

### SUMMARY OF ACTION

16. This action is brought pursuant to Title 42 U.S.C. 1981, 1982, 1983, 1985(3), and 1988. Plaintiffs seek damages and preliminary and permanent injunction enjoining defendants and its employees, successors and agents and all persons subject to its direction and control, from depriving plaintiffs of their constitutional rights as guaranteed by the First fourteen amendments of the United States Constitution.  Plaintiff also seeks declaratory Judgment and Injunctive Relief pursuant to Title 42 U.S.C. § 2201 to determine an actual Controversy between the parties, and reasonable attorney's fees and costs in connection With this suit, pursuant to Title 42 U.S.C.§ 1988.

17. Pendant to the federal claims, this action seeks damages and preliminary and Permanent injunction enjoining defendant and its employees, successors and agents and all persons subject to its direction and control, from depriving plaintiffs of their constitutional and statutory rights, as guaranteed by Article 1,§§ 3, 8, 9 and 11 of the Constitution of the State of California, and by § 52 and 52(b) of the Civil Rights Law

5.

Of the State of California, and Government Code § 11135, and reasonable attorney's

fees and cost in connection with this suit.

## FACTUAL HISTORY

18. In 1945, the internationally renown religious public figure, the Late Bishop Louis

H. Narcisse founded Mt. Zion Spiritual Temple hereinafter "The Church" in Oakland, CA..

The Church is a Internationally hierarchical church consisting of a International Board

Of Directors and National Board of Directors and a Corporation Sole.

19. "His Grace" King Dr. Eddie C. Welbon is the successor to the Late "His Grace King

Louis H. Narcisse elected April 28th, 2005 as his Successor pursuant to the By-Laws and

Constitution of the Church.

20. Plaintiff Bishop Gerald Patterson is a member of the Mt. Zion Spiritual Temple, Inc.,

and a ruling ECCLESIASTICAL Member of the Bishop's Council of the Mt. Zion Spiritual

Temple.

21. It is an essential part of the Plaintiff's way of Life, as dictated by their sincerity held

Religious beliefs and dedication to the ministry of the Gospels, to integrate their religious

Lives through prayerful assembly, speech, ministry, contemplation and conversion with

Others of the same religious persuasion.

22. In accordance with this religious and dedicated way of life and ministry to the
Gospel,

King Dr. Eddie C. Welbon has assembled, and gathered together followers of the Late

Bishop King Louis H. Narcisse, members of the church, and persons of the same or

Religious persuasion for worship, study, prayerful assembly, monarch and spiritual

Contemplation.

23. On or about 1957, and in accordance with the Religious Nonprofit Corporation

6.

Of the State of California, the Church was incorporated as a religious Nonprofit Corporation

Laws of the State of California, the Church as incorporated as a Religious Corporation, Mt.

Zion Spiritual Temple, Inc.

24. On or about 1964, and in accordance with the Religious Nonprofit Corporation Laws

of the State of California, His Grace King Bishop Louis H. Narcisse was incorporated as a

Corporation Sole of the Mt. Zion Spiritual Temple, Inc., a subsidiary and Corporation Sole

that had full and absolute control of the Mt. Zion Spiritual temple and Chief Executive

Officer of Corporation Sole to manage the business affairs of the Mt. Zion Spiritual Temple,

Inc

25. In accordance with the historical, public facts, customarily, policy and by the routine

Practices and customs of the Late King Narcisse, and the church, it is a hierarchical

Religious Institution, with an ecclesiastical head, the "King".

26. King Louis H. Narcisse and the Church integrated into the religious institution's

Hierarchy a ruling body of local, national, international renowned and respected

Ecclestiastical House of Bishops which King Louis H. Narcisse served as Chief Bishop,

King and Chief Executive Officer of the Body and President of the Board of Directors

Of the Mt. Zion Spiritual Temple, Inc., and Corporation of the President of the Mt.

Zion Spiritual Temple, Inc., A Corporation Sole.

3 In the Septuagint(The Greek translation of the Old Testament), episkopos is used for overseer in various senses, for Example; Officers(Judges 9:28, Isaiah 60:17), Supervisors of funds(2 Chronicles 34:12, 17), overseers of priests and levites, (Nehemiah 11:9, 2 Kings 11:18), and of temple and tabernacle functions(Numbers 4:16) God is called episkopos at Job 20:29, Referring to His Role as Judge, and Christ is an Episkopos in 1 Peter 2:25 (RVS: Shepherd and Guardian of Your Souls). The Council of Jerusalem (Acts 15 1-29) bears witness to a definite hierarchical, Episcopal structure of government in the early Church. St. Peter, the Chief elder(the office of Pope) of the entire church(1 Peter 5:1; cf John 21:15-17), presided and issue The authoritative pronouncements(15:17-11).

4. "A Consultative assembly of clergy and lay people from a diocese", Merriam Webster's Online dictionary

27. In accordance with the historical customarily policy and routine practices and

Customs of the Late King Louis H. Narcisse and church, the real property of the church

Church was held, possessed, and controlled by and through the benefit of the Laws,

7.

His rights to privacy with the confines of the church, and his and their rights to equal Protection of the laws, as guaranteed by the First Ninth and Fourteenth Amendments to the United States Constitution. Judge Castellanos Oral Order took away all Insurance Protection the church's had by Ruling that Judge Brick Order of June 10th, 2005 did not give Our Leader King Dr. Eddie C. Authority to act in capacity as Successor and Spiritual Leader Of the Mt. Zion Spiritual Temple, Inc., and that he had no authority to be operating under such order and that he had not authority to be acting under the color of the law. Pursuant to Said order. See attached Order Marked as exhibit "A" and made a part of this instrument.

Judge Castellanos was given judicial notice that a fraud had taken place by the Cross-Complainant Lawyer Clinton Killian and Arthur Burnett by forging Lillian Roberts Name Judge Castellanos Order took away all of our Church Insurance Protection by Ordering that King Dr. Eddie C. Welbon had no authority to put Insurance on church property which leaves the church properties unprotected and also leaves the bishops and chief Administrative unprotected and liable to law suits, foreclosures, unauthorized sales of church's properties and causes the Bishops and policy makers of the Mt. Zion Spiritual Temple, Inc., and the Corporation of the President and CEO King Dr. Eddie C. Welbon not

to be able to function under a previous Judge's order by overturning his order. Judge Castellanos invalidated a legal election held pursuant to the By-Laws and Constitution of the Mt. Zion Spiritual Temple, Inc., and Corporation of the President of the Mt. Zion Spiritual Temple-A-Corporation Sole Pursuant to California Corporation Code 100000. The election to choose King Dr. Eddie C. Welbon will be made available to the court under Separate covers.

6. Award Plaintiff's *compensatory and punitive damages.*
7. Award Plaintiff's costs and attorney's fees pursuant to 42 U.S.C.§ 1988.
8. Validate the Election held by the Mt. Zion Spiritual Temple, Inc. held on April 28th, 2005.
9. For such further relief as the Court finds proper.
10. Order a New Election and let the church determine who should be their Elected leaders.
11. Order the Secretary of State of California to determine if corporations formed by the National Board of Directors and Subsidiary of the Mt. Zion Spiritual Tempe, Inc., are legal and Judge Castellanos Ruling to void all of the newly formed Corporations, established by the Board of Directors.

9.

11. Terminate the Permanent Injunction against the following members of the Mt. Zion Spiritual Temple, Inc. King Dr. Eddie C. Welbon, Successor/Ceo of Mt. Zion Spiritual Temple, Inc., Queen Mother Lillie Mae Jefferson, Prince Rayford Bullock, Orobo Osagie, Leon Roundtree and all Voided Corporations by Judge Cecilia Castellanos, by violating the Members of the Church 1st Amendment Rights under The Constitution of the United States of America.

12. Attached is a Certified List of Members and New Members of the Mt. Zion Spiritual Temple, Inc. Effective as of April 28th, 2005 to February 15th, 2007.

DATED: February 14th, 2007

QUEEN MOTHER LILLIE MAE JEFFERSON, QUEEN OF THE WESTERN HEMISPHERE MT. ZION SPIRITUAL TEMPLE, INC.

BISHOP GRACE JEFFERSON, SPECIAL ASSISTANT TO THE QUEEN OF THE WESTERN HEMISPHERE AND NATIONAL BOARD OF DIRECTOR MEMBER-MT. ZION SPIRITUAL TEMPLE, INC.

KING- ARCHBISHOP DR. EDDIE C. WELBON, CHIEF SPIRITUAL LEADER/SUCCESSOR/CEO OF ALL CORPORATIONS-CORPORATION SOLE

ARCHBISHOP PRINCE RAYFORD BULLOCK/CHIEF JUSTICE-MT. ZION SPIRITUAL TEMPLE, INC., SUPREME COURT OF THE MT. ZION SPIRITUAL TEMPLE, INC.-A-CORPORATION SOLE ENTITY.

10.

Bishop Betty Johnson

ADDENDUM OT THE COMPLAINT

PENDANT JURISDICTION CONTINUED

(SLANDER)

1. The allegations in Paragraphs 1 through 46 of the complaint
   are incorporated  herein by reference the as though
   pleaded in full.
2. The action of defendants PAUL COBB AND THE OAKLAND POST
   NEWSPAPER joined the conspiracy as alleged above violates
   Government Code section 11135, because defendants are
   publishing slanderous articles in combination with
   defendant Killian to deprive plaintiffs, solely because of
   his religion, free exercise of religion, and benefits of
   the laws of California, and full access to property of the
   Church.

PAGE 10(a) PENDANT JURISDICTION

-1-

Exhibit "C"

**KING**
**President/C.E.O.**
SUCCESSOR

INTERNATIONAL & NATIONAL
CORPORATION SOLE

**Board of Directors**

OAKland CA

MT. ZION SPIRITUAL TEMPLE
MOTHER CHURCH

| QUEEN OF THE NORTH | QUEEN OF WESTERN HEMISPHERE | QUEEN OF THE SOUTH |
|---|---|---|
| QUEEN OF THE WEST | QUEEN OF EAST | QUEEN OF THE NORTH |
| | TEMPLES | |
| BATON ROUGE LOUISIANA | PHOENIX-ARIZ | LOS ANGELES CALIFORNIA |
| BAKERFIELD CALIFORNIA | RICHMOND CALIFORNIA | VALLEJO CALIFORNIA |
| | SACRAMENTO CALIFORNIA | ORLANDO FLORIDA |
| | HOUSTON TEXAS | DETRIOT MICHIGAN |
| | BISHOPS | DEPTS. |
| | PALACE SACTO PALACE OAK. | |

Attorney At Law
Attn: Killian, Clinton
1814 Franklin Street Suite 503
Oakland, CA  94612-____

Taylor & Goins
Attn: Goins II, Vernon Charles
1330 Broadway, #1701
Oakland, CA  94612-0000

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| Welbon | |
|---|---|
| | Plaintiff/Petitioner(s) |
| VS. | |
| Mount Zion Spiritual Temple,Inc., | |
| | Defendant/Respondent(s) |
| (Abbreviated Title) | |

No RG05199540

Order

Order to Show Cause re Preliminary Injunction
Denied

The Order to Show Cause re Preliminary Injunction was set for hearing on 06/10/2005 at 02:00 PM in
Department 31 before the Honorable Steven A. Brick. The Tentative Ruling was published and was
contested

The matter was argued and submitted, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows: The Order to Show Cause Re: Preliminary Injunction
("OSC") of Defendant and cross-complainant Mt. Zion Spiritual Temple Inc. ("Mt. Zion") is DENIED.
Mt Zion has failed to present evidence adequate to demonstrate a) that it is likely to prevail on the
merits of its cross-complaint against cross-defendants Dr. Eddie C. Welbon ("Welbon") et al., b) that it
will suffer irreparable harm if Welbon and the other cross-defendants are not enjoined from using the
name "Mt. Zion Spiritual Temple, Inc.," or c) that cross-defendants' use of the name is likely to result in
confusion to interested parties. Welbon, as plaintiff in the case in chief, has alleged in the operative
verified complaint (Second Amended Complaint, filed on May 13, 2005) that defendant Princess Lillian
Roberts ("Roberts") is no longer empowered to act on Mt. Zion's behalf, and Welbon's evidentiary
showing in opposition to the instant OSC is primarily aimed at supporting this allegation. Mt. Zion's
evidence, on the other hand, demonstrates only that Welbon has performed acts that are consistent with
his stated position that he is currently empowered to act on Mt. Zion's behalf, which evidence does not
substantially refute Welbon's position. In fact, the current state of the evidentiary record is insufficient
for the Court to determine if, and to what extent, it will have jurisdiction to rule on the underlying
controversies. (See, e.g., Korean Philadelphia Presbyterian v. California Presbytery (2000) 77
Cal.App.4th 1069.)

