*Original Summons*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**FILED**
MAY 1 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

EASTERN District of CALIFORNIA

Bishop Lillie Mae Jefferson, National Board of Directors
Bishop Dr. Eddie C. Welbon, Successor/King, National Board of Director, Chairman
Bishop Gerald Patterson, Supreme Court Clerk, National Board of Directors
Bishop Theo Frazier, National Board of Director
Bishop Gregory Richardson, National Board of Directors
Bishop Grace Jefferson, National Board of Directors
Bishop Betty Johnson, National Board of Directors
Bishop Rayford Bullock, Chief Justice, National Board of Directors
Mt. Zion's Supreme Court
Mt. Zion Tribunal Court
Bishop Mother Carolyn Cunningham, Queen of the South (Tennessee) National Board
Bishop Marquise Willia Canson (Arizona), National Board of Directors
Bishop Dutches Ruby Hill, Colorado, National Board of Directors
Prince Kenneth Johnson, National Board of Directors

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)  Clinton Killian, Attorney At Law
Law Office of Clinton Killian
Leamington Building
1814 Franklin Street, Suite 805
Oakland, California 94612-3527

AND THOSE ABOVE NAMED DEFENDANTS.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOTHER LILLE MAE JEFFERSON
1200 34TH STREET
SACRAMENTO, CALIFORNIA

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Victoria C. Minor, Clerk**

CLERK

*K Carlos*

(By) DEPUTY CLERK

2/16/07

DATE

※AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/23/07 at 12:21 pm |
| NAME OF SERVER (PRINT)<br>CLARENCE RANDOLPH | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CLINTON KILLIAN, ATTORNEY AT LAW
   1814 FRANKLIN STREET, SUITE 805, OAKLAND, ~~CALIF~~ 94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 21, 2007         *Clarence Randolph*
                Date                  Signature of Server

                                      339 15TH STREET, SUITE 206
                                      OAKLAND, CALIF  94612
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN                             District of  CALIFORNIA

Bishop Lillie Mae Jefferson, National Board of Directors
Bishop Dr. Eddie C. Welbon, Successor/King, National Board of Director, Chairma
Bishop Gerald Patterson, Supreme Court Clerk, National Board of Directors
Bishop Theo Frazier , National Board of Director **SUMMONS IN A CIVIL CASE**
Bishop Gregory Richardson, National Board of Directors
Bishop Grace Jefferson, National Board of Directors
Bishop Betty Johnson, National Board of Directors
Bishop Rayford Bullock, Chief Justice , National Board of Directors
Mt. Zion's Supreme Court                         CASE NUMBER:
Mt. Zion Tribunal Court
Bishop Mother Carolyn Cunningham, Queen of the South(Tennessee)National Board
Bishop Marquise Willia Canson(Arizona), NationalBoard of Directors
Bishop Dutches Ruby Hill, Colorado, National Board of Directors
Prince Kenneth Johnson, National Board of Directors

TO: (Name and address of Defendant)  Clinton Killian, Attorney At Law
Law Office of Clinton Killian
Leamington Building
1814 Franklin Street, Suite 805
Oakland, California 94612-3527

AND THOSE ABOVE NAMED DEFENDANTS.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOTHER LILLE MAE JEFFERSON
1200 34TH STREET
SACRAMENTO, CALIFORNIA

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Victoria C. Minor, Clerk**                           2/16/07

CLERK                                                  DATE

_/s/ Carlos_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 02/23/2007 |
| NAME OF SERVER (PRINT) CLARENCE R. STERN | TITLE INDIVIDUAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: PAUL COBBS/OAKLAND POST NEWSPAPER GROUP  405 14TH, STREET, OAKLAND, CALIFORNIA 94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/25/2007
               Date

Signature of Server

714 BLOSSOM WAY, HAYWARD, CA. 94541
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN                                                District of CALIFORNIA

Bishop Lillie Mae Jefferson, National Board of Directors
Bishop Dr. Eddie C. Welbon, Successor/King, National Board of Director, Chairma
Bishop Gerald Patterson, Supreme Court Clerk, National Board of Directors
Bishop Theo Frazier , National Board of Director **SUMMONS IN A CIVIL CASE**
Bishop Gregory Richardson, National Board of Directors
Bishop Grace Jefferson, National Board of Directors
Bishop Betty Johnson, National Board of Directors
Bishop Rayford Bullock, Chief Justice , National Board of Directors
Mt. Zion's Supreme Court                              CASE NUMBER:
Mt. Zion Tribunal Court
Bishop Mother Carolyn Cunningham, Queen of the South (Tennessee) National Board
Bishop Marquise Willia Canson (Arizona), NationalBoard of Directors
Bishop Dutches Ruby Hill, Colorado, National Board of Directors
Prince Kenneth Johnson, National Board of Directors

TO: (Name and address of Defendant)  Clinton Killian, Attorney At Law
Law Office of Clinton Killian
Leamington Building
1814 Franklin Street, Suite 805
Oakland, California 94612-3527

AND THOSE ABOVE NAMED DEFENDANTS.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOTHER LILLE MAE JEFFERSON
1200 34TH STREET
SACRAMENTO, CALIFORNIA

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Victoria C. Minor, Clerk**                          2/16/07

CLERK                                                 DATE
/s/ Carlos
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 02/23/2007 |
| NAME OF SERVER *(PRINT)* Clarence R. Stern | TITLE INDIVIDUAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: INNOVATIVE BANK
360 14th Street, Oakland, California 94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/25/2007
                    Date          Signature of Server

714 BLOSSOM WAY, HAYWARD, CA. 94541
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA

Bishop Lillie Mae Jefferson, National Board of Directors
Bishop Dr. Eddie C. Welbon, Successor/King, National Board of Director, Chairma
Bishop Gerald Patterson, Supreme Court Clerk, National Board of Directors
Bishop Theo Frazier, National Board of Director **SUMMONS IN A CIVIL CASE**
Bishop Gregory Richardson, National Board of Directors
Bishop Grace Jefferson, National Board of Directors
Bishop Betty Johnson, National Board of Directors
Bishop Rayford Bullock, Chief Justice, National Board of Directors
Mt. Zion's Supreme Court **CASE NUMBER:**
Mt. Zion Tribunal Court
Bishop Mother Carolyn Cunningham, Queen of the South (Tennessee) National Board
Bishop Marquise Willia Canson (Arizona), National Board of Directors
Bishop Dutches Ruby Hill, Colorado, National Board of Directors
Prince Kenneth Johnson, National Board of Directors

TO: (Name and address of Defendant) Clinton Killian, Attorney At Law
Law Office of Clinton Killian
Leamington Building
1814 Franklin Street, Suite 805
Oakland, California 94612-3527

AND THOSE ABOVE NAMED DEFENDANTS.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOTHER LILLE MAE JEFFERSON
1200 34TH STREET
SACRAMENTO, CALIFORNIA

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Victoria C. Minor, Clerk

2/16/07

CLERK                    DATE
/s/ K Carlos
(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 02/27/2007 |
| NAME OF SERVER (PRINT) CLARENCE R. STERN | TITLE INDIVIDUAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: William Chorneau and Helen Duffy
Atty. Jeffrey H. Lowenthal
One California Street, San Francisco, CA. 94111

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/27/07
        Date

Signature of Server

714 BLOSSOM WAY, HAYWARD, CA. 94541
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN _____ District of CALIFORNIA _____

Bishop Lillie Mae Jefferson, National Board of Directors
Bishop Dr. Eddie C. Welbon, Successor/King, National Board of Director, Chairma
Bishop Gerald Patterson, Supreme Court Clerk, National Board of Directors
Bishop Theo Frazier , National Board of Director **SUMMONS IN A CIVIL CASE**
Bishop Gregory Richardson, National Board of Directors
Bishop Grace Jefferson, National Board of Directors
Bishop Betty Johnson, National Board of Directors
Bishop Rayford Bullock, Chief Justice , National Board of Directors
Mt. Zion's Supreme Court                     CASE NUMBER:
Mt. Zion Tribunal Court
Bishop Mother Carolyn Cunningham, Queen of the South(Tennessee)National Board
Bishop Marquise Willia Canson(Arizona), NationalBoard of Directors
Bishop Dutches Ruby Hill, Colorado, National Board of Directors
Prince Kenneth Johnson, National Board of Directors

TO: (Name and address of Defendant)  Clinton Killian, Attorney At Law
Law Office of Clinton Killian
Leamington Building
1814 Franklin Street, Suite 805
Oakland, California 94612-3527

AND THOSE ABOVE NAMED DEFENDANTS.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOTHER LILLE MAE JEFFERSON
1200 34TH STREET
SACRAMENTO, CALIFORNIA

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Victoria C. Minor, Clerk                         2/16/07

CLERK                                             DATE
/s/ Carlos
(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 02/25/2007 |
| NAME OF SERVER *(PRINT)* CLARENCE R. STERN | TITLE INDIVIDUAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: HERB THOMAS/Poling & Poling Law Firm
736 FERRY STREET, MARTINEZ, CALIFORNIA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/28/2007
             *Date*

*Signature of Server*

714 BLOSSON WAY, HAYWARD, CA. 94541
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN _____ District of CALIFORNIA

Bishop Lillie Mae Jefferson, National Board of Directors
Bishop Dr. Eddie C. Welbon, Successor/King, National Board of Director, Chairman
Bishop Gerald Patterson, Supreme Court Clerk, National Board of Directors
Bishop Theo Frazier, National Board of Director **SUMMONS IN A CIVIL CASE**
Bishop Gregory Richardson, National Board of Directors
Bishop Grace Jefferson, National Board of Directors
Bishop Betty Johnson, National Board of Directors
Bishop Rayford Bullock, Chief Justice, National Board of Directors
Mt. Zion's Supreme Court                                  CASE NUMBER:
Mt. Zion Tribunal Court
Bishop Mother Carolyn Cunningham, Queen of the South (Tennessee) National Board
Bishop Marquise Willia Canson (Arizona), National Board of Directors
Bishop Dutches Ruby Hill, Colorado, National Board of Directors
Prince Kenneth Johnson, National Board of Directors

TO: (Name and address of Defendant)  Clinton Killian, Attorney At Law
Law Office of Clinton Killian
Leamington Building
1814 Franklin Street, Suite 805
Oakland, California 94612-3527

AND THOSE ABOVE NAMED DEFENDANTS.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOTHER LILLE MAE JEFFERSON
1200 34TH STREET
SACRAMENTO, CALIFORNIA

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Victoria C. Minor, Clerk**                              2/16/07

CLERK                                                     DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 02/23/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Clarence R. Stern | Cecilia Castellanos |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
1221 Oak Street, Oakland, California 94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/25/2007
                 Date

Signature of Server

714 Blossom Way, Hayward, Ca. 94541

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN                                District of CALIFORNIA

Bishop Lillie Mae Jefferson, National Board of Directors
Bishop Dr. Eddie C. Welbon, Successor/King, National Board of Director, Chairman
Bishop Gerald Patterson, Supreme Court Clerk, National Board of Directors
Bishop Theo Frazier, National Board of Director
Bishop Gregory Richardson, National Board of Directors
Bishop Grace Jefferson, National Board of Directors
Bishop Betty Johnson, National Board of Directors
Bishop Rayford Bullock, Chief Justice, National Board of Directors
Mt. Zion's Supreme Court
Mt. Zion Tribunal Court
Bishop Mother Carolyn Cunningham, Queen of the South (Tennessee) National Board
Bishop Marquise Willia Canson (Arizona), National Board of Directors
Bishop Dutches Ruby Hill, Colorado, National Board of Directors
Prince Kenneth Johnson, National Board of Directors

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)  Clinton Killian, Attorney At Law
Law Office of Clinton Killian
Leamington Building
1814 Franklin Street, Suite 805
Oakland, California 94612-3527

AND THOSE ABOVE NAMED DEFENDANTS.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOTHER LILLE MAE JEFFERSON
1200 34TH STREET
SACRAMENTO, CALIFORNIA

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Victoria C. Minor, Clerk**

CLERK

_/s/ Carlos_

(By) DEPUTY CLERK

2/12/07

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 02/23/2007 |
| NAME OF SERVER (PRINT) <br> CLARENCE R. STERN | TITLE <br> INDIVIDUAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   Cecilia Castellanos
    1221 Oak Street, Oakland, California 94612 Dept.#18

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/25/2007
                  Date

                         *Signature of Server*

714 Blossom Way, Hayward, CA. 94541

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN _____ District of CALIFORNIA

Bishop Lillie Mae Jefferson, National Board of Directors
Bishop Dr. Eddie C. Welbon, Successor/King, National Board of Director, Chairma
Bishop Gerald Patterson, Supreme Court Clerk, National Board of Directors
Bishop Theo Frazier , National Board of Director **SUMMONS IN A CIVIL CASE**
Bishop Gregory Richardson, National Board of Directors
Bishop Grace Jefferson, National Board of Directors
Bishop Betty Johnson, National Board of Directors
Bishop Rayford Bullock, Chief Justice , National Board of Directors
Mt. Zion's Supreme Court                           CASE NUMBER:
Mt. Zion Tribunal Court
Bishop Mother Carolyn Cunningham, Queen of the South(Tennessee)National Board
Bishop Marquise Willia Canson(Arizona), NationalBoard of Directors
Bishop Dutches Ruby Hill, Colorado, National Board of Directors
Prince Kenneth Johnson, National Board of Directors


TO: (Name and address of Defendant)  Clinton Killian, Attorney At Law
Law Office of Clinton Killian
Leamington Building
1814 Franklin Street, Suite 805
Oakland, California 94612-3527

AND THOSE ABOVE NAMED DEFENDANTS.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOTHER LILLE MAE JEFFERSON
1200 34TH STREET
SACRAMENTO, CALIFORNIA


an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


**Victoria C. Minor, Clerk**

2/12/07

CLERK                                           DATE

/s/ Carin

(By) DEPUTY CLERK

%AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 02/23/2007 |
| NAME OF SERVER (PRINT) CLARENCE R. STERN | TITLE INDIVIDUAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: STEVEN H. BOVARNICK
345 GROVE STREET, SAN FRANCISCO, CALIFORNIA 94120

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/25/2007
                  Date              *Signature of Server*

714 BLOSSOM WAY, HAYWARD, CA. 94541
*Address of Server*

SCANNED
Initials
Doc # 3
Folder KJW
Docket Init

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.