IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE MAE JEFFERSON, et al., | No. C 07-2992 MEJ |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CLINTON KILLIAN, et al., | **ORDER FOR PLAINTIFFS TO PROPERLY SERVE ALL DEFENDANTS AND FILE PROOF OF SERVICE** |
| Defendant(s). | |

This case was recently transferred from the Eastern District of California. Upon review of the record, it appears that not all Defendants have been properly served with the summons and complaint. Accordingly, the Court ORDERS Plaintiffs to properly serve all Defendants not yet served and file proof of service within 30 days from the date of this Order. The Court also CONTINUES the Case Management Conference, currently scheduled for September 13, 2007, to November 15, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Further, any motions that were previously filed in the Eastern District (and that did not receive a ruling from the presiding judge) shall be re-noticed before Magistrate Judge Maria-Elena James.

**IT IS SO ORDERED.**

Dated: August 28, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LILLIE MAE JEFFERSON et al,

        Plaintiff,

v.

CLINTON KILLIAN et al,

        Defendant.

Case Number: CV07-02992 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lillie Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Dated: August 28, 2007

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

Page 2 of 2