IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIE MAE JEFFERSON, et al.,

        Plaintiff(s),

  vs.

CLINTON KILLIAN, et al.,

        Defendant(s).

No. C 07-2992 MEJ

**ORDER FOR PLAINTIFFS TO FILE CONSENT/DECLINATION FORM**

      This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

      You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiffs shall inform the Court, by way of the enclosed form, whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. The consent/declination form shall be filed as soon as possible, but no later than September 26, 2007.

      **IT IS SO ORDERED.**

Dated: August 28, 2007

                                             MARIA-ELENA JAMES
                                             United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LILLIE MAE JEFFERSON et al,

        Plaintiff,

v.

CLINTON KILLIAN et al,

        Defendant.

Case Number: CV07-02992 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lillie Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Dated: August 28, 2007

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk