IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE MAE JEFFERSON, et al., | No. C 07-2992 MEJ |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CLINTON KILLIAN, et al., | **ORDER FOR PARTIES TO FILE CONSENT/DECLINATION** |
| Defendant(s). | |

Pending before the Court is Defendant Innovative Bank's Motion to Dismiss. As the noticed hearing date is November 29, 2007, the Court finds a Case Management Conference unnecessary and VACATES the November 15, 2007 Case Management Conference.

Further, upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge James' jurisdiction or requests for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court, by way of the enclosed form, whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States

1 District Judge for trial.  A copy of the form may also be obtained from the Northern District of
2 California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab
3 on the left margin, then choose "Civil." The parties shall inform the Court as soon as possible, but no
4 later than November 1, 2007.

**PLAINTIFFS SHALL SERVE THIS ORDER UPON ALL DEFENDANTS EXCEPT INNOVATIVE BANK.**

**IT IS SO ORDERED.**

Dated: October 10, 2007



MARIA ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LILLIE MAE JEFFERSON et al,

        Plaintiff,

v.

CLINTON KILLIAN et al,

        Defendant.

Case Number: CV07-02992 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lillie Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Dated: October 10, 2007

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk