ORIGINAL FILED
07 OCT 10 PM 12:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KENNETH R. WACHTEL (State Bar # 73035)
   kwachtel@lpslaw.com
2  JACK V. VALINOTI (State Bar # 214715)
   jvalinoti@lpslaw.com
3  LELAND, PARACHINI, STEINBERG,
      MATZGER & MELNICK, LLP
4  199 Fremont Street – 21st Floor
   San Francisco, California 94105-2171
5  Telephone: (415) 957-1800
   Facsimile: (415) 974-1520
6
7  Attorneys for Defendant INNOVATIVE BANK

8

9                 UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  BISHOP/QUEEN OF THE WESTERN HEMISPHERE OF THE MT. ZION NATIONAL BOARD OF DIRECTOR MEMBER SPIRITUAL TEMPLE, INC., QUEEN MOTHER LILLIE MAE JEFFERSON BISHOP AND SPIRITUAL HEAD OF THE MT. ZION GETHSEMANE HOUSE OF PRAYER AND SUBSIDIARY CHURCH OF THE MT. ZION SPIRITUAL TEMPLE, INC. OF OAKLAND, CALIFORNIA BISHOP GRACE JEFFERSON/MT. ZION NATIONAL BOARD OF DIRECTOR MEMBER NATIONAL BOARD OF DIRECTOR MEMBER BISHOP BETTY JOHNSON, NATIONAL BOARD OF DIRECTOR MT. ZION SPIRITUAL, INC. BISHOP GERALD PATTERSON, MT. ZION CHURCH SUPREME COURT CLERK; NATIONAL BOARD OF DIRECTORS MEMBER KING BISHOP DR. EDDIE C. WELBON, SUCCESSOR, SUPREME LEADER BISHOP LILLIE MAE JEFFERSON BISHOP GRACE JEFFERSON, NATIONAL BOARD OF DIRECTOR MEMBER BISHOP BETTY JOHNSON, NATIONAL BOARD OF DIRECTOR MEMBER QUEEN MOTHER CAROLYN CUNNINGHAM, NATIONAL BOARD OF DIRECTOR MEMBER TENNESSEE BISHOP THEO FRAZIER, NATIONAL BOARD OF DIRECTOR MEMBER | CASE NO. C 07-02992 MEJ<br><br>**DEFENDANT INNOVATIVE BANK'S NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(6) AND, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT UNDER RULE 12(e)**<br><br>Date: November 29, 2007<br>Time: 10:00 a.m.<br>Courtroom: B, 15th Floor<br>Judge: Hon. Maria-Elena James |

{S:\innobk\0008\PLD\519053.DOC}

DEFENDANT INNOVATIVE BANK'S NOTICE
OF MOTION AND MOTION TO DISMISS

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

| | |
|---|---|
| 1 | BISHOP GREGORY RICHARDSON, NATIONAL BOARD OF DIRECTOR MEMBER |
| 2 | PRINCE RAYFORD BULLOCK, CHIEF JUSTICE MT. ZION SUPREME COURT TRIBUNAL SUPREME COURT JUSTICE, MT. ZION CHURCH TRIBUNAL COURT |
| 3 | |
| 4 | BISHOP WILLIA CANSON, MT. ZION'S NATIONAL BOARD OF DIRECTOR MEMBER ARIZONA |
| 5 | |
| 6 | DUTCHES RUBY HILL, COLORADO MT. ZION'S NATIONAL BOARD OF DIRECTOR MEMBER 714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541 TEL; 415-504-7813 510-885-1637  FAX: 415-504-7800 |
| 7 | |
| 8 | |
| 9 | Plaintiffs/Petitioners, |
| 10 | |
| 11 | vs. |
| 12 | CLINTON KILLIAN ATTORNEY BOB CONNOR REV. ARTHUR BURNETT ELOISE MC DANIELS FRANKLIN HARRIS JR. LILLIAN ROBERTS BANK OF AMERICA INNOVATIVE BANK BANK OF THE WEST OAKLAND POST NEWSPAPER GROUP, PAUL COBB, MGR. EDITOR THOMAS ORLOFF ALAMEDA COUNTY DISTRICT ATTORNEY THE HON. JUDGE CECILIA CASTELLANOS, ALAMEDA COUNTY SUPERIOR COURT DEPT. 18 U.S. ATTORNEY EDMUND G. BROWN, STATE ATTORNEY GENERAL CALIFORNIA SECRETARY OF STATE STEVEN H. BOVARNICK, ESQ. 99361, ATTY AT LAW EST. LOUIS H. NARCISSE REAL PARTIES IN INTEREST, |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | Defendants/Respondents. |

25

26  TO PLAINTIFFS HEREIN:

27      PLEASE TAKE NOTICE that on November 29, 2007 at 10:00 a.m., or as soon thereafter

28  as the matter may be heard in Courtroom B, on the 15th Floor of the above-entitled court, located

at 450 Golden Gate Avenue, San Francisco, California, defendant INNOVATIVE BANK will move the Court to dismiss the within action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and, in the alternative, will move the Court for a more definitive statement under Rule 12(e) of the Federal Rules of Civil Procedure.

This motion will be and is hereby based upon this Notice of Motion and Motion, upon the Memorandum of Points and Authorities filed and served herewith, upon the Request for Judicial Notice filed and served herewith, upon the pleadings and papers on file herein, and upon such other and further oral and documentary evidence and argument as may be received at the time of the hearing.

DATED: October 10, 2007

LELAND, PARACHINI, STEINBERG,
MATZGER & MELNICK, LLP

By: _____
Kenneth R. Wachtel
Attorneys for Defendant
INNOVATIVE BANK

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 199 Fremont Street - 21st Floor, San Francisco, California 94105.

On October 10, 2007, I served the following document(s) described as **NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(6) AND, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT UNDER RULE 12(e)** on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Leland, Parachini, Steinberg, Matzger & Melnick's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 10, 2007, at San Francisco, California.

*/s/ Janice P. Anderson*
Janice P. Anderson

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street - 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

{S:\innobk\0008\PLD\519053.DOC}

DEFENDANT INNOVATIVE BANK'S NOTICE OF MOTION AND MOTION TO DISMISS

**SERVICE LIST**
JEFFERSON et al. v. KILLIAN, et al.
U.S. District Court, Northern District of California
Civil Case No. C 07-02992 MEJ

PLAINTIFFS

| | |
|---|---|
| Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 | Betty Johnson<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 |
| Gerald Patterson<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 | Eddie C. Welborn<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 |
| Grace Jefferson<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 | Carolyn Cunningham<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 |
| Theo Frazier<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 | Gregory Richardson<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 |
| Rayfold Bullock<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 | Willia Canson<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 |
| Ruby Hill<br>705 Hunter Drive, #1005<br>Pueblo, CO 81001 | |

DEFENDANTS

| | |
|---|---|
| Clinton Killian<br>Law Offices of Clinton Killian<br>1814 Franklin Street, Suite 805<br>Oakland, CA 94612 | Bob Connor * |
| Arthur Burnett * | Eloise McDaniels * |
| Franklin Harris, Jr. * | Lillian Roberts * |
| Bank of America<br>Office of the General Counsel<br>1000 W. Temple Street<br>CA9-705-05-07<br>Fifth Floor<br>Los Angeles, CA 90012 | Bank of the West<br>Office of the General Counsel<br>P.O. Box 4008<br>Concord, CA 94524 |

{S:\innobk\0008\PLD\519053.DOC}

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

| | | |
|---|---|---|
| 1 | | |
| 2 | Oakland Post Newspaper Group<br>Paul Cobb, Managing Editor<br>405 14th Street, Suite 1215<br>Oakland, CA 94612 | Thomas Orloff<br>Alameda County District Attorney<br>Courthouse<br>1225 Fallon Street, #900<br>Oakland, CA 94612 |
| 3 | | |
| 4 | | |
| 5 | Judge Cecilia Castellanos<br>Alameda County Superior Court<br>1225 Fallon Street, #900<br>Oakland, CA 94612 | Edmund G. Brown<br>State Attorney General<br>California Department of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| 6 | | |
| 7 | | |
| 8 | California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814 | Steven H. Bovarnick<br>Attorney at Law<br>345 Grove Street<br>San Francisco, CA 94102 |
| 9 | | |
| 10 | * Not served - address unknown. | |

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

{S:\innobk\0008\PLD\519053.DOC}

DEFENDANT INNOVATIVE BANK'S NOTICE
OF MOTION AND MOTION TO DISMISS