Dated: 06/10/2005

Judge Steven A. Brick

Order

EXHIBIT "B" ①

**Farmers Agency Dashboard**

## e-Home |

Find a Customer: Name or Policy #  |  e-CMS  ▾

?

Go to Menu

Home Summary  ▾  🖫   Household | Insured | Dwelling | Reconstruction Cost | Coverage
760 CALMAR AVE | 628 SOUTH AVE |
1552 ALCATRAZ AVE | 407 SAWYER ST
| 712-714 BLOSSOM WAY | 3636
SAINTSBURY DR

Bound: Yes ▾  Effective Date: 02/13/2007

?

select action  ▾  🖫

| Primary Insured | Residence Address | Phone | Household Number |
|---|---|---|---|
| EDDIE WELBON: | 760 CALMAR AVE, OAKLAND, CA 94610-1729 | 415-504-7813 | 1992661198 |

**Active**

?

| Policy | Property Address | Rating | Coverage | Details | Pay Plan |
|---|---|---|---|---|---|
| 930351133 🖫 96-58-302 Renewal Date: 06/22/2007 Inception Date: 03/10/2006 Inforce Date: 06/22/2006 Homeowners LANDLORD PROTECTOR , 1ST edition NON-OWNER OCCUPIED select action ▾ 🖫 | 760 CALMAR AVE, OAKLAND, CA 94610-1729 | FIRE INSURANCE EXCHANGE PPC: 02 | DWELLING : 566000 PERS LIABILITY : 1000000 GUEST MEDICAL : 1000 All Perils: 1500 More Coverages | Year Built: 1912 Reconstruction Cost: 566000 Opt Out Status: Mailed Date: 02/06/2007 Status Date: Who Pays: INSURED Endorsements Discounts & Surcharges Mortgagee Losses Mailing Address print center action ▾ 🖫 | Full Pay Full Term Premium: 1649.04 |
| 930351139 🖫 96-58-302 Renewal Date: 03/31/2007 Inception Date: 03/31/2006 Inforce Date: 03/31/2006 Homeowners LANDLORD PROTECTOR , 1ST edition NON-OWNER OCCUPIED select action ▾ 🖫 | 407 SAWYER ST, SAN FRAN, CA 94134 | FIRE INSURANCE EXCHANGE PPC: 02 | DWELLING : 275000 PERS LIABILITY : 1000000 GUEST MEDICAL : 1000 All Perils: 1000 More Coverages | Year Built: 1948 Reconstruction Cost: 229000 Opt Out Status: Mailed Date: 02/06/2007 Status Date: Who Pays: Named Insured Endorsements Discounts & Surcharges Losses Mailing Address print center action ▾ 🖫 | Full Pay Full Term Premium: 1348.78 |
| 930351149 🖫 96-58-302 Renewal Date: 04/17/2007 Inception Date: 04/17/2006 Inforce Date: | 3636 SAINTSBURY DR, SACRAMENTO, CA 95834-1043 | FIRE INSURANCE EXCHANGE PPC: 02 | DWELLING : 200000 PERS LIABILITY : 1000000 GUEST MEDICAL : 1000 All Perils: 1000 More Coverages | Year Built: 2000 Reconstruction Cost: 169000 Opt Out Status: Mailed Date: 02/06/2007 Status Date: Who Pays: Named Insured | Full Pay Full Term Premium: 822.38 |

*Renews 6·22·07*

04/17/2006
Homeowners
LANDLORD
PROTECTOR , 1ST
edition
NON-OWNER
OCCUPIED

[select action ▼] 🖙

Endorsements
Discounts & Surcharges
Losses
Mailing Address
[print center action ▼] 🖙

---

**930351138** 🖙
96-58-302
Renewal Date:
03/31/2007
Inception Date:
03/31/2006
Inforce Date:
03/31/2006
Homeowners
LANDLORD
PROTECTOR , 1ST
edition
NON-OWNER
OCCUPIED

[select action ▼] 🖙

1552 ALCATRAZ AVE,
BERKELEY,
CA 94703-2610

FIRE INSURANCE
EXCHANGE
PPC: 02

DWELLING : 300000
PERS LIABILITY :
1000000
GUEST MEDICAL :
1000
All Perils: 1000
More Coverages

Year Built: 1949
Reconstruction Cost:
254000
Opt Out Status:
Mailed Date: 02/06/2007
Status Date:
Who Pays: Named Insured
Endorsements
Discounts & Surcharges
Losses
Mailing Address
[print center action ▼] 🖙

Full Pay

Full Term
Premium:

1383.92

---

**930351140** 🖙
96-58-302
Renewal Date:
03/31/2007
Inception Date:
03/31/2006
Inforce Date:
03/31/2006
Homeowners
LANDLORD
PROTECTOR , 1ST
edition
NON-OWNER
OCCUPIED

[select action ▼] 🖙

712-714 BLOSSOM
WAY,
HAYWARD,
CA 94541

FIRE INSURANCE
EXCHANGE
PPC: 02

DWELLING : 500000
PERS LIABILITY :
1000000
GUEST MEDICAL :
1000
All Perils: 1000
More Coverages

Year Built: 1919
Reconstruction Cost:
392000
Opt Out Status:
Mailed Date: 02/06/2007
Status Date:
Who Pays: Named Insured
Endorsements
Discounts & Surcharges
Losses
Mailing Address
[print center action ▼] 🖙

Full Pay

Full Term
Premium:

1534.92

---

**930351137** 🖙
96-58-302
Renewal Date:
03/31/2007
Inception Date:
03/31/2006
Inforce Date:
03/31/2006
Homeowners
LANDLORD
PROTECTOR , 1ST
edition
NON-OWNER
OCCUPIED

[select action ▼] 🖙

628 SOUTH AVE,
SACRAMENTO,
CA 95838-4232

FIRE INSURANCE
EXCHANGE
PPC: 02

DWELLING : 300000
PERS LIABILITY :
1000000
GUEST MEDICAL :
1000
All Perils: 1000
More Coverages

Year Built: 1959
Reconstruction Cost:
295000
Opt Out Status:
Mailed Date: 02/06/2007
Status Date:
Who Pays: Named Insured
Endorsements
Discounts & Surcharges
Losses
Mailing Address
[print center action ▼] 🖙

Full Pay

Full Term
Premium:

1236.50

---

⑦

**930351133** | 930351139 | 930351148 | 930351138 | 930351140 | 930351137 |

| Name | Age | Date of Birth | Relationship to Primary Insured | Details |
|------|-----|---------------|--------------------------------|---------|
| EDDIE WELBON | 66 | 10/29/1940 | SELF | |

[select action ▼] 🖙



[Go to Menu]

3

Farmers Agency Dashboard
## e-Auto |
Find a Customer: Name or Policy # | e-CMS

⑦

| Auto Summary | ▾ | 🖎 | Household | Driver | Vehicle | Usage | Coverages

**Policy has levied. Changes will apply to the following renewal. (M40317)**

Bound: Yes ▾ Effective Date: 02/13/2007

| select action | ▾ | 🖎 |                                                                ⑦

| Primary Insured | Residence Address | Phone | Household Number |
|---|---|---|---|
| RAYFORD BULLOCK: | 1488 16TH ST OAKLAND, CA 94607-2024 | 415-504-7813 | 1996997717 |

**Active** | Inactive |                                                                      ⑦

| Policy | Vehicle | Rating | Coverage | Details | Pay Plan |
|---|---|---|---|---|---|
| 178489157 🖉 96-58-302 **Renewal Date: 03/19/2007** Inception Date: 09/19/2006 Inforce Date: 11/16/2006 Term Length: 6 Months | 1995 CADILLAC DEVILLE 4D VIN: 144 | Mid Century Standard Driver Safety Level: 01 Points: 000 CA Band Inquiry Vehicle Usage: Pleasure Use Driver Classification: 72 Mileage:12311 | BIPD: 500/500/100 UM BI: 500/500 UM/UIM PD: MED: 10000/500 COMP: 500 COLL: 750 LOSS OF USE - KS TOWING More Coverages... | Rated Driver:RAYFORD B Discounts/Surcharges Lienholder Accidents/Claims Endorsement Forms Mailing Address Opt Out Status: Mailed Date:02/05/2007 Status Date: | Full Pay **Full Term Premium $912.10** |
| | | | | | print center action ▾ 🖎 |

| select action | ▾ | 🖎 |

**Drivers**                                                                                        ⑦

| Name | Driver Experience | Date of Birth | Relationship to Primary Insured | Details |
|---|---|---|---|---|
| RAYFORD BULLOCK | 38 | 12/08/1946 | SELF | MALE, Single Driver Added Date: 09/2006 MVR Receive Date |
| select action ▾ 🖎 | | | | |
| BENJAMIN CRISWELL | 50 | 10/02/1926 | NON-RESIDENT DRIVER | MALE, Single Driver Added Date: 10/2006 MVR Receive Date 10/06/2006 |
| select action ▾ 🖎 | | | | |



**e-Auto |**

Find a Customer: Name or Policy # | e-CMS

Auto Summary | Household | Driver | Vehicle | Usage | Coverages

Policy has levied. Changes will apply to the following renewal. (M40317)

Bound: Yes | Effective Date: 02/13/2007

select action

| Primary Insured | Residence Address | Phone | Household Number |
|---|---|---|---|
| RAYFORD BULLOCK: | 1488 16TH ST<br>OAKLAND, CA 94607-2024 | 415-504-7813 | 1996997717 |

Active | Inactive

| Policy | Vehicle | Rating | Coverage | Details | Pay Plan |
|---|---|---|---|---|---|
| 178489219<br>96-58-302<br>Cancellation Date:<br>02/08/2007<br>Inception Date:<br>12/11/2006<br>Inforce Date:<br>12/11/2006<br>Term Length:<br>6 Months<br>Type: Company Request<br>Reason: Missing<br>Information<br>select action | 1991 LINCOLN<br>TOWN CAR<br>SIGNATURE<br>VIN: 938 | Mid Century<br>Standard<br>Driver Safety Level: 00<br>Points: 000<br>CA Band Inquiry<br>Vehicle Usage: Pleasure<br>Use<br>Driver Classification: 72<br>Mileage: 62354 | BIPD: 500/500/100<br>UM BI: 500/500<br>UM/UIM PD:<br>MED: 10000/500<br>COMP: 500<br>COLL: 750<br>LOSS OF USE - K5<br>TOWING<br>More Coverages... | Named Insured: RAYFORD B<br>Discounts/Surcharges<br>Lienholder<br>Endorsement Forms<br>Underwriter Advisory: CVG<br>INELIG IN ANY COMPANY<br>Mailing Address<br><br>Opt Out Status:<br>Mailed Date:<br>Status Date: | Full Pay<br><br>Full<br>Term<br>Premium<br>$734.20 |

**Drivers**

| Name | Driver Experience | Date of Birth | Relationship to Primary Insured | Details |
|---|---|---|---|---|
| RAYFORD BULLOCK | 38 | 12/08/1946 | SELF | MALE, Single<br>Driver Added Date: 09/2006<br><br>MVR Receive Date |
| BENJAMIN CRISWELL | 50 | 10/02/1928 | NON-RESIDENT DRIVER | MALE, Single<br>Driver Added Date: 10/2006<br><br>MVR Receive Date<br>10/06/2006 |

Go to Menu



RE:5594 IM:240

RECORDING REQUESTED BY

RECORDED at REQUEST OF

SEP 25 1978

AND WHEN RECORDED MAIL TO

CORPORATION OF THE PRESIDENT
OF THE MT. ZION SPIRITUAL TEMPLE
c/o Valva Realty Co.
678 14th St.
Oakland, California

Title Order No. _____ Escrow No. 843925-KT

MAIL TAX BILL TO:

Same As Above

AP# 7-553-7 & 8

## Individual Grant Deed
WESTERN TITLE FORM NO. 104

FOR VALUE RECEIVED, RAY W. FRASER and CECILE A. FRASER, his wife

GRANT___ to CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE,
a corporation,

all that real property situate in the     City of Oakland

County of     Alameda     , State of California, described as follows:

Portion of Lots 21 and 22, in Block 727B, as said lots and block are
shown on the "Map of Tract No. 382 of Whitcher's Official Map, Oakland,
August 1873", filed August 18, 1873, in Book 6 of Maps, at page 4,
in the office of the County Recorder of Alameda County, described
as follows:
Beginning at the intersection of the Western line of Peralta Street with
the Northern line of 14th Street, as said streets are shown on said
map; and running thence along said line of Peralta Street Northerly
53 feet; thence at right angles Westerly 50 feet; thence at right angles
Southerly 53 feet to said line of 14th Street; and thence along the
last named line Easterly 50 feet to the point of beginning.

SEE EXHIBIT "A" ATTACHED HERETO AND
MADE A PART HEREOF FOR THE DESCRIPTION

Dated     August 11,     19 78

RAY W. FRASER

CECILE A. FRASER

City of Oakland Tax $ 188.00

STATE OF CALIFORNIA
County of     Alameda     } ss.
On August 11, 19 78 before me, the undersigned,
a Notary Public, in and for said State, personally appeared
RAY W. FRASER and CECILE FRASER,
known to me to be the persons, whose names are
subscribed to the within instrument, and acknowledged to me that
they executed the same.

Harold A. Schneider
Notary Public

FOR NOTARY SEAL OR STAMP

MAIL TAX STATEMENTS AS DIRECTED ABOVE

ALAMEDA,CA   Document: DD 1978.185699
Printed on 8/21/2006 11:11:10 AM   Provided by Data Trace System

Page 1 of 3

RE:5594 IM:241

843915-2   16-185679

Those parcels of land in the City of Oakland, County of Alameda, State of California, described as follows:

PARCEL 1:

Portion of Lots 21 and 22, Block 727B, Map of Tract No. 382 of Whitcher's Official Map, filed August 18, 1873, Map Book 6, page 4, Alameda County Records, described as follows:

Beginning at the intersection of the Western line of Peralta Street with the Northern line of 14th Street, as said streets are shown on said map; thence along said line of Peralta Street Northerly 53 feet; thence at right angles Westerly 50 feet; thence at right angles Southerly 53 feet to said line of 14th Street; and thence along the last named line Easterly 50 feet to the point of beginning.

PARCEL 2:

The western 50 feet of the Eastern 100 feet of Lots 19, 20, 21, and 22, Block 727-B, Map of Tract No. 382 of Whitchers Official Map, filed August 18, 1873, Map Book 6, page 4, Alameda County Records, described as follows:

Beginning at a point on the northern line of 14th Street, distant thereon westerly 50 feet from the western line of Peralta Street, as said streets are shown on said map; thence along said line of 14th Street westerly 50 feet; thence at right angles northerly 105.62 feet to the northern line of said Lot 19; thence at right angles easterly along the last named line 50 feet; and thence at right angles southerly 105.62 feet to the point of beginning.

(Continued)



RE:5594 IM:242

843915-1      TB-185679      -2-

PARCEL 3:

Lot 25, Block 727-B, Map of the Re-division of portions of Blocks 726-B, 727-A, 727-B, filed May 2, 1887, Map Book 4, page 33, Alameda County Records, described as follows:

Commencing at a point on the western line of Peralta Street, distant thereon 80 feet, 7-1/2 inches southerly from the point of intersection thereof with the southern line of 19th Street; thence southerly along said line of Peralta Street 25 feet; thence at right angles westerly 110 feet; thence at right angles northerly 25 feet; and thence at right angles easterly 110 feet to the point of commencement.



LIST OF MT. ZION MEMBERSHIP WE USED TO GIVE LEGAL NOTICE
OF THE BUSINESS, ELECTION AND GENERAL MEMBERSHIP MEETING
OF APRIL 28TH, 2005

MOUNT ZION SPIRITUAL TEMPLE, INC., MEMBERSHIP REGISTRY

1. PRINCESS BABY GRACE JEFFERSON, 3400 12th STREET, SACRAMENTO,
CALIFORNIA.

2. QUEEN MOTHER LILLIE MAE JEFFERSON, V. CHAIRMAN OF ALL BOARDS
ENTITIES, DEPARTMENTS 3400 12TH STREET, SACRAMENTO, CALIFORNIA

3. CHIEF BISHOP CHESTER NELSON 740 CLAYTON STREET, SAN FRANCISCO, CA.
MEMBER, ALL BOARDS, ENTITIES, AND DEPARTMENTS

4. MOTHER MARY NELSON, MEMBER, ALL BOARDS, ENTITIES, DEPARTMENTS
740 CLAYTON STREET, SAN FRANCISCO, CALIFORNIA

5. ARCHBISHOP THEO FRAZIER, MEMBER ALL BOARDS, ENTITIES, DEPARTMENTS
714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

6. ARCHBISHOP GERALD PATTERSON, MEMBER, ALL BOARDS, ENTITIES, DEPTS.
714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

7. ARCHBISHOP DR. OROBO OSAGIE, MEMBER ALL BOARDS, ENTITIES, DEPTS.
714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

8. ARCHBISHOP LOTHARIO LOTHO, BISHOP OF OAKLAND, MEMBER ALL BOARDS,
ENTITIES, DEPTS. 639 MAGNOLIA STREET, OAKLAND, CALIFORNIA 94606

9. ARCHBISHOP RAYFORD BULLOCK, 714 BLOSSOM WAY, HAYWARD, CA.
MEMBER, ALL BOARDS, ENTITIES, DEPTS., CHIEF JUSTICE OF THE MT. ZION
SUPREME TRIBUNAL COURT.

10. ARCHBISHOP COUNTESS MARIA LOVE, MEMBER ALL BOARDS, ENTITIES,
DEPARTMENTS, SECRETARY GENERAL OF THE GENERAL BODY 3636 SAINTSBURY DR.
SACRAMENTO, CALIFORNIA

11. BISHOP BRENDA GORE, 3636 SAINTSBURY DRIVE, SACRAMENTO, CA.
MEMBER, ALL BOARDS, ENTITIES, DEPARTMENTS.

1.

12. ARCHBISHOP MAC JATTO, DD. PHD. 714 BLOSSOM WAY, HAYWARD,
CALIFORNIA 94541, MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

13. PRINCE CLARENCE R. STERN, REAL ESTATE BROKER, MEMBER ALL
BOARDS, ENTITIES, DEPTS. 714 BLOSSOM WAY, HAYWARD, CA. 94541
CHURCH CONSULTANT

14. PRINCE BENJAMIN, PHD. MEMBER OF ALL BOARDS, ENTITIES, DEPTS.
1241 PALOU AVENUE
SAN FRANCISCO, CA. 94124

15. ARCHBISHOP THEO FRAZIER, CHAIRMAN OF THE NORTHERN CALIFORNIA
FAITH BASED COALITION, ARCHBISHOP OF SAN FRANCISCO, CALIFORNIA,
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.
1970 OCEAN AVENUE, SAN FRANCISCO, CA. 94112

16. PRINCE KENNETH JOHNSON, MEMBER ALL BOARDS, ENTITIES, DEPTS,
AND CHAIRMAN OF THE MT. ZION MEDIA AND COMMUNICATIONS DEPT.

17. PRINCE ADRENELE IPOSI, MT. ZION NEWSPAPER PUBLISHER, MEMBER
OF ALL BOARDS, ENTITIES, DEPT. 714 BLOSSOM WAY, HAYWARD, CA. 94541

18. PRINCE LEON ROUNTREE, JD., CONSULTANT, MEMBER OF ALL BOARDS,
ENTITIES, DEPTS., 714 BLOSSOM WAY, HAYWARD, CA. 94541

19. PRINCE REV. KENNETH LAWSON, 714 BLOSSOM WAY, HAYWARD, CA. 94541

20. PRINCE WENDELL BRADDOCK CRAIG, MEMBER OF ALL BOARDS, ENTITIES,
DEPT., 714 BLOSSOM WAY, HAYWARD, CA. 94541

21. REV. SHAD RIDDICK, ADVISOR 1682 NEWCOMB AVE, SAN FRANCISCO, CA. 94124

22. PRINCESS CLEASTER TERRY, MEMBER OF ALL BOARDS, ENTITIES, DEPTS.
4093 19TH AVENUE, SAN FRANCISCO, CALIFORNIA 94132

23. PRINCESS CARMEN KNIGHTON, 2158 19TH AVENUE, SAN FRANCISCO, CA. 94116

24. PRINCESS JUSTINE MCCULLUM 2158 19TH AVE, SAN FRANCISCO, CALIFORNIA 94116

25. PRINCESS AKILAH MCCULLUM 2158 19TH AVENUE, SAN FRANCISCO, CA. 94116

26. LADIE JACKIE NARCISSE, MEMBER OF ALL BOARDS, ENTITIES, DEPTS.
714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

27. PRINCESS MERRY EULICEXY-JEFFERSON, 2512 EDISON STREET,
SACRAMENTO, CA.

2.

28. PRINCESS ANN UGWU, 1723 28TH AVENUE, OAKLAND, CALIFORNIA 94601

29. PRINCESS SANDRA HARRIS 2560 Y STREET, SACRAMENTO, CALIFORNIA

30. PRINCE GEORGE HAWKINS 6221 39TH STREET, SACRAMENTO, CALIFORNIA

31. LORD DEACON JOHN H. JOHNSON 3902 39TH STREET, SACRAMENTO, CA. MEMBER, ALL BOARDS, ENTITIES, DEPTS.

32. LORD DEACONESS BETTY BETTY JOHNSON 3902 39TH STREET, SACRAMENTO, CA.

33. LADY HELEN BUTLER, MEMBER OF ALL BOARD, ENTITIES, DEPTS., 1925 CITRON STREET, RENO, NEVEDA 89512

34. SIR. EARL BAPTISTE 1033 LOYOLA WAY, VALLEJO, CA. 94589

35. PRINCESS YOLANDA NARCISSE 938 SANDY COVE DRIVE, RODEO, CA. 94572

36. PRINCESS JOHANNA MORELAND 2201 BROADWAY, OAKLAND, CA. 94612

37. PRINCESS INETTA WOOLF, 2201 BROADWAY, OAKLAND, CALIFORNIA 94612

38. PRINCESS LILLIAN ROBERTS 1504 UNION STREET, OAKLAND, CA. 94607

39. REV. ARTHUR BURNETT, 780 CALMAR AVENUE, PIEDMONT, CALIFORNIA 94607

40. PRINCE AKINTUNDE KAMBON, 1430 FRANKLIN STREET, OAKLAND, CA. 94612

41. PRINCESS CINDY PACE, 2410 ARDEN WAY, SACRAMENTO, CALIFORNIA

42. PRINCE NAPOLEON RICHARDSON, 2512 EDISON, SACRAMENTO, CA. 95821

43. PRINCE DAVID E ISRUD, 587 15TH STREET, OAKLAND, CA. 94612

44. PRINCE WILLIAM WHITE 3520 Y STREET, SACRAENTO, CALIFORNIA

45. PRINCESS ROSE HAWKINS, 6221 39TH STREET, SACRAMENTO, CA.

46. BISHOP ROBERT HAND ℅ 1430 FRANKLIN STREET, OAKLAND, CA.

47. PRINCE LARRY TAYLOR 2410 ARDEN WAY, # 37, SACRAMENTO, CA. 95825

48. PRINCE DR. EMENIKE ALLOW OFFU 1723 28TH AVENUE, OAKLAND, CA. 94601

3.

49. PRINCESS SANDRA LEWIS, 3520 Y STREET, SACRMENTO, CALIFORNIA

50. PRINCESS FELICIA GRAY, 3520 Y STREET, SACRAMENTO, CALIFORNIA 95817

51. PRINCE GREGORY BRIDGES, 6221 39TH STREET, SACRAMENTO, CALIFORNIA

52. PRINCE REV. GREGORY RICHARDSON, 401 VANNESS AVENUE, SAN FRANCISCO, CA. 100 BUSH STREET, SAN FRANCISCO, CALIFONIRA 94104

53. PRINCESS CONSTANCE WHITE, 1430 FRANKLIN STREET, OAKLAND, CA.

54. PRINCE SAMUEL FLYNN 3400 12 STREET, SACRAMENTO, CALIFORNIA

55. PRINCESS TALITHA DOUGLAS 3400 12TH STREET, SACRAMENTO, CALIFORNIA

56. ARCHBISHOP JACKIE A. MURPHY 2660 69TH AVENUE, SACRAMENTO, CA.

57. PRINCESS L. FIELDS, 3400 12TH STREET, SACFRAMENTO, CALIFORNIA

58. DUCHESS RUBY HILL 1605 LAKE AVENUE, PUEBLO, COLORADO, MEMBER OF ALL BOARDS, ENTITIES, DEPARTMENTS.

59. DUCHESS DOROTHY DAVIS 1605 LAKE AVENUE, PUEBLO, COLORDO, MEMBER OF ALL BOARD ENTITIES, DEPTS.

60. BISHOP DR. LEROY DOWD 5606 SO. BROADWAY STREET, LOS ANGELES, CA. 90037 INTERNATIONAL ADVISOR

61. PRINCE ALDIN M. BARRETT 3567 BENTON STREET, SANTA CLARA, CA. 95051

62. PRINCE JACKIE WILLIAMS, MEMBER OF ALL BOARDS, ENTITIES, DEPTS. 714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

63. PRINCESS JELANI EVANS, 1430 FRANKLIN STREET, OAKLAND, CA. 94612

64. QUEEN MOTHER DR. C. CUNNINGHAM 2436 BRIDGEPORT DRIVE, MEMPHIS, TENN. MEMBER ALL BOARDS, ENTITIES, DEPTS.

65.PRINCE DARYL NORMAN 1001 LAGUNA, SAN FRANCISCO, CA. 94115

66. PRINCE EMMITT POWELL, POWELL PLACE FILLMORE AND EDDY STREET SAN FRANCISCO, CALIFORNIA 94116

67. PRINCE MARTHA AMACHREE 5 MARGARET AVENUE, SAN FRANCISCO, CA. 94112

4.

68. BISHOP BRENDA GORE, MEMBER OF ALL BOARDS, ENTITIES, DEPTS.3636 SAINTSBURY DRIVE, SACRAMENTO, CALIFORNIA.

69. LADY ESTHER MABRY 1724 7TH STREET, OAKLAND, CALIFORNIA 94607

70. PRINCESS ELIZABETH JATTO UNITY BAPTIST CHURCH, LONDON ENGLAND, MEMBER OF ALL BOARDS, ENTITIES, DEPARTMENT

71. ARCHBISHOP EZRA NERO, LANDMARK TEMPLE OF DELIVERANCE 13722 LYNWOOD, DETROIT, MICHIGAN, MEMBER ALL BOARDS, ENTITIES, DEPARTMENT.

72. BISHOP JAMES TENDELL, METROPOLITAN SPIRITUAL CHURCH, INC. 1231 GARFIELD AVENUE, KANSAS CITY, MO. 64127, MEMBER OF ALL BOARD, ENTITIES, DEPTS. ADVISOR

73. BISHOP DOMINIQUE WILSON 30120 WEST MARTIN LUTHER BLVD, LOS ANGELES, CALIFORNIA 90008.

74. PRINCESS CECELIA HATSHEPUDTH 1430 FRANKLIN STREET, OAKLAND. CALIFORNIA 94612.

75. PRINCESS LESLIE DEBIGUE, 1430 FRANKLIN STREET, OAKLAND, CALIFORNIA

76. ROYAL LADY CONTESS PINKIE SEXTON MT. ZION PRAYER TOWER 9615 INTERNATIONAL BLVD, OAKLAND, CALIFORNIA 94621

77. PRINCE CARLTON VINCIENT P.O. BOX 6282, CONCORD, CA. 94524, MEMBER OF ALL BOARDS, DNTITIES, DEPTS.

78. PRINCESS ABDOU TAVARE, 714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541

79. PRINCESS LINDA SCOTT, 1430 FRANKLIN STREET, OAKLAND, CALIFORNIA 94612

80. REV. BISHOP LABERTHA POTTS, ROYALD QUEEN MOTHER OF THE EAST, 9320 GENESSE STREET, DETROIT, MICHIGAN 48206

81. PRINCESS RAMATA DIALLO, 714 BLOSSOM WAY, HAYWEARD, CALIFORNIA 94541

82. PRINCE JOSEPH RUSSELL ESQ. CITY ATTORNEY 980 9TH STREET 10TH FLOOR SACRAMENTO, CALIFORNIA 95814

83. PRINCESS YOLANDA BYNUM 94 BRIDGE STREET, CHATTER, CAMB PE 16 6RN, LONDON, ENGLAND.

5.

84. PRINCE RASTA ANI, P.O. BOX 8766, EMERYVILLE, CA. 94662

85. PRINCESS ESTHER PURVIS, 3400 12TH STREET, SACRAMENTO,C ALIFORNIA

86. PRINCE JELEANA JOHNSON, 1430 FRANKLIN STREET, OAKLAND, CA. 94612

87. PRINCE NICHOLAS AGBABIAKA, 1488 14TH STREET, OAKLAND, CA.
MEMBER ALL BOARDS, ENTITIES, DEPTS.

88. PRINCE TERRELL LOVE, 46247 QUENS PARK, FREMONT, CA. 94538

89. PRINCE GARY MCMAHAN, 8928 D STREET, OAKLAND, CALIFORNIA 94621

90. PRINCESS KAMILAH BEY, 125 JACKSON STREET, OAKLAND,. CA. 94612

91. PRINCE GERALD BOLDEN 124 EAST 18TH STREET, OAKLAND, CA. 94621

92. PRINCESS LINDA LAWRENCE 113 W. HILL CIRCLE, SEBASTOPAL, CA. 95472

93. PRINCE JUDITH ANN TYSON, 1601 165TH STREET, SAN LEANDRO, CA. 94578

94. PRINCE CHARLIE ELLIOT, 7436 LOCKWOOD STREET, OAKLAND, A. 94621

95. PRINCE JAMES GAYLOR, 904 WOOD STREET, OAKLAND, CA. 94607

96. PRINCESS RACHEL GEBERKIDAN, P.O. BOX 3453, OAKLAND, CA. 94609

97. PRINCE ADREW GORDON 2043 REDBUD WAY, ANTIOCH, CALIFORNIA 94509

98. PRINCE DIEDRE GORDON, 2043 REDBUD  WAY, ANTIOCH, CA. 94509

99. PRINCESS GAIL GIFFORD, 1089 59TH STREET, OAKLAND, CA. 94609

100. PRINCE ARSEL HOPKINS 229 STARLING WAY, HERCULES, CA. 94547

101. PRINCESS ONGUE HOPKINS 229 STARLING WAY, HERCULES, CA. 94547

102. PRINCESS JEEBA ABBEY-QUAYE P.O. BOX 15123, SANF RANCISCO, CA. 94113

103. PRINCE YODIT ASEFAU, 354 VERNON STREET, OAKLAND, CA. 94610

104. PRINCE RUTHIE WORSHAM, 913 KIRKHAM WAY, OAKLAND, CA. 94610

105. PRINCESS CATHERINE WILLIAMS P.O. BOX 7789, MENLO PARK, CA. 94026
6.

106. MARQUISE WILLIA CANSON, MEMBER ALL BOARDS, ENTITIES, DEPTS.,
20914 E. NIGHTINGALE, QUEEN CREEK, AZ. 85242

107. PRINCE RAY JACKSON 3143 62ND AVE, OAKLAND, CA. 94605

108 PRINCESS LISA BROWLAW, 3701 FRUITVALE AVE, OAKLAND, CA. 94621

109. PRINCE RASHEED OTEY, 1741, GENEVA AVE, SAN FRANCISCO, CA. 94134

110. SAINT CATHERINE BROWN 1632 AUSEON WAY, OAKLAND, CA. 94623

111. PRINCE WILLIAM BRANSON, 207 GOUGH STREET, SAN FRANCISCO, CA. 94102

112. PRINCE ORLESOR GRIFFIN 1280 98TH AVENUE, OAKLAND, CALIFORNIA 94603

113. PRINCESS CHIKODI B. OKORO 13700 SAN PABLO AVENUE, SAN PABLO, CALIFORNIA, RECORDING SECRETARY, MEMBER ALL BOARDS, ENTITIES, DEPTS,. RECORDING SECRETARY FOR THE MT. ZION SPIRITUAL TEMPLE, INC.(APPOINTED).

114. PRINCESS MARTSASHEA PRICE 4219 38TH STREET, SACRAMENTO, CALIFORNIA

115. RONECA WARDRICK 7705 18TH AVE, SACRAMENTO, CALIFORNIA

116. TIFFANY CLINES 4201 24TH STREET, SACRAMENTO, CALIFORNIA

117.PRINCESS M. JAMES 3619 19TH AVENUE, SACRAMENTO, CA.

118. PRINCESS S. JOHNSON 3331 16TH AVE, SACRAMENTO, CA.

119. PRICESS DEBORAH DUNCAN 1015 GRANDER WEST, SACRAMENTO, CA.

120. PRINCE ROBERT JOHNSON 7705 VALLEY HILL RD. SACRAMENTO, CA.

121. PRINCE MICHAEL JONES 4401 W. NICHOLAS, SACRAMENTO, CA.

122. PRINCESS FRANCIS HUNO 567 ROSLEY WAY, SACRAMENTO, CA.

123. PRINCESS LEROY MATHES 9257 21ST STREET, SACRAMENTO, CA.

124. PRINCESS ANTHONY HEGGONBODHAMS 7708 18TH STREET, SACRAMENTO, CA.

125. PRINCESS WENDY TORES 1050 FLORIN RD. SACRAMENTO, CA.

126. PRINCESS L. JONES 1243 MOTHERFIELD DR., SACRAMENTO, CA.

127. PRINCE CHAO SINAROM 9141 IRISH, SACRAMENTO, CA.

7.

128. PRINCE JON CHARSIE 2293 FENLEY ST., SACRAMENTO, CA.

129. PRINCE ANTHONY CHAPPELL 3545 MOTHERFIELD RD., SACRAMENTO, CA.

130. PRINCE GERALD JONES 8862 39TH ST, SACRAMENTO, CA.

131. PRINCE ANTHONY SMITH 2223 16TH AVENUE, SACRAMENTO, CA.

132. PRINCESS LASHELESE FIELD, 3400 12TH STREET, SACRAMENTO, CA.

133. PRINCESS CHALMAR BRIDGES 3400 12TH STREET, SACRAMENTO, CA.

134. PRINCESS MERRY EULEXCY 3400 12TH STREET, SACRAMENTO, CA.

135. PRINCESS MARKUS FIELD 3400 12TH STREET, SACRAMENTO, CA.

136. PRINCESS C. LEE 5413 SKY PARKWAY, SACRAMENTO, CA.

137. PRINCESS GINA REDMOND 2223 16TH AVE, SACRAMENTO, CA.

138. PRINCESS MERRIN COOPER 2819 37TH ST, SACRAMENTO, CA.

139. PRINCE GEORGE HAWKINS 6221 39TH STREET, SACRAMENTO, CA.

140. PRINCE MARKUS HWWKINS 4020 23RD ST., SACRAMENTO, CA.

141. PRINCESS HELEN WILLIAM 6221 39TH ST., SACRAMENTO, CA.

142. PRINCESS JAZZMIN LIMSCOMB 6221 39TH ST, SACRAMENTO, CA.

143. PRINCE EVAN LIMSCPMB 6221 39TH ST., SACRAMENTO,C A.

144. PRINCESS DIANNA THOMAS 6221 39TH STREET,S ACRAMENTO, CA.

145. PRINCESS ANTHONY PLUMMER 6203 39TH ST., SACRAMENTO, CA.

146. PRINCE JAMES GONZALES 6203 39TH STREET, SACRAMENTO, CA.

147. PRINE JAIME SOTO 6203 39TH STREET, SACRAMENETO, CA.

148. PRINCE ENRIQUE CHAVEZ 6203 39TH ST., SACRAMENTO, CA.

149. PRINCE REGGY KING 3903 42ND STREET, SACRAMENTO, CA.

150. PRINCE C. KING 3903 42ND ST, SACRAMENTO, CA.

8.

151. PRINCESS BONNIE IREGRA 6201 39TH STREET, SACRAMENTO, CA.

152. PRINCESS M. HERNANDEZ 6200 39TH ST, SACRAMENTO, CA.

153. PRINCESS ANGELA DUDLEY, 2044 BENITO DR. SACRAMENTO, CA.

154. PRINCE L. HARRISON 809 RIVER ST. SACRAMENTO, CA.

155. PRINCE O. CHILDS, 1818 1ST STREET, SACRAMENTO, CA.

156. PRINCE PORSCHE HUDSON 3840 9TH AVE, SACRAMENTO, CA.

157. PRINCE ROBIN CHARLES 5132 CORNENIO RYAL, SACRAMENTO, CA.

158. PRINCE QUINCY GRIMES 5132 CERRANO ROYAL, SACRAMENTO, CA.

159. PRINCE DWIGHT NICHOLS 2317 9TH STREET, SACRAMENTO, CA.

160. PRINCE ERIC MASON 793 8TH STREET, SACRAMENTO,C A.

161. PRINCE ALEXANDER THOMAS 3912 9TH AVE, SACRAMENTO,C A.

162. PRINCESS M. COLLINS 6231 39TH AVE, SACRAMENTO, CA.

163. PRINCESS IRMA CASEY 3911 44TH AVE, SACRAMENTO, CA.

164. PRINCE CHARLES HUDSON 5080 MCGLOTHAN ST, SACRAMENTO, CA.

165. PRINCES DONALD HAWKINS 3905 39TH SACRAMENTO, CA.

166. PRINCE P. HAWKINS 3905 39TH STREET, SACRAMENTO, CA.

167. PRINCESS SHERR ELLIS 38939 99TH AVE, SACRAMENTO, CA.

168. PRINCE KEITH WASHINGTON 3850 44TH AVE, SACRAMENTO,C A.

169. PRINCE YANCELLA HARRIS 6580 RANCHO MADERA WY, SACRAMENTO, CA.

170. PRINCESS CARMEN WATERS 3908 43RD AVE, SACRAMENTO, CA.

171. PRINCESS BRENDA BRYANT 3916 44TH ST, SACRAMENTO, CA.

172. PRINCE THOMAS BROUGHTON 3908 43RD AVE, SACRAMENTO, CA.

173. PRINCESS TATASHA PURVIS 6221 39TH ST, SACRAMENTO, CA.

10.

174. PRINCESS ROSE HAWKINS 622 39TH SACRAMENTO, CALIFORNIA

175. PRINCE ROSE HAWKINS 6221 39TH ST,S ACRAMENTO, CALIFORNIA

176. PRINCE GARY COOK 7464 24TH STREET, SACRAMENTO, CALIFORNIA

177. PRINCESS ARIANNE HAWKINS 6221 39TH ST., SACRAMENTO, CA.

178. PRINCE ROBERT JEFFERSON 2836 43RD STREET, SACRAMENTO, CA.

179. BISHOP EDDIE C. WELBON III, 712 BLOSSOM WAY, HAYWARD, CA. 94541

180. PRINCE ANTOISE NEAL 3130 FRNKLINS TREET, SACRAMENTO, CA.

181. PRINCESS CHERYL LEE 9015 COLOMBARDWAY, SACRAMENTO, CA.

182. LORD DEACONESS BETTY BETTY 3902 39TH STREET, SACRAMENTO, CA.

183. LORD DEACON JOHN D. JOHNSON 3902 39TH STREET, SACRAMENTO, CA.

184. PRINCE ANDRE ST. JOHN 3902 39TH STREET, SACRAMENTO, CA.

185. PRINCE GERALD ST. JOHN 3902 39TH ST, SACRAMENTO, CA.

186. PRINCE MARKUS ANTHONY FIELDS 3816 14TH AVE, SACRAMENTO, CA.

187. PRINCE WILIAM N. WHITE 9520 Y STREET, SACRAMENTO, CA.

188. PRINCESS RHONDA STRIBLING 3441 28TH AVE, SACRAMENTO, CALIFORNIA

189. PRINCESS MCDANIEL 760 CALMAR AVE, OAKLAND, CALIFORNIA

190. PRINCESS JACQUELINE BRADLEY P.O. BOX 73, BERKELEY, CA. 94701

191. PRINCESS ODESSA BEACHEM HONORARY 1552 ALCATRAZ AVE, BERKELEY, CA.

192.PRINCE  JAMES STEVSNSON 7921 SURREY LANE, OAKLAND, CA.

193. PRINCE TYRELL LOVE 46247 QUEEN PARK, FREMONT, CALIFORNIA

194. PRINCE CHARLES ELLIOT, 7436 LOCKWOOD ST, OAKLAND, CA.

195. PRINCE ARSEL HOPKINS 229 STARLAY WAY, HERCULES, CA.

196. PRINCE TONGUE HOPKINS 229 STARLAY WAY, HERCULES, CA.

11.

197. PRINCE GARY MCKAHAN 8928 D. STREET, OAKLAND, CA.

198. PRINCE JAMES GAYLOR 904 WOOD STRET, OAKLAND, CA.

199. PRINCE JEEBA ABBEY QUAYE, P.O. BOX 15123, SAN FRANCISCO, CA. 94113

200. PRINCE KIMILAH BEY 1525 JACKSON ST, OAKLAND, CALIFORNIA 94612

201. PRINCE RAHEL GERBERKIDAN P.O. BOX 3453 OAKLAND, CA. 94609

202. PRINCE YODI ASEFAU 354 VERNON ST, OAKLAND, CALIFORNIA 94610

203. PRINCE G. BODLEY 824 EAST 18TH, OAKLAND, CALIFORNIA

204. PRINCE ANDREW GORDON 2043 RADBUD WAY, ANTIOCH, CA.

205. PRINCESS DEIDNE GODON 2043 RADBUD WAY, ANTIOCH, CA.

206. PRINCE RUTHIE WORSHAM 913 KIRKIM WAY, OAKLAND, CA. 94607

207. PRINCESS LINDA W. LAWRENCE 113 W. HILLS CIRCLE, SEBASTOPOL, CA. 95472

208. PRINCESS GAIL GIFFORD 1089 59TH STREET, OAKLAND, CA.

209. PRINCESS CATHERINE WILLIAMS P.O. BOX 7759, MENLO PARK, CALIFORNIA

210. PRINCE JUDITH ANN TYSON 1601 165TH AVE, SAN LEANDRO, CA. 94578

211. PRINCESS JOYCE NOBLE 811 B DELAWARE ST, BERKELEY, CA. 94710

212. PRINCE DR. IMHOTEP ISMAEL AL-BAISIEL 1388 HAIGHT STREET, SAN FRANCISCO, 94117

213. PRINCE I=ADEBISI AKINBSIRMISI P.O. BOX 13871, BERKELEY, CA. 94712

214. PRINCE GREG MCKKAY 921 CEDAR STREET, BERKEL;EY, CA.

215. PRINCESS TIANA PASTOR 1943 35TH AVE SAN FRANCISCO, CA. 94116

216. PRINCE SANDRA WHITE 3520 Y STREET, SACRAMENTO, CALIFORNIA

217. PRINCESS CONSTANCE WHITE  "            "            "

218. PRINCE WILLIAM WHITE        "            "            "

219. PRINCE AKINTUNDE KAMBON 3864 14TH AVE, SACRAMENTO, CALIFORNIA
12.
220. REV ROBERT HAND 4008 4OTH AVENUE, SACRAMENTO, CA. 95824

221. PRINCE SAMUEL FLYNN 3816 14TH AVE, SACRAMENTO, CALIFORNIA

222. PRINCESS MERRY EULICEX-JEFFERFSON 2512 EDISON AVE, SACRAMENTO, CA.

223. PRINCESS CINDY PACE 2410 ARDEN WAY, SACRAMENTO, CALIFORNIA

224. PRINCE LARRY TAYLOR 2410 ARDEN WAY, SACRAMENTO, CA.

225. PRINCES TALITHA DOUGLAS 8174 AUBERRY DR, SACRAMENTO, CALIFORNIA

226. ARCHBISHOP J.A. MURPHY 2660 69TH AVE, SACRAMENTO, CA.

227. PRINCESS LASHELES FIELDS 2512 EDISON AVE , SACRAMENTO, CA.

228. PRINCE JELANI EVANS 2512 EDISON AVE, SACRAMENTO, CA.

229. EVANGELIST BRENDA GORE 7665 PARK PKWY, SACRAMENTO, CALIFORNIA

230. MARQUISE WILLIA CANSON 20914 E NIGHTINGALE, QUEEN CREEK, ARIZONA

231. LADY NOBLE FIELDS P.O. BOX 124, DALY CITY, CA. 94014

232. LORD THOMAS STEVEN 3400 12TH STREET, SACRAMENTO, CA.

234. PRINCESS SANDRA HARRIS 3520 Y STREET, SACRAMENTO, CALIFORNIA

235. PRINCESS PAMELA OGLETREE 5411 WOODLAWN, CHICAGO, ILLINOIS
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

236. PRINCESS VALERIE REPRESS 115 ANDERSON AVENUE, ATLANTA, GA.
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

237. PRINCESS BARBARA REPRESS, 115 ANDERSON AVENUE, ATLANTA, GA.
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

238. PRINCESS DEBRA RESPRESS, 115 ANDERSON AVENUE, ATLANTA, GA.
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

240. ANNIE FAGAN 712 BLOSSOM WAY, HAYWARD, CALIFORNIA
MEMBER OF ALL BOARDS, ENTITIES, DEPTS.

13.


WE DECLARE UNDER THE PENALTY OF PERJURY THAT THIS IS THE MAILING
LIST WE USED TO SEND OUT LEGAL NOTICE TO THE INTERNATIONAL, NATIONAL,

STATE, LOCAL BOARDS OF TRUSTEES, DIRECTORS AND THE GENERAL MEMBERSHIP
OF THE MOUNT ZION SPIRITUAL TEMPLE, INC., AND CORPORATION OF THE PRESIDENT
OF THE MOUNT ZION SPIRITUAL TEMPLE, INC. FOR THE GENERAL BUSINESS MEETING,
ELECTION OF OFFICERS, AND SUCCESSOR TO THE LATE KING LOUIS H. NARCISSE
SPIRITUAL LEADER OF THE MOUNT ZION SPIRITUAL TEMPLE, INC., AND CORPORATION
OF THE PRESIDENT OF THE MOUNT ZION SPIRITUAL TEMPLE-A-CORPORATION SOLE.

QUEEN MOTHER LILLIE MAE JEFFERSON,  INTERNATIONAL VICE CHAIRPERSON
OF ALL BOARDS/TRUSTEES,CORPORATIION ENTITIES AND DEPARTMENTS

COUNTESS MARIA LOVE, SECRETARY GENERAL, INTERNATIONAL AND ALL BOARDS
TRUSTEES, CORPORATION ENTITIES AND DEPARTMENTS.

PRINCE RAYFORD BULLOCK, COMMITTEE MEMBER

PRINCESS BABY GRACE JEFFERSON, COMMITTEE MEMBER

MARQUISE WILLIA CANSON, COMMITTEE MEMBER

PRINCESS CHIKODI B. OKORO, COMMITTEE MEMBER/NEWLY APPOINTED RECORDING
SECRETARY

14.

Sign in

## Google

Web    Images    Video    News    Maps    **more »**

sacramento district u.s. courts                Search    Advanced Search
                                                         Preferences

---

**Web**            Results **1 - 10** of about **1,380,000** for **sacramento district u.s. courts**. (0.09 seconds)



**US District Court**
www.caeb.uscourts.gov

501 I St
Sacramento, CA 95814
(916) 930-4000

Get directions - More information

More local results »

### United States District Court, Eastern California
**United States District Court, United States California District Court** Seal ...
**SACRAMENTO** - Due to ongoing construction around the Courthouse in **Sacramento**, ...
www.caed.**uscourts**.gov/ - 21k - Cached - Similar pages

### SCBA: Federal **Courts**
**U.S. District Court**, Eastern **District** of California. Critically Important Daily Information;
Judges/Staff Phone Directory · Clerk's Office: **Sacramento** ...
www.sacbar.org/courtctr/fedcourt.asp - 44k - Cached - Similar pages

### **Sacramento** Students to Get Jury Preview at **U.S. District Court**
at **U.S. District Court. SACRAMENTO** — More than 500 seniors from nine area high
schools will learn what it's like to be a juror deciding the guilt or ...
www.ce9.**uscourts**.gov/.../3cf90a23430db5a9852562840073ae37/
afd2fd5cbe5789418825710a006dcd67?OpenDocument - 7k - Cached - Similar pages

#### Document Library
**Sacramento** Students to Get Their Day in **U.S. District Court. SACRAMENTO** — Some
500 seniors from seven area high schools will learn first hand about law ...
www.ce9.**uscourts**.gov/.../504ca249c786e20f85256284006da7ab/
256d7bcf74716bcf8825727d00632ceb?OpenDocument - 7k - Feb 14, 2007 -
Cached - Similar pages

### [PDF] United States Court of Appeals
File Format: PDF/Adobe Acrobat - View as HTML
As we explained in **Sacramento** Municipal Utility **District**. v. FERC, 428 F.3d 294 (D.C. Cir.
... Commission, 343 **U.S.** 414 (1952), in which the Supreme **Court** ...
pacer.cadc.**uscourts**.gov/docs/common/opinions/200701/05-1231a.pdf - Similar pages

#### [PDF] United States Court of Appeals
File Format: PDF/Adobe Acrobat - View as HTML
**United States Court of Appeals. FOR THE DISTRICT OF COLUMBIA CIRCUIT** ...
**Sacramento** Municipal Utility **District** v. Pacific Gas & Electric ...
pacer.cadc.**uscourts**.gov/docs/common/opinions/200511/04-1171a.pdf - Similar pages

### Directory of **United States Courts**
Directory of **United States Courts. District Courts** ... Eastern **district**, 6, **Sacramento**, CA
95814. Central **district**, 27, Los Angeles, CA 90012 ...
www.**uscourts**.gov/understanding_courts/dcts2.htm - 9k - Cached - Similar pages

What's New (ASP)
Time Stamping and Depositing of Documents in the **Sacramento** Division Drop Box ...
American Bankruptcy Institute · **U.S. District Court**, Eastern **District** of ...
www.caeb.**uscourts**.gov/sitemap/sitemap.asp - 36k - Cached - Similar pages

Related Links (**Sacramento County District Attorney's Office**)
**U.S. Federal Courts** - The Administrative Office of the **U.S. Courts** Web page for ... 2007,
**Sacramento** County **District** Attorney | 901 G Street, **Sacramento**, ...
www.da.saccounty.net/main/links.htm - 40k - Cached - Similar pages

California Eastern Probation
**United States** Probation Office Eastern **District** of California ... FEDERAL **DISTRICT**
**COURTS** ARE LOCATED IN FRESNO AND **SACRAMENTO**, WITH MANY MAGISTRATE
**COURTS** ...
www.caep.**uscourts**.gov/ - 2k - Cached - Similar pages

Result Page:   **1** 2 3 4 5 6 7 8 9 10   **Next**

---

sacramento district u.s. courts   Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google

Sign in

Google

**Web**  Images  Video  News  Maps  **more »**

sacramento district u.s. courts            Search    Advanced Search
Preferences

---

**Web**          Results 1 - 10 of about **1,380,000** for **sacramento district u.s. courts**. (0.09 seconds)



**US District Court**
www.caeb.uscourts.gov

501 I St
Sacramento, CA 95814
(916) 930-4000

Get directions - More information

More local results »

**United States District Court**, Eastern California
**United States District Court, United States** California **District Court** Seal ...
**SACRAMENTO** - Due to ongoing construction around the Courthouse in **Sacramento**, ...
www.caed.**uscourts**.gov/ - 21k - Cached - Similar pages

SCBA: Federal **Courts**
**U.S. District Court**, Eastern **District** of California. Critically Important Daily Information;
Judges/Staff Phone Directory · Clerk's Office: **Sacramento** ...
www.sacbar.org/courtctr/fedcourt.asp - 44k - Cached - Similar pages

**Sacramento** Students to Get Jury Preview at **U.S. District Court**
at **U.S. District Court. SACRAMENTO** — More than 500 seniors from nine area high
schools will learn what it's like to be a juror deciding the guilt or ...
www.ce9.**uscourts**.gov/.../3cf90a23430db5a98525628400073ae37/
afd2fd5cbe5789418825710a006dcd67?OpenDocument - 7k - Cached - Similar pages

> Document Library
> **Sacramento** Students to Get Their Day in **U.S. District Court. SACRAMENTO** — Some
> 500 seniors from seven area high schools will learn first hand about law ...
> www.ce9.**uscourts**.gov/.../504ca249c786e20f85256284006da7ab/
> 256d7bcf74716bcf8825727d00632ceb?OpenDocument - 7k - Feb 14, 2007 -
> Cached - Similar pages

[PDF] **United States Court** of Appeals
File Format: PDF/Adobe Acrobat - View as HTML
As we explained in **Sacramento** Municipal Utility **District**. v. FERC, 428 F.3d 294 (D.C. Cir.
... Commission, 343 **U.S.** 414 (1952), in which the Supreme **Court** ...
pacer.cadc.**uscourts**.gov/docs/common/opinions/200701/05-1231a.pdf - Similar pages

> [PDF] **United States Court** of Appeals
> File Format: PDF/Adobe Acrobat - View as HTML
> **United States Court** of Appeals. FOR THE **DISTRICT** OF COLUMBIA CIRCUIT ...
> **Sacramento** Municipal Utility **District** v. Pacific Gas & Electric ...
> pacer.cadc.**uscourts**.gov/docs/common/opinions/200511/04-1171a.pdf - Similar pages

Directory of **United States Courts**
Directory of **United States Courts. District Courts** ... Eastern **district**, 6, **Sacramento**, CA
95814. Central **district**, 27, Los Angeles, CA 90012 ...
www.**uscourts**.gov/understanding_**courts**/dcts2.htm - 9k - Cached - Similar pages

---

What's New (ASP)
Time Stamping and Depositing of Documents in the **Sacramento** Division Drop Box ...
American Bankruptcy Institute · **U.S. District Court**, Eastern **District** of ...
www.caeb.**uscourts**.gov/sitemap/sitemap.asp - 36k - Cached - Similar pages

Related Links (**Sacramento County District** Attorney's Office)
**U.S. Federal Courts** - The Administrative Office of the **U.S. Courts** Web page for ... 2007,
**Sacramento** County **District** Attorney | 901 G Street, **Sacramento**, ...
www.da.saccounty.net/main/links.htm - 40k - Cached - Similar pages

California Eastern Probation
**United States** Probation Office Eastern **District** of California ... FEDERAL **DISTRICT**
**COURTS** ARE LOCATED IN FRESNO AND **SACRAMENTO**, WITH MANY MAGISTRATE
**COURTS ...**
www.caep.**uscourts**.gov/ - 2k - Cached - Similar pages

Result Page:    **1** 2 3 4 5 6 7 8 9 10    **Next**

---

sacramento district u.s. courts        Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google

PETITIONER HEREBY OBJECTS TO THE FINAL ACCOUNT AND REPORT
OF CO-ADMINISTRATORS, AND SEEK FEDERAL ENFORCEMENT OF TRUST IN
REAL AND PERSONAL PROPERTIES HELD IN TRUST FOR MT. ZION SPIRITUAL
TEMPLE, INC., AND CORPORATION OF THE PRESIDENT OF THE MT. ZION
SPIRITUAL TEMPLE A CORPORATION SOLE UNDER CALIFORNIA CODE 10000.
Petitioner King Dr. Eddie C. Welbon's First Amendment Rights of
The Constitution of the United States of America was elected to
suceed the Late King Louis H. Narcisse Founder and CEO of the
Mt. Zion Spiritual Temple, Inc., and Corporation of the President
of the Mt. Zion Spiritual Temple, Inc.. Petitioners are benefic
beneficiary of the Trust, and Trustees of the Mt. Zion Spiritual
Temple, Inc., a California Nonprofit Corporation/Religious
Corporation described herein, and seek Federal

2-1

SEE LISTING OF PROPERTIES ATTACHED.

enforcement of a Nonprofit Trust against the Co-Administrators of the Estate of the Estate of Louis H. Narcisse. [1]

2.  The trust described herein is not revocable by its bylaws.

3.  Mount Zion Spiritual Temple, Inc. was formed in 1948 as a California Nonprofit Public Benefit/Religious Corporation. **IT IS A 501(c) (3) CORPORATION and entitled to protection from the wholesale looting, pillage, and sacking of its charitable by co-administrators Lillian Roberts, and Helen Butler.** [2](See Exhibits A, and B)

4.  Mount Zion Spiritual Temple, Inc. also held churches in other counties, and states of the union in a "*Hierarchical Structure*".[3]

**5.**  CORPORATION OF THE PRESIDENT OF MOUNT ZION SPIRITUAL TEMPLE, INC., a Corporation Sole, was formed in 1957 by the Late "His Grace" King Louis H. Narcisse, Spiritual Leader of Mount Zion Spiritual Temple for the purpose of administering and managing the **501(c) (3)** real properties of Mount Zion Spiritual Temple, Inc., pursuant to California Corporation Code, § 10002.

_____

[1]Although the Attorney General has the primary responsibility for enforcement of charitable trusts, the courts have recognized that others with sufficient interest in the trust as trustee have right to bring actions for enforcement. [See Holt v. College of Osteopathic Physicians & Surgeons (1964) 61 C2d 750, 754, 40 CR 244]

[2]  The Attorney General is empowered to oversee charities as the representative of the public, and of beneficiaries, who, unlike beneficiaries of a private trust, are ordinarily indefinite an therefore unable to enforce the trust on their own behalf [ see Holt v. College of Osteopatic Physicians & Surgeons (1964) 61 C2d 750, 754, 40 CR 244]

[3]  The Court has defined a hierarchical church as "a subordinate member of some general church organization in which there are superior ecclesiastical tribunals with a general and ultimate power of control...over the membership of the that general organization." Watson v. Jones (1871) 80 US 679, 722-23.

6. CORPORATION OF THE PRESIDENT OF MOUNT ZION SPIRITUAL TEMPLE, INC., a Corporation Sole, formed by "His Grace" King Louis H. Narcisse has perpetual existence, notwithstanding vacancies in the incumbency thereof, and by the death of King Narcisse in 1989.

7. The real properties herein in title of CORPORATION OF THE PRESIDENT OF MOUNT ZION SPIRITUAL TEMPLE, INC., a Corporation Sole, was/is in trust on behalf of petitioner, and Mount Zion Spiritual Temple, Inc.

8. In 1989, **CORPORATION OF THE PRESIDENT OF MOUNT ZION SPIRITUAL TEMPLE, INC.,** a Corporation Sole, held title to certain real properties in trust on behalf of petitioner, and Mount Zion Spiritual Temple, Inc., but co-administrators Lillian Roberts, and Helen Butler placed themselves in an **OPEN AND NOTORIOUS COMPLICT OF INTEREST** as **CONTROLLING** corporate trustees of Mount Zion Spiritual Temple, Inc., and proceeded to enrich themselves of the charitable assets of the church, by racketeering, by disregarding, ignoring, and circumventing and violating the church's charitable and religious trusts across the United States, by illegally and wrongfully seizing the church's **501(c) (3)** assets in utter and open complicity and collusion with others such as one Rev. Arthur B. Burnett to manifestly "rob" the church.

9. On April 28, 2005, frustrated and aggravated dedicated members of Mount Zion Spiritual Temple, Inc. finally gathered together and installed a successor to the Late "His Grace" King Louis H. Narcisse, which effectively filled "the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple" as the co-administrators Lillian Roberts and Helen Butler were fully informed, and well aware of the laws governing a Sole Corporation, and the "Sovereign", and "Statutory" rights, powers and authority bestowed upon "His Grace" King Dr. Eddie C.

-3-

1  Welbon as the successor to King Louis H. Narcisse in regards to the ownership and control of the

2  church's charitable **501(c) (3)** assets. (See Exhibit C, January 22, 1991, Bovarnick's

3  Supplemental Statement of Factual and Legal Contentions Regarding Case Management

4
5  Conference, Case No. 657863-9

6  10. Co-administrators Lillian Roberts, and Helen Butler refused, and continue to refuse to

7  turnover church's assets, records, documents or account to the church or successor, and in fact

8  have, clandestinely and without authority of court, placed **ALL** of the remaining **501(c) (3)** real

9
10  properties held in constructive and legal trust for Corporation of the President of Mt. Zion

11  Spiritual Temple up for immediate sale.

12  11. and nonprofit corporate assets church assets as set forth below:

13  **IN THE STATE OF CALIFORNIA:**

14  744 Calmar, Oakland

15
16  This property was purchased by the corporation sole on March 11, 1964. At all times title

17  thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a

18  corporation Sole."

19  In the Objection by Lillian Roberts to Citation and Petition for Removal filed herein, co-

20  administrator Lillian Roberts claimed that 744 Calmar was not property of the Estate as if it

21
22  had never been transferred to the Estate, which was a gross untruth, and complete fabrication

23  of facts uttered to the court.

24  744 Calmar was a charitable asset of Mount Zion Spiritual Temple, Inc., and the co-

25  administrators Roberts and Butler were fully aware of it as set out above, but co-

26  administrators transferred title of 744 Calmar into the estate nevertheless as evidenced by the

27
28  July 24, 1989 Creditor's Claim of Corporation of the President of Mount Zion Spiritual

-4-

1    Temple, Inc., filed by Joseph L. Russell, Attorney for Mt. Zion Spiritual Temple, Inc. on

2    behalf of former CEO/President of Mount Zion Spiritual Temple, Princess Ann Williams

3    AKA Prince Ann Grant-James (See Exhibit D)

4

5    In response to the creditor's claim, co-administrator Roberts rejected the claim, and kept title,

6    possession and control of 744 Calmar in the Estate until it was wrongfully liquidated, and

7    disappeared from the Estate and Church. (See Exhibit E)

8    Princess Ann Williams also filed her own creditor's claim for 744 Calmar, and falsely

9    claimed that "His Grace" had "promised to transfer his interest in property located at 744

10   Calmar Avenue" to her "during his lifetime, which was in open violation of the state

11

12   nonprofit laws, corporate bylaws, and the custom and practice of "His Grace", and Mt. Zion

13   Spiritual Temple. (See Exhibit F )

14   On information and belief, co-administrators Roberts and Butler and Former CEO Princess

15   Ann Williams colluded, combined and wrongfully sold 744 Calmar in 1994, and split the

16

17   proceeds of the sale among themselves effectively defrauding and robbing the church of its

18   valuable **501(c) (3)** protected property.

19   Whereas soon thereafter, Ann Williams completely abandoned Mt. Zion Spiritual Temple,

20   Inc., took a portion of the money from the sale of 744 Calmar, and disappeared. Co-

21

22   administrator Roberts assumed her abandoned CEO position, and asserted herself as

23   President and CEO of Mt. Zion Spiritual Temple, Inc., and continued in combination with

24   co-administrator Butler to loot, pillage, and plunder the church's **501(c) (3)** assets.

25   760 Calmar, Oakland, CA

26   This property was purchased by the corporation sole on March 11, 1964. At all times title

27   thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a

28

-5-

corporation Sole. The Sole corporation property was wrongfully converted and poured over into the Estate of Louis II. Narcisse. The co-administrators were aware that this property should not have included as estate property, but ignored the charitable trust status, and transferred title into the Estate as their continuing pattern of racketeering, and "robbing" the church of its **501(c) (3)** valuable assets. [4]

At some relevant time, co-administrators Roberts and Butler manufactured, developed, and designed a subterfuge, hoax and ploy to mask their fraud upon the court, the members of Mt. Zion Spiritual Temple, and the nonprofit laws of the State of California and United States, co-administrators Roberts and Butler unilaterally manufactured an <u>unexecuted</u> stipulated judgment transferring title of 760 Calmar, and the church back to Mount Zion Spiritual Temple, Inc. for certain considerations that co-administrators never performed, and never intended to perform. [5]

Co-administrators Roberts, Butler and Rev. Arthur Burnett are currently conspiring to sell off the church's asset due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Weblon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

---

[4] In fact, Counsel Steven H. Bovarnick, attorneys for the personal representatives formally admitted, and informed the court that said property was charitable assets of the church, and not an asset of the Estate. <u>See January 22, 1991, Bovarnick's Supplemental Statement of Factual and Legal Contentions Regarding Case Management Conference, Case No. 657863-9</u>

[5] By the admissions set forth in the co-administrator counsel Bovarnick's <u>Supplemental Statement of Factual and Legal Contentions</u>, co-administrators Roberts and Butler were fully aware that their title to 760 Calmar was null and void. They had no legal or justified right, power, or authority to seize 760 Calmar as Estate property for their benefit and control.

-6-

1488 14th Street, Oakland

This property was purchased by the corporation sole on March 11, 1964. At all times title thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a corporation Sole. The Sole corporation property was wrongfully converted and poured over into the Estate of Louis H. Narcisse.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Weblon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

Unimproved Lot on Balfour, Oakland

This property was purchased by the corporation sole on June 9, 1964. At all times title thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a corporation Sole. The Sole corporation property was wrongfully converted and poured over into the Estate of Louis H. Narcisse.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Weblon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

Unimproved Lots on South Avenue, Sacramento

This property was purchased by King L.H. Narcisse on June 9, 1964. At all times title thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a corporation

-7-

1    Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on

2    behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California

3    Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc.,

4    a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

5

6    1480 14th Street, Oakland

7    This property was purchased by the corporation sole on September 25, 1978. At all times title

8    thereto has been as "Corporation of the President of the Mt. Zion Spiritual Temple, a

9    corporation Sole.

10

11   This property disappeared from the church's and estate inventory list.

12   1606 16th Street, Oakland

13   This property was purchased by the corporation sole. At all times title thereto has been as

14   "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole.

15

16   Co-administrators and Saint Catherine Brown, former trustee of the church, illegally and

17   knowingly sold the charitable property after a successor to "His Grace" King Louis H.

18   Narcisse was installed. Co-administrator Lillian Roberts was formally informed that such

19   property was held in trust for the church in "perpetual existence" until a new spiritual leader

20   of the church was installed. [6]

21

22   **ASSESSOR'S PARCEL NUMBERS AS FOLLOWS:**

23   018-160-21-00-7

24   ---

25   [6] Counsel Steven H. Bovarnick, attorneys for the personal representatives formally admitted, and nformed the court

26   and Ms. Roberts that the property was held in trust for the church due to "a vacancy in the incumbency of the

27   Corporation of the President of Mt. Zion Spiritual Temple." See January 22, 1991, Bovarnick's Supplemental

     Statement of Factual and Legal Contentions Regarding Case Management Conference, Case No. 657863-9

28

-8-

1    This property in the City of Bakersfield, CA was purchased by the corporation sole. At all

2    times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual

3    Temple", a corporation Sole. The Sole corporation property was wrongfully sold by Princess

4    Ann Williams, allegedly chairman of the sole corporation, and Rev. Anthony Reed, allegedly

5    secretary of the sole corporation all in concert and collusion with co administrators.

6

7    250-0111-008-0000

8    This property at 628 Morey Avenue in the City of Sacramento, CA was purchased by the

9    corporation sole. At all times title thereto had been as "Corporation of the President of the

10   Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of

11   "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of

12   Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the

13   President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of

14   "King" of Mt. Zion Spiritual Temple, Inc.

15   Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the

16   pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible

17   due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple

18   being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal

19   transactions in Michigan, set out more fully below.

20

21   250-0150-008-0000

22

23   This property at 628 South Avenue in the City of Sacramento, CA was purchased by the

24   corporation sole. At all times title thereto had been as "Corporation of the President of

25   Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of

26   "King" Louis H. Narcisse was acquired on behalf of, and was holding the

27   Mt. Zion Spiritual Temple, Inc., a California Religious Organization

28

-9-

President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc. The words "A Single Man" mean only that he was not married, and it did not mean that it was his personal property.

250-0114-009-0000

This property in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc. This property was illegally sold to Keisha Runnels in November 2004.

250-0150-090-0000

This property at 650 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple

-10-

being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0150-010-0000

This property at 700 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-013-0000

This property at 0000 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

-11-

1    Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the

2    pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible

3    due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple

4

5    being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal

6    transactions in Michigan, set out more fully below.

7    250-0114-016-0000

8    This property at 629 South Avenue in the City of Sacramento, CA was purchased by the

9    corporation sole. At all times title thereto had been as "Corporation of the President of the
10
11   Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of

12   "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of

13   Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the

14   President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of

15   "King" of Mt. Zion Spiritual Temple, Inc.
16

17   Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the

18   pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible

19   due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple

20   being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal

21   transactions in Michigan, set out more fully below.
22

23   250-0114-017-0000

24   This property at 633 South Avenue in the City of Sacramento, CA was purchased by the

25   corporation sole. All properties was held in the name of "King" Louis H. Narcisse was

26   acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a

27

28   California Religious Organization, and Corporation of the President of Mt. Zion Spiritual

-12-

Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0113-018-0000

This property at 725 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-018-0000

This property at 625 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole.

-13-

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-019-0000

This property at 621 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-020-0000

This property at 613 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the

-14-

President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0114-022-0000

This property at 605 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0093-022-0000

This property at 605 South Avenue in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of

-15-

1    "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of

2    Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the

3    President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of

4

5    "King" of Mt. Zion Spiritual Temple, Inc.

6    Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the

7    pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible

8    due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple

9    being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal

10    transactions in Michigan, set out more fully below.

11

12    250-0114-023-0000

13    This property in the City of Sacramento, CA was purchased by the corporation sole. At all

14    times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual

15    Temple", a corporation Sole. All properties was held in the name of "King" Louis H.

16    Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual

17    Temple, Inc., a California Religious Organization, and Corporation of the President of Mt.

18    Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt.

19    Zion Spiritual Temple, Inc.

20

21    Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the

22    pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible

23    due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple

24    being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal

25    transactions in Michigan, set out more fully below.

26

27    250-0150-035-0000

28

This property at 681 Hayes Street in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0150-036-0000

This property at 667 Hayes Street in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining **501(c) (3)** assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple

-17-

being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

250-0150-038-0000

This property at 655 Hayes Street in the City of Sacramento, CA was purchased by the corporation sole. At all times title thereto had been as "Corporation of the President of the Mt. Zion Spiritual Temple", a corporation Sole. All properties was held in the name of "King" Louis H. Narcisse was acquired on behalf of, and was holding the title in behalf of Mt. Zion Spiritual Temple, Inc., a California Religious Organization, and Corporation of the President of Mt. Zion Spiritual Temple, Inc., a Sole Corporation as connoted by the title of "King" of Mt. Zion Spiritual Temple, Inc.

Co-administrators and Rev. Arthur Burnett are currently conspiring to install Burnett as the pastor the church, and sell off the church's remaining 501(c) (3) assets as soon as possible due to the incumbency of the Corporation of the President of Mt. Zion Spiritual Temple being filled by "His Grace" King Dr. Eddie C. Welbon in a pattern similar to Burnett's illegal transactions in Michigan, set out more fully below.

## IN THE STATE OF MICHIGAN

3951 McDougal

This property at 3951 McDougal in the City of Detroit, MI was purchased and title held in KING NARCISSE MT. ZION MICHICAN STATE SPIRITUAL TEMPLE.

2295 W. Chicago

This property at 2295 W. Chicago in the City of Detroit, MI was purchased and title held in KING NARCISSE MT. ZION MICHICAN STATE SPIRITUAL TEMPLE.

2705 Joy Road

-18-

1    This property at 2705 Joy Road in the City of Detroit, MI was purchased and title held in

2    KING NARCISSE MT. ZION MICHICAN STATE SPIRITUAL TEMPLE.

3    2254 W. Chicago

4

5    This property at 2254 W. Chicago in the City of Detroit, MI was purchased and title held in

6    KING LOUIS II. NARCISSE.

7    In 1990, all the above herein properties were all listed as assets of the Louis H. Narcisse in

8    the Estate of Louis H. Narcisse. Co-administrators Lillian Roberts, and Helen Butler knew

9    that the above were charitable assets and should not have listed as estate assets. [7]

10

11   **REVEREND ARTHUR B. BURNETT IN MICHIGAN**

12   Misappropriation of 501(c)(3) Property, and Assets

13   2295 W. Chicago –After the death of Louis H. Narcisse, In 1990 Rev. Burnett combined with

14   a Willy Ozier and wrongfully transferred title to the above herein property into an entity

15

16   (Amazing Grace Temple, Inc.) controlled by them, and misappropriated and "robbed" the

17   church of its charitable 501(c)(3) property, and asset. [8]

18   2705 Joy Road- Again, after the death of Louis H. Narcisse, In 1990 Rev. Burnett combined

19   with a Willy Ozier and wrongfully transferred title to the above herein property into an entity

20

21

22

23   _____

[7] In Fact, in 1995 Charles J. Gerlach, Esq. of Kemp, Klein, Umphrey & Endelman, Suite 600 Columbia Center, 201
24
West Big Beaver Rd., Troy Michigan **formally** informed co-administrators that after an investigation "…none of
25
these properties should have been listed as estate assets.
26
[8] There is a Quit Claim Deed for $3000 deeding the property from the "King Narcisse Temple Church" to James R.
27
Willis, and Coby Wills. The Deed was signed by the "Reverend" A.B. Burnett, signing as "Authorized Agent for
28
Church."

-19-

1    controlled by them, and misappropriated and again "robbed" the church of its charitable

2    501(c)(3) property, and asset. [9]

3
4    Nevertheless Rev. Burnett's criminal conduct in Michigan and theft and looting of church

5    properties, co-administrators have knowingly combined with him to continue to loot, and

6    pillage church property in California.

7    **REVEREND ARTHUR B. BURNETT IN CALIFORNIA**

8    Misappropriation of Estate Property, Perjury and Insurance Fraud

9    In Objection by Lillian Roberts to Citation and Petition for Removal filed herein, she

10   attached and incorporated by reference a certain declaration from the same Rev. Arthur B.

11   Burnett AKA Reverend A.B. Burnett, Bishop Arthur B. Burnett, and Arthur Burnett of

12

13   Michigan.

14   In that declaration, Mr. Burnett falsely alleged he was a member in good standing of Mt.

15   Zion Spiritual Temple, and a trustee. Rev. Burnett also alleged falsely that petitioner stole

16
17   two diamond rings, and a mink coat from 760 Calmar.

18   Rev. Burnett's allegation is interesting in that on April 27, 1989, co-administrator Lillian

19   Roberts claimed and reported stolen and lost the same two diamond rings, and a mink coat to

20   the church's insurance carrier, Unigard Insurance Company. (See Exhibit G)

21
     She claimed that the value of the stolen property at over $11,000. If these items were lost and
22
23   stolen as alleged in 1989, why would these items be allegedly in possession and control of

24   Rev. Arthur B. Burnett but for an insurance fraud scheme, and evidence of a continuing

25

26   _____

     [9] Again, there is a Quit Claim Deed transferring the property from King Narcisse Michigan State Memorial Temple
27
     to Amazing Grace Temple, Inc. The Deed was signed by Arthur Burnett as Pastor and Authorized signer for the
28
     King Narcisse Michigan State Memorial Temple.

1    pattern of a conspiracy between Roberts, Butler and Burnett to "rob" the church, and the

2    Estate of its valuable assets and property.

3    Additionally, Mr. Burnett has been found by the instant court to be untrustworthy, unreliable

4

5    and the very declaration submitted, and attached to co-administrator Robert's objection in this

6    case has been determined by the Alameda County Superior Court to be *"replete with*

7    *conflicting testimony"*. (See 9/26/05 Judge Brick's Order Motion to Vacate/Set Aside

8    Granted, Alameda County Superior Court, Mt. Zion v. Bullock, Case No. WG05-224702)

9    Furthermore, Mr. Burnett has been found to have manufactured a Civil Domestic Violence

10

11   lawsuit against the petitioner by the Honorable Leo Dorado in Burnett v. Bullock, Alameda

12   Superior Court, Case No. RG05-222271. The matter brought by Rev. Burnett was found by

13   Judge Dorado to be no more than a ploy, and devise manufactured by him to circumvent the

14   6/10/05 court ruling of the Honorable Steven A. Brick against Ms. Roberts denying her

15   application to restrain "His Grace" Dr. King Eddie C. Welbon from exercising his Sovereign

16

17   powers as the successor to the Late "His Grace" Dr. King Louis H. Narcisse.

18   12. Co-administrators Lillian Roberts, Helen Butler have failed and refused, and continue to

19       fail and refuse to perform the duties and conditions of holding **501(c) (3),** and California

20       Nonprofit Corporation charitable properties in trust for the public good (Mt. Zion

21

22       Spiritual Temple, Inc., a California Religious Corporation, and a Sole Corporation, as set

23       forth in the laws and regulations of the State of California, and United States.

24   13. Mount Zion Spiritual Temple, Inc. is a predominately Black congregation, and is entitled

25       to equal protection of the laws, and the same rights, respects, and protection of the laws

26       accorded to predominately white congregations in similar situations involving outright

27       racketeering activities across the United States by parties entrusted with trust properties,

28

-21-

1    and wholesale larceny, and theft of the charitable assets of Mount Zion Spiritual Temple,

2    Inc, a California Nonprofit Religious Corporations.

3    14. The beneficiaries of the Mt. Zion Spiritual Temple, Inc. charitable trust are the current

4
5    members of the church in good stating as registered in the membership rolls as

6    maintained by the secretary of the church.

7    15. The names and addresses of the persons entitled to notice of this petition are as follows:

8        A. State of California, Department of Justice Attorney General Honorable Bill
9           Lockyer 1515 Clay Street Oakland, CA 94612

10       B. State of California Department of Justice 1300 I Street, Suite 125 Sacramento, CA
11          94244-2550 Attn: Karen Denvir, Deputy Attorney General

12       C. Mike Cox, Michigan Department of Attorney General, Cadillac Place, 10th Floor,
            3030 W. Grand Blvd. Suite 10-200, Detroit, MI 48202
13
14       D. U.S. Attorney General, Alberto Gonzales, U.S. Department of Justice, 455
            Golden Gate Avenue, San Francisco, CA 94102
15
16       E. Unigard Insurance Company, Fraud Division, 15805 NE 24th Street, Bellevue,
            WA 98008-2409

17   WHEREFORE, petitioner prays for an order:

18
19   1.  Compelling co-administrators to execute and deliver and turnover to Mt. Zion Spiritual

20       Temple, Inc., and "His Grace" King Dr. Eddie C. Welbon, assets, monies, real and

21       personal property that was in title in, and held in trust of Mt. Zion Spiritual Temple, Inc.,

22       that was wrongfully seized by co-administrators Roberts, and Butler;

23
24   2.  Compelling co-administrators to desist and cease threatening, and colluding to continue

25       to dispose of real and personal property that was in title in, and held in trust of Mt. Zion

26       Spiritual Temple, Inc., and Corporation of the President of Mt. Zion Spiritual Temple,

27       Inc., and interfering in, and blocking the nonprofit business and religious affairs of Mt.

28       Zion Spiritual Temple;

-22-

3. An accounting to the U.S. Attorney, Michigan and California Attorney General, members of Mt. Zion Spiritual Temple, Inc., and Corporation of the President of Mt. Zion Spiritual Temple, Inc., and "His Grace" King Dr. Eddie C. Welbon all **501(c) (3)** properties sold, transferred that was in title in, and held in trust of Mt. Zion Spiritual Temple, Inc., and Corporation of the President of Mt. Zion Spiritual Temple;

4. Constructive Trusts established in benefit of Mt. Zion Spiritual Temple, Inc., and Corporation of the President of Mt. Zion Spiritual Temple of all real and personal property of Mt. Zion Spiritual Temple, Inc., and Corporation of the President of Mt. Zion Spiritual Temple wrongfully sold, transferred to third parties by co-administrators Roberts and Butler within the last two (2) to three (3) years.

5. For costs herein, and

6. For such other and further relief as the court may deem proper.

Dated February 9, 2006

By

Petitioner and Secretary of Mt. Zion Spiritual Temple, Inc.

-23-

**Internal Revenue Service**

Department of the Treasury
P. O. Box 2508
Cincinnati, OH 45201

**Date:**  August 19, 2005

**Person to Contact:**
    Kathy Masters ID# 31-04015
    Customer Service Representative
**Toll Free Telephone Number:**
    8:30 a.m.  to 5:30 p.m. ET
    877-829-5500
**Fax Number:**
    513-263-3756
**Federal Identification Number:**
    94-1647815

MT ZION SPIRITUAL TEMPLE INC
1488 14TH ST
OAKLAND            CA 94607-2028

Dear Sir or Madam:

This is in response to your request of August 19, 2005, regarding your organization's tax-exempt status.

In January 1973 we issued a determination letter that recognized your organization as exempt from federal income tax.  Our records indicate that your organization is currently exempt under section 501(c)(3) of the Internal Revenue Code.

Our records indicate that your organization is also classified as a church under sections 509(a)(1) and 170(b)(1)(A)(i) of the Internal Revenue Code.

Our records indicate that contributions to your organization are deductible under section 170 of the Code, and that you are qualified to receive tax deductible bequests, devises, transfers or gifts under section 2055, 2106 or 2522 of the Internal Revenue Code.

If you have any questions, please call us at the telephone number shown in the heading of this letter.

Sincerely,

*Janna K. Skufca*

Janna K. Skufca, Director, TE/GE
Customer Account Services

Exhibit A

# State of California
## Secretary of State



I, BRUCE McPHERSON, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___4___ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

JAN 1 3 2006

**BRUCE McPHERSON**
Secretary of State

Sec/State Form CE 108 (REV 03/31/05)

Exhibit B

OSP 05 92407

MAR 29 1957

ROBERT C. KIRKWOOD, CHAIRMAN
STATE CONTROLLER
JOHN M. PEIRCE, VICE-CHAIRMAN
DIRECTOR OF FINANCE
ROBERT McDAVID
CHAIRMAN BOARD OF EQUALIZATION

JOHN J. CAMPBELL
EXECUTIVE OFFICER

1020 N STREET
SACRAMENTO 14



### State of California
# Franchise Tax Board

### March 28, 1957

Corporation of the President of the Mt.
 Zion Spiritual Temple
c/o Erikssen & Erikssen, Attorneys at Law
1615 Broadway
Oakland 12, California

Gentlemen:

RE: Exemption from Franchise Tax

It is the opinion of this office, based upon the evidence presented,
that you are exempt from State franchise tax under the provisions of
Section 23701d of the Revenue and Taxation Code, as it is shown that
you are organized and operated exclusively as **a religious organization.**

Accordingly, you will not be required to file franchise tax returns
unless you change the character of your organization, the purposes
for which you were organized, or your method of operation.  Any such
changes should be reported immediately to this office in order that
their effect upon your exempt status may be determined.

You will, however, be required to file an information return Form 199
annually.  This return is due on or before the 15th day of the fifth
month following the close of your annual accounting period.  You are
excused from filing the return if your gross income is under $25,000,
in which event you are required to file annually, on or before March
15th, a statement on Form FT-99.  These forms will be mailed to you
providing this Board is furnished with your current postal address.

However, if you have income that is taxable under the provisions of
Section 23771 of the Revenue and Taxation Code, a return on Form 109
must be filed by the 15th day of the third month following the close
of your fiscal year.  These forms may be obtained from this office
or any of its branches.

Contributions made to you are deductible by the donors in arriving
at their taxable net income in the manner and to the extent provided
by Sections 17214, 17215, 17216 and 24357 of the Revenue and Taxation
Code.

If the organization is not yet incorporated or has not yet qualified
to do business in California, this approval will expire within thirty
days unless incorporation or qualification is completed within such
period.

Very truly yours,
FRANCHISE TAX BOARD
John J. Campbell
Executive Officer

By C. M. Gray
C. M. Gray
Assistant Counsel

CWG:dhs
cc:Secretary of State
 C

est copy available

# ARTICLES OF INCORPORATION
## OF THE
### PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE
### A CORPORATION SOLE

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned, having been duly chosen, appointed and sustained as President of the Mt. Zion Spiritual Temple, Oakland, California, in conformity with the rules, regulations and discipline of said Church, and being desirous of forming a corporation for the purpose of administering and managing the affairs, property and temporalities thereof, and particularly for the acquiring, holding and disposing of church property for the benefit of religion, for works of charity, and for public worship, under and pursuant to Part II or Title I of the Corporation Code of the State of California, pertaining to corporation sole, and all acts mandatory thereof and supplemental thereto, for that purpose do hereby make and subscribe the following ARTICLES OF INCORPORATION:

I

The name of this corporation shall be CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE.

II

The undersigned, President of the Mt. Zion Spiritual Temple, Oakland, California, is duly authorized by the rules, regulations and discipline of the said Church to take such action.

III

The County of this State where the principal office for the transaction of the business of the corporation is located is Alameda County.

IV

The manner in which a vacancy occurring in the office of the President of the Mt. Zion Spiritual Temple is required to be filled by the rules, regulations and practice of said Church is through appointment and nomination by the board of trustees of the said

-1-