ORIGINAL
FILED

07 OCT 10 PM 12: 22

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   KENNETH R. WACHTEL (State Bar # 73035)
    kwachtel@lpslaw.com
2   JACK V. VALINOTI (State Bar # 214715)
    jvalinoti@lpslaw.com
3   LELAND, PARACHINI, STEINBERG,
       MATZGER & MELNICK, LLP
4   199 Fremont Street – 21st Floor
    San Francisco, California  94105-2171
5   Telephone: (415) 957-1800
    Facsimile: (415) 974-1520
6
    Attorneys for Defendant INNOVATIVE BANK
7

11/29 - Hrg
11/15 - Reply
11/8 - Oppos.

Cal'd/m

8                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11

12   BISHOP/QUEEN OF THE WESTERN              CASE NO. C 07-02992 MEJ
     HEMISPHERE OF THE MT. ZION
13   NATIONAL BOARD OF DIRECTOR              REQUEST FOR JUDICIAL NOTICE OF
     MEMBER SPIRITUAL TEMPLE, INC.,          DEFENDANT INNOVATIVE BANK;
14   QUEEN MOTHER LILLIE MAE                 DECLARATION OF KENNETH R.
     JEFFERSON BISHOP AND SPIRITUAL          WACHTEL IN SUPPORT THEREOF
     HEAD OF THE MT. ZION GETHSEMANE
15   HOUSE OF PRAYER AND SUBSIDARY           (FILED CONCURRENTLY WITH
     CHURCH OF THE MT. ZION SPIRITUAL        INNOVATIVE BANK'S MOTION TO
16   TEMPLE, INC. OF OAKLAND,                DISMISS AND, IN THE ALTERNATIVE,
     CALIFORNIA; BISHOP GRACE                MOTION FOR A MORE DEFINITE
17   JEFFERSON/MT. ZION NATIONAL             STATEMENT)
     BOARD OF DIRECTOR MEMBER
18   NATIONAL BOARD OF DIRECTOR              Date:        November 29, 2007
     MEMBER; BISHOP BETTY JOHNSON,           Time:        10:00 a.m.
19   NATIONAL BOARD OF DIRECTOR MT.          Courtroom:   B, 15th Floor
     ZION SPIRITUAL, INC.; BISHOP GERALD     Judge:       Hon. Maria-Elena James
20   PATTERSON, MT. ZION CHURCH
     SUPREME COURT CLERK; NATIONAL
21   BOARD OF DIRECTORS MEMBER; KING
     BISHOP DR. EDDIE C. WELBON,
22   SUCCESSOR, SUPREME LEADER;
     BISHOP LILLIE MAKE JEFFERSON;
23   BISHOP GRACE JEFFERSON, NATIONAL
     BOARD OF DIRECTOR MEMBER;
24   BISHOP BETTY JOHNSON, NATIONAL
     BOARD OF DIRECTOR MEMBER; QUEEN
25   MOTHER CAROLYN CUNNINGHAM,
     NATIONAL BOARD OF DIRECTOR
26   MEMBER TENNESSEE; BISHOP THEO
     FRAZIER, NATIONAL BOARD OF
27   DIRECTOR MEMBER; BISHOP GREGORY

28   {S:\innobk\0008\PLD\519062.DOC}

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

REQUEST FOR JUDICIAL NOTICE OF
DEFENDANT INNOVATIVE BANK;
DECLARATION OF KENNETH R. WACHTEL
IN SUPPORT THEREOF

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21ST Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

1  RICHARDSON, NATIONAL BOARD OF
DIRECTOR MEMBER; PRINCE RAYFORD
2  BULLOCK, CHIEF JUSTICE MT. ZION
SUPREME COURT TRIBUNAL; SUPREME
3  COURT JUSTICE, MT. ZION CHURCH
TRIBUNAL COURT; BISHOP WILLIA
4  CANSON, MT. ZION'S NATIONAL
BOARD OF DIRECTOR MEMBER
5  ARIZONA; DUTCHES RUBY HILL,
COLORADO MT. ZION'S NATIONAL
6  BOARD OF DIRECTOR MEMBER; 714
BLOSSOM WAY, HAYWARD,
7  CALIFORNIA 94541;

8                Plaintiffs/Petitioners

9        vs.

10

11  CLINTON KILLIAN ATTORNEY; BOB
CONNOR; REV. ARTHUR BURNETT;
12  ELOISE MC DANIELS; FRANKLIN
HARRIS, JR.; LILLIAN ROBERTS; BANK
13  OF AMERICA; INNOVATIVE BANK;
BANK OF THE WEST; OAKLAND POST
14  NEWSPAPER GROUP, PAUL COBB, MGR.
EDITOR; THOMAS ORLOFF; ALAMEDA
15  COUNTY DISTRICT ATTORNEY; THE
HON. JUDGE CECILIA CASTELLANOS,
16  ALAMEDA COUNTY SUPERIOR COURT
DEPT. 18 U.S. ATTORNEY; EDMUND G.
17  BROWN, STATE ATTORNEY GENERAL;
CALIFORNIA SECRETARY OF STATE
18  STEVEN H. BOVARNICK; EST. LOUIS H.
NARCISSE; REAL PARTIES IN INTEREST,

19               Defendants/Respondents.

20

21            REQUEST FOR JUDICIAL NOTICE

22        Pursuant to Federal Rules of Evidence, Rule 201, Defendant Innovative Bank hereby

23  respectfully requests that the Court take judicial notice of the following documents, attached

24  hereto as Exhibit 1, which is incorporated herein by reference, in support of its Motion to Dismiss

25  and, in the Alternative, Motion for a More Definite Statement.

26        1.    Exhibit 1:    The Judgment After Court Trial issued and filed by Judge

27  Castellanos on February 7, 2007 in the action entitled *Dr. Eddie C. Welbon v. Mount Zion*

28  {S:\innobk\0008\PLD\519062.DOC}                    2

REQUEST FOR JUDICIAL NOTICE OF
DEFENDANT INNOVATIVE BANK;
DECLARATION OF KENNETH R. WACHTEL
IN SUPPORT THEREOF

1  *Spiritual Temple, Inc., Estate of Louis H. Narcisse; and Princess Lillian Roberts* (Alameda

2  County Superior Court Action RG-05-199540; RG-05-227003 Consolidated).

3        Exhibit 1 constitutes a "[r]ecord[ ] of . . . any court of [the] state" of California within the

4  meaning of California Evidence Code § 452(d).  It is well settled that a court may judicially notice

5  its own records and proceedings in the same case, as well as the records and proceedings in

6  another case.  *City and County of San Francisco v. Carraro* (1963) 220 Cal.App.2d 509, 527;

7  *Flores v. Arroyo* (1961) 56 Cal.2d 492, 496; 1 Witkin, *California Evidence* (4th Ed. 2000), Judicial

8  Notice, § 22, pp. 116-117 (noting the Supreme Court's "flat declaration" in *Flores v. Arroyo* that

9  "judicial notice is taken [of records and proceedings] in all cases," i.e., the same case and another

10 case).

11 DATED:  October *10* , 2007          LELAND, PARACHINI, STEINBERG,
                                         MATZGER & MELNICK, LLP

13                                       By: _____

14                                          Kenneth R. Wachtel
                                            Attorneys for INNOVATIVE BANK

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21ST Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

{S:\innobk\0008\PLD\519062.DOC}                    3

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21ˢᵗ Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

<u>SUPPORTING DECLARATION OF KENNETH R. WACHTEL</u>

I, KENNETH R. WACHTEL, declare:

1.    I am an attorney duly licensed to practice law before all of the courts of the State of California and am a partner in the law firm of Leland, Parachini, Steinberg, Matzger & Melnick, LLP. We are attorneys of record for defendant INNOVATIVE BANK. I have personal knowledge of the following facts and, if called to testify as a witness, I could and would competently testify under oath thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the document described in the preceding Request for Judicial Notice. I obtained a copy of Exhibit 1 from the web site for the Superior Court of the State of California, Alameda County, www.alameda.courts.ca.gov/courts/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in San Francisco County, California, on October 10, 2007.

_____
Kenneth R. Wachtel

{S:\innobk\0008\PLD\519062.DOC}                    4

REQUEST FOR JUDICIAL NOTICE OF
DEFENDANT INNOVATIVE BANK;
DECLARATION OF KENNETH R. WACHTEL
IN SUPPORT THEREOF

1

**PROOF OF SERVICE**

2    **STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3          At the time of service, I was over 18 years of age and **not a party to this action**. I am
employed in the County of San Francisco, State of California. My business address is 199
4    Fremont Street - 21st Floor, San Francisco, California 94105.

5          On October _10_ , 2007, I served the following document(s) described as **REQUEST FOR
JUDICIAL NOTICE OF DEFENDANT INNOVATIVE BANK** on the interested parties in this
6    action as follows:

7                        **SEE ATTACHED SERVICE LIST**

8    **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons
at the addresses listed in the Service List and placed the envelope for collection and mailing,
9    following our ordinary business practices. I am readily familiar with Leland, Parachini, Steinberg,
Matzger & Melnick's practice for collecting and processing correspondence for mailing. On the
10    same day that the correspondence is placed for collection and mailing, it is deposited in the
ordinary course of business with the United States Postal Service, in a sealed envelope with
11    postage fully prepaid.

12          I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this
13    Court at whose direction the service was made.

14          Executed on October _10_ , 2007, at San Francisco, California.

15

16                                         _Janice P. Anderson (signature)_
                                           _____
17                                         Janice P. Anderson

18

19

20

21

22

23

24

25

26

27

28    {S:\innobk\0008\PLD\519062.DOC}

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21ST Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21ˢᵗ Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

**SERVICE LIST**
JEFFERSON et al. v. KILLIAN, et al.
U.S. District Court, Northern District of California
Civil Case No. C 07-02992 MEJ

<u>PLAINTIFFS</u>

Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Betty Johnson
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Gerald Patterson
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Eddie C. Welborn
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Grace Jefferson
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Carolyn Cunningham
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Theo Frazier
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Gregory Richardson
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Rayfold Bullock
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Willia Canson
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Ruby Hill
705 Hunter Drive, #1005
Pueblo, CO 81001

<u>DEFENDANTS</u>

Clinton Killian
Law Offices of Clinton Killian
1814 Franklin Street, Suite 805
Oakland, CA 94612

Bob Connor *

Arthur Burnett *

Eloise McDaniels *

Franklin Harris, Jr. *

Lillian Roberts *

Bank of America

Bank of the West

{S:\innobk\0008\PLD\519062.DOC}

REQUEST FOR JUDICIAL NOTICE OF
DEFENDANT INNOVATIVE BANK;
DECLARATION OF KENNETH R. WACHTEL
IN SUPPORT THEREOF

1  Office of the General Counsel                    Office of the General Counsel
   1000 W. Temple Street                            P.O. Box 4008
2  CA9-705-05-07                                    Concord, CA 94524
   Fifth Floor
3  Los Angeles, CA 90012

4  Oakland Post Newspaper Group                     Thomas Orloff
   Paul Cobb, Managing Editor                       Alameda County District Attorney
5  405 14th Street, Suite 1215                      Courthouse
   Oakland, CA 94612                                1225 Fallon Street, #900
6                                                   Oakland, CA 94612

7  Judge Cecilia Castellanos                        Edmund G. Brown
   Alameda County Superior Court                    State Attorney General
8  1225 Fallon Street, #900                         California Department of Justice
   Oakland, CA 94612                                P.O. Box 944255
9                                                   Sacramento, CA 94244-2550

10 California Secretary of State                    Steven H. Bovarnick
   1500 11th Street                                 Attorney at Law
11 Sacramento, California 95814                     345 Grove Street
                                                    San Francisco, CA  94102
12
   * Not served - address unknown.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  {S:\innobk\0008\PLD\519062.DOC}

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21ST Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

**REQUEST FOR JUDICIAL NOTICE OF
DEFENDANT INNOVATIVE BANK;
DECLARATION OF KENNETH R. WACHTEL
IN SUPPORT THEREOF**

*4668162*

| 1 | Clinton Killian, SB 116501 |
|---|---|

THE LAW OFFICE OF CLINTON KILLIAN
Leamington Building
1814 Franklin Street, Suite 805
Oakland, CA 94612-3527
Telephone: (510) 625-8823
Facsimile: (510) 625-8829

**FILED**
ALAMEDA COUNTY

FEB 0 7 2007

CLERK OF THE SUPERIOR COURT
By _May Choo_
Deputy

Attorney for Defendants Cross- Complainant and Consolidated Plaintiff
MOUNT ZION SPIRITUAL TEMPLE, INC.
And PRINCESS LILLIAN ROBERTS

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| DR. EDDIE C. WELBON, | Case No.: RG 05 199540 |
|---|---|
| Plaintiff, | RG 05 227003 CONSOLIDATED |
| v. | **JUDGMENT AFTER COURT TRIAL** |
| MOUNT ZION SPIRITUAL TEMPLE, INC.., a California Religious Corporation; ESTATE OF LOUIS H. NARCISSE; PRINCESS LILLIAN ROBERTS, | Date: December 26, 2006 |
| | Time: 9:00 a.m. |
| | Dept.: 18 |
| Defendants. | |
| And Related Cross-Complaint. | |

This matter came regularly for trial on December 26, 2006, in Department 18 of the above referenced court, the Honorable Cecilia Castellanos presiding. The Plaintiff EDDIE C. WELBON was present and represented by his attorney of record STEVEN MIYAKE. The Defendant, Cross-Complainant and consolidated Plaintiff MT. ZION SPIRITUAL TEMPLE, INC., by and through its chairperson BISHOP ARTHUR BURNETT, was present and represented by its attorney of record CLINTON KILLIAN. Cross-Defendants LILLIE MAE JEFFERSON, RAY BULLOCK and consolidated Defendant OROBO OSAGIE did not appear and were represented by STEVEN MIYAKE. Cross-Defendants LEON ROUNDTREE;

EXHIBIT 1

1  DR. EDDIE C. WELBON; LEON ROUNDTREE, JR.; LILLIE MAE JEFFERSON; MARIA
   LOVE; RAY BULLOCK;
2

3  MT. ZION SPIRITUAL TEMPLE, INC. SOLE BOARD CORPORATION ROYAL
   CONGRESS OF MISSIONARIES, INC., CORP. NO. C2742981;

4  MT. ZION SPIRITUAL TEMPLE, INC. SOLE BOARD CORPORATION ROYAL
   CONGRESS OF LORD VISCOUNTS, INC., CORP. NO. C2742868
5

6  MT. ZION SPIRITUAL TEMPLE, INC. SOLE BOARD CORPORATION ROYAL
   CONGRESS OF LORD VISCOUNTESS, INC., CORP. NO. C2742982

7  MT. ZION SPIRITUAL TEMPLE, INC. SOLE BOARD CORPORATION ROYAL
   CONGRESS OF CHILDREN AND FAMILIES, YOUTH DEVELOPMENT CENTERS, INC.,
8  CORP. NO. C2743151

9  MT. ZION SPIRITUAL TEMPLE, INC. SOLE BOARD CORPORATION ROYAL
   CONGRESS OF BUSINESS AND PROFESSIONAL WOMEN, INC., CORP. NO. C2742867
10

11 MT. ZION SPIRITUAL TEMPLE, INC. SOLE BOARD CORPORATION ROYAL
   CONGRESS OF BUSINESS AND PROFESSIONAL MEN, INC., CORP. NO. C2742874

12 MT. ZION GETHSEMANE HOUSE OF PRAYER, INC., CORP. NO. C2728520

13 MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF DEACONS, INC., CORP. NO. C2742871
14

15 MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF LORD DEACONESS, INC., CORP. NO. C2742870

16 MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF LORD MINISTERS, INC., CORP. NO. C2742995
17

18 MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF LORD PUBLIC AFFAIRS DIRECTORS, INC., CORP. NO. C2742873

19 MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF NURSES, AIDES, AND USHERS, INC., CORP. NO. C2742976
20

21 MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF MUSIC, ARTS AND CULTURAL, INC., CORP. NO. C2742977

22 MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF BUSINESS, HOUSING, TRADE, ECONOMIC DEVELOPMENT, FOREIGN
23 RELATIONS, FINANCE, TECHNICAL CONSULTANCY, AND BUILDING FUNDS,
   FOUNDATION, INC., CORP. NO. C2742978
24

25 MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF ROYAL AMBASSADORS, INC., CORP. NO. C2742872

1   MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD HOME AND
2   FOREIGN ROYAL MISSION BOARD, INC., CORP. NO. C2742991

3   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION INTERNATIONAL
  EDUCATIONAL AND BUILDING FUNDS FOUNDATION, INC., CORP. NO. C2742992

4   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL LIBRARY
5   AND ARCHIVE, INC., CORP. NO. C2743152

6   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION KINGDOM
  HEADQUARTERS, INC., CORP. NO. C2742998

7   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
8   CONGRESS OF QUEENS COURT OF THE NORTH, INC., CORP. NO. C2742984

9   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
  CONGRESS OF QUEENS COURT OF THE WEST, INC., CORP. NO. C2742985

10   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION BOARD ROYAL
11   CONGRESS OF PRINC.ES AND PRINC.ESS, INC., CORP. NO. C2742979

12   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
  CONGRESS OF QUEENS COURT OF THE SOUTH, INC., CORP. NO. C2742983

13   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
14   CONGRESS OF CHARTERED SCHOOLS, INC., CORP. NO. C2742986

15   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
  CONGRESS OF QUEENS COURT OF THE EAST, INC., CORP. NO. C2742987

16   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
17   CONGRESS OF INTERNATIONAL WORLD NEWSPAPERS AND TELEVISION
  COMMUNICATIONS, PUBLISHERS MONITOR, INC., CORP. NO. C2742988

18   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
19   CONGRESS OF INTERNATIONAL WORLD AMATEUR, SPORT, INC., CORP. NO.
  C2742989

20   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
21   CONGRESS OF AUXILIARIES COORDINATING COUNCIL, INC., CORP. NO. C2742990

22   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
  CONGRESS OF LORD MATRONS, PATRONS AND MISSIONARIES, INC., CORP. NO.
23   C2743156

24   MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL YOUR
  HIGHNESS EXCELLENCY PRESIDENT, INC., CORP. NO. C2742997

25   MT. ZION SPIRITUAL TEMPLE, INC., HIS GRACE HIGHNESS, KING LOUIS H.
  NARCISSE MEMORIAL AND EDUCATIONAL MUSEUM, INC., CORP. NO. C2742980

1

2  MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF LORD BARONS, INC., CORP. NO. C2742875

3  MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF LADIES AND DUTCHES, INC., CORP. NO. C2742996

4

5  MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF LORD MARQUISES, INC., CORP. NO. C2742863

6  MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF LORD EARLS, INC., CORP. NO. C2742866

7

8  MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF LORD BISHOPS, INC., CORP. NO. C2742869

9  MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL
   CONGRESS OF QUEEN MOTHERS, INC., CORP. NO. C2742865

10

11  failed to answer the cross-complaint and their defaults were taken on December 15, 2006.

12      On January 3, 2007, the Plaintiff rested its case in chief for its complaint for breach of

13  contract, fraud and deceit, breach of duty of good faith and fair dealing. Whereupon, Defendant

14  MT. ZION SPIRITUAL TEMPLE, INC., made an oral motion for judgment, under CCP § 631.8.

15  After hearing the evidence, reviewing the pleadings on file, reviewing the exhibits, hearing the

16  oral testimony, reviewing the pleadings and oral argument of the parties, the court orally granted

17  the Defendant's motion.

18  IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:

19      A. Defendant MT. ZION SPIRITUAL TEMPLE, INC.,'s motion for judgment is hereby

20  granted;

21      B. The complaint by EDDIE C. WELBON for breach of contract, fraud and deceit, breach

22  of duty of good faith and fair dealing is denied and judgment is entered in favor of Defendant

23  MT. ZION SPIRITUAL TEMPLE, INC.,:

24      C. Defendant MT. ZION SPIRITUAL TEMPLE, INC., is the prevailing party on the

25  Complaint and entitled to costs in this matter per a Memorandum of Costs.

After hearing of the evidence from December 26, 2006, until January 4, 2007, reviewing the pleadings on file, reviewing exhibits, the hearing of oral testimony, reviewing pleadings and oral argument of the parties, the court hereby issues the following judgment in this matter:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:

1.      MT. ZION SPIRITUAL TEMPLE, INC.,'s Cross-Complaint, Alameda County Superior Court, Case No. RG 05-199540, for unfair competition, civil conspiracy and declaratory relief is hereby granted;

2.      Plaintiff MT. ZION SPIRITUAL TEMPLE, INC.,'s consolidated complaint, Alameda County Superior Court Case No. RG 05-227003 for cancellation of deed, to quiet title to real property and negligence per se is granted;

3.      EDDIE C. WELBON, RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE JEFFERSON and any of their agents, servants, employees, successors, representatives, associates, assignees, and any and all persons acting in concert or participating with them are hereby enjoined and restrained from engaging, permitting or performing, directly or indirectly, the following acts:

a.      Using the name MT. ZION SPIRITUAL TEMPLE, INC., in any manner whatsoever, including but not limited to, using, representing, holding out, or accessing MT. ZION SPIRITUAL TEMPLE, INC.,'s property, name, bank accounts, likeness, or use  in any manner whatsoever as part of any legal and/or public document;

b.      Establishing any church, corporation or business with the name "MT. ZION SPIRITUAL TEMPLE, INC.,";

c.      Interfering with the sale, possession, ownership and/or maintenance of MT. ZION SPIRITUAL TEMPLE INC.,'s real and personal property;

d.      Using the name "MT. ZION SPIRITUAL TEMPLE INC.," in any manner whatsoever in or for any purpose, on any documents or any letterhead creating any corporation

1   using the name of MT. ZION SPIRITUAL TEMPLE, INC., or representing themselves  as MT.

2   ZION SPIRITUAL TEMPLE, INC., on letterhead, stationery, pleadings or in any attempt to

3   transfer, sell and/or access property, bank accounts, or any other property owned by MT. ZION

4   SPIRITUAL TEMPLE, INC., and in any manner attempting to hold themselves out as MT. ZION

5   SPIRITUAL TEMPLE, INC.;

6          e.       Using the name of MT. ZION SPIRITUAL TEMPLE, INC., in any filing or any

7   corporate documents with the California Secretary of State;

8          f.       Filing of any documents whatsoever with the California Secretary of State under

9   the corporation MT. ZION SPIRITUAL TEMPLE, INC., California Corporation Number

10   C0228488 or CORPORATION OF THE PRESIDENT IF THE MT. ZION SPIRITUAL

11   TEMPLE – A CORPORATION SOLE, Corporation Number C0335930;

12          g.       Recording any deed whatsoever on any property belonging to MT. ZION

13   SPIRITUAL TEMPLE, INC.; and

14          h.       Recording any deed on any property using the name or any form thereof of MT.

15   ZION SPIRITUAL TEMPLE, INC.,

16          4.       The Court issues a permanent injunction barring EDDIE C.WELBON,

17   RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE

18   JEFFERSON and any of their agents, servants, employees, successors, representatives,

19   associates, assignees, and any and all persons acting in concert or participating with them from

20   recording any deed whatsoever regarding MT. ZION SPIRITUAL TEMPLE, INC.,'s real

21   property located at 760 Calmar Avenue and 1488 14th Street, both in the City of Oakland,

22   California;

23          5.       The Court issues a permanent injunction barring EDDIE C. WELBON,

24   RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE

25   JEFFERSON and any of their agents, servants, employees, successors, representatives,

associates, assignees and any and all persons acting in concert or participating with them from

preparing and/or recording any deed, deed of trust, lien, promissory note, application, or any

document whatsoever using the name MT. ZION SPIRITUAL TEMPLE, INC., or any form

thereof, relating to the real properties located at 1606 14th Street, 1504 Union Street, 4022

Balfour Avenue, all in the City of Oakland, California and 1552 Alcatraz Avenue in the City of

Berkeley, California,  712 Blossom Avenue in the City of Hayward, California, and any other

property;

6.    The deeds and deeds of trust recorded at the Alameda County Recorder's Office

are hereby declared null and void and have no legal effect whatsoever and are hereby set aside as

follows:

| Address | Instrument No. | Date Recorded | Grantor | Exhibit No. |
|---|---|---|---|---|
| 4022 Balfour | 2005362100 | 08/23/05 | Mt. Zion Spiritual Temple, Inc., Sole Corporation Board Royal Congress of Title Holding and Trust Company, Inc., | NN |
| 4022 Balfour | 2005315238 | 07/25/06 | Mt. Zion Spiritual Temple, Sole Corporation | MM |
| 4022 Balfour | 2006428599 | 11/17/06 | Edward C. Welbon | OO |

| 1606 14th Street | 2005282154 | 07/07/05 | Corporation of the President of Mt. Zion Spiritual Temple, Inc., A Corporation Sole | VV |
| 1606 14th Street | 2005362102 | 08/23/05 | Mt. Zion Spiritual Temple, Inc., Sole Corporation Board Royal Congress of Title Holding and Trust Company, Inc., | WW |
| 1606 14th Street | 2005224055 | 06/02/06 | Mt. Zion Spiritual Temple, Inc., who acquired title as Corporation of the President of the Mt. Zion Spiritual Temple | YY |

| 712 Blossom Ave. | 2006428567 | 11/17/06 | Operation Sunshine, Inc., | HHH |
|---|---|---|---|---|

| 1552 Alcatraz | 2005505089 | 11/23/05 | The Odessa Celestine Beachem Irrevocable Family Trust | EE |
|---|---|---|---|---|
| 1552 Alcatraz | 2006227124 | 06/12/06 | Mt. Zion Spiritual Temple, Inc., Sole Board Corporation Kingdom Headquarters, Inc., | FF |
| 1552 Alcatraz | 2006428574 | 11/17/06 | Corporation of the President of Mt. Zion Spiritual Temple, Inc., A Corporation Sole | GG |

| 1488 14th Street | 2005282153 | 07/07/05 | Corporation of the President of Mt. Zion Spiritual Temple, Inc., A Corporation Sole | TT |
|---|---|---|---|---|
| 1488 14th Street | 2005362101 | 08/23/05 | Mt. Zion Spiritual Temple, Inc., Sole Corporation Board Royal Congress of Title Holding and Trust Company, Inc., | UU |

| 1504 Union | 2005315237 | 07/25/05 | Mt. Zion Spiritual Temple, A Sole Corporation | PP |
|---|---|---|---|---|
| 1504 Union | 2005362099 | 08/23/05 | Mt. Zion Spiritual Temple, Inc., Sole Corporation Board Royal Congress of Title Holding and Trust Company, Inc., | QQ |

| 760 Calmar | 2005282152 | 07/07/05 | Mount Zion Spiritual Temple, A California Non-Profit Corporation | BBB |
|---|---|---|---|---|
| 760 Calmar | 2005362098 | 08/23/05 | Mt. Zion Spiritual Temple, Inc., Sole Corporation Board Royal Congress of Title Holding and Trust Company, Inc., | CCC |
| 760 Calmar | 2006090045 | 03/10/06 | Mt. Zion Spiritual Temple, Inc., Sole Board Corporation Kingdom Headquarters, Inc., | FFF |
| 760 Calmar | 2006375662 | 10/05/06 | Mt. Zion Spiritual Temple, Inc., Sole Board Corporation Kingdom Headquarters, Inc., | EEE |

JUDGMENT AFTER TRIAL

| 760 Calmar | | | Ocwen Loan, Account No.: 0005693965 | DDD |
|---|---|---|---|---|

7.    The Defendants EDDIE C. WELBON, RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE JEFFERSON and any of their agents, servants, employees, successors, representatives, associates, assignees, and any and all persons acting in concert or participating with them are ordered to deliver the purported deeds forthwith to the Alameda County Superior Court, clerk of court located at Deptartment 18, 1221 Oak Street, 3rd Floor, Oakland, California, for cancellation of all deeds;

8.    That the Court makes a judgment determining that title to the property located at 760 Calmar Avenue and 1488 14th Street, both in the City of Oakland, California, and legally described as:

LOTS 3 AND 4 IN BLOCK "N", AS SAID LOTS AND BLOCK ARE SHOWN ON THE MAP OF "EAST PIEDMONT HEIGHTS OAKLAND, CALIFORNIA, 1907" FILED MARCH 19, 1907, IN BOOK 22 OF ASSESSOR'S PARCEL
**Commonly known as:  760 Calmar Avenue**      APN: 11-868-24

COMMENCING at a point in the northerly line of West 14th Street, distant thereon 149 feet westerly from the point of intersection of said northerly line of said 14th Street with the westerly line of Center Street as said West 14th Street and said Center Street are shown on the map of "Map of Peralta and Center Street Lands," etc., hereinafter referred to; and running thence westerly along said northerly line of said West 14th Street with the easterly line of Peralta Street as said Peralta now exists since the widening thereof by that certain Deed from the Realty Syndicate, a corporation, to City of Oakland, a municipal corporation, dated September 13, 1910, recorded October 10, 1910, in the office of the County Recorder of said County of Alameda, thence northerly along said easterly line of said Peralta Street 25 feet to the point of intersection of said easterly line of said Peralta Street with southeasterly line of Peralta Street as said Peralta Street is shown on the map of "Map of Peralta and Center Street," etc., hereinafter referred to : thence northeasterly along said southeasterly line of said Peralta Street, 78.15 feet to the southerly boundary line of lot 23 in block 581, as said lot 23 and block 5t81 are shown on the map of "Map of Peralta and Center Street Lands," etc., hereinafter referred to; thence easterly along said southerly boundary of said lot 23 and parallel with said northerly line of said West 14th Street 60.57 feet; thence southerly in a direct line to the point of commencement.
Being portions of Lots 19, 20, 21, and 22 in Block 581, as said lots and block are shown on the map of "Map of Peralta and Center Street Lands," etc., filed

JUDGMENT AFTER TRIAL

March 3, 1877, in the office of the County Recorder of said County of Alameda.
**Commonly known as: 1488 14th Street**          APN  5-370-7

belong solely to MT. ZION SPIRITUAL TEMPLE, INC., and Defendants EDDIE C. WELBON,

RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE

JEFFERSON and any of their agents, servants, employees, successors, representatives,

associates, assignees, and any and all persons acting in concert or participating with them, and

each of them, have no title or interest in the property whatsoever or superior to MT. ZION

SPIRITUAL TEMPLE, INC.;

   9.    That defendants EDDIE C. WELBON, RAYFORD BULLOCK, LEON

ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE JEFFERSON and any of their agents,

servants, employees, successors, representatives, associates, assignees, and any and all persons

acting in concert or participating with them, and each of them and each of them have no interest

in the properties located at 760 Calmar Avenue and 1488 14th Street, both in the City of Oakland,

California adverse to Plaintiff;

   10.    The Secretary of State is ordered to void the corporate filings by EDDIE C.

WELBON, EDDIE WELBON, RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO

OSAGIE, LILLIE MAE JEFFERSON and any of their agents, servants, employees, successors,

representatives, associates, assignees, and any and all persons acting in concert or participating

with them, from April 1, 2005, for the following corporations:

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C2885721 | 6/29/2006 | active | **CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE INTERNATIONAL TITLE HOLDINGS AND GROUP OF COMPANIES-A-CORPORATION SOLE** | |

| | | | | |
|---|---|---|---|---|
| C2885301 | 6/13/2006 | active | CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE PASTORS AND MINISTERS ALLIANCE - A CORPORATION SOLE | |
| C2892600 | 7/31/2006 | active | CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE, INC., DISTRICT EDUCATIONAL ASSOCIATION-A- CORPORATION SOLE | |
| C0335930 | 3/26/1957 | active | CORPORATION OF THE PRESIDENT OF THE MT. ZION SPIRITUAL TEMPLE-A CORPORATION SOLE | PRINCE RAYFORD BULLOCK |
| C0228488 | 6/19/1948 | active | MT. ZION SPIRITUAL TEMPLE | PRINCE RAYFORD BULLOCK |
| C2791813 | 8/7/2006 | active | MT. ZION SPIRITUAL TEMPLE KINGDOM INTER-INVESTIGATIVE SECURITY SERVICES AND ARMED RELIGIOUS GUARDS, INC. | EDDIE C WELBON |
| C2791814 | 8/7/2006 | active | MT. ZION SPIRITUAL TEMPLE KINGDOM INTERNATIONAL PROFESSIONAL BUSINESS MEN, WOMEN AND LAYPERSON WEALTH BUILDING AND RELIGIOUS MOTIVATIONAL ASSOCIATION, INC. | EDDIE C WELBON |
| C2742992 | 4/20/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC. SOLE BOARD CORPORATION INTERNATIONAL EDUCATIONAL AND BUILDING FUNDS FOUNDATION, INC. | RAYFORD BULLOCK |
| C2745990 | 5/5/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC. SOLE CORPORATION BOARD ROYAL PRIESTS TRIBUNAL COURT AND COUNCIL OF JUDGES, INC. | RAYFORD BULLOCK |
| C2742990 | 4/18/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF AUXILIARIES COORDINATING COUNCIL, INC. | RAYFORD BULLOCK |
| C2742986 | 4/18/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF CHARTERED SCHOOLS, INC. | RAYFORD BULLOCK |

JUDGMENT AFTER TRIAL

| | | | | |
|---|---|---|---|---|
| C2742989 | 4/18/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF INTERNATIONAL WORLD AMATEUR, SPORT, INC. | RAYFORD BULLOCK |
| C2742988 | 4/18/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF INTERNATIONAL WORLD NEWSPAPERS AND TELEVISION COMMUNICATIONS, PUBLISHERS MONITOR, INC. | EDDIE C WELBON |
| C2742864 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF LORD BARONESS, INC. | R BULLOCK |
| C2742866 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF LORD EARLS, INC. | RAYFORD BULLOCK |
| C2742863 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF LORD MARQUISES, INC. | RAYFORD BULLOCK |
| C2742995 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF LORD MINISTERS,INC. | RAYFORD BULLOCK |
| C2742982 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF LORD VISCOUNTESS, INC. | RAYFORD BULLOCK |
| C2742981 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF MISSIONARIES,INC. | RAYFORD BULLOCK |
| C2742865 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF QUEEN MOTHERS, INC. | RAYFORD BULLOCK |
| C2742987 | 4/18/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF QUEENS COURT OF THE EAST, INC. | RAYFORD BULLOCK |
| C2742983 | 4/18/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF QUEENS COURT OF THE SOUTH, INC. | RAYFORD BULLOCK |

| | | | | |
|---|---|---|---|---|
| C2742985 | 4/18/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE BOARD CORPORATION ROYAL CONGRESSOF QUEENS COURT OF THE WEST, INC.** | RAYFORD BULLOCK |
| C2742991 | 4/20/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD HOME AND FOREIGN ROYAL MISSION BOARD, INC.** | RAYFORD BULLOCK |
| C2745980 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF 'HIP HOP' 'RAP' 'RHYTHM & BLUES' 'JAZZ' 'GOSPEL' 'SOUL' 'POP' & 'DOO-WOP' MUSIC CULTURE PRESERVATION FOUNDATION, INC.** | RAYFORD BULLOCK |
| C2745985 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF AFRICAN AMERICANS RELIGIOUS LEADERS HISTORICAL PRESERVATION MUSEUM,INC.** | RAYFORD BULLOCK |
| C2745986 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF AIDS, HIV, STEROID, STEM CELL RESEARCH FOUNDATION, INC.** | COUNTESS MARIA LOVE |
| C2745976 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF ANNUAL BLACK HISTORY CELEBRATION COMMITTEE, INC.** | RAYFORD BULLOCK |
| C2745979 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF ANNUAL MARTIN LUTHER KING JR., MALCOLM X, THE LATE KING LOUIS H. NARCISSE AND KING DR. EDDIE C. WELBON SUCCESSOR'S BIRTHDAY CELEBRATIONCOMMITTEE, INC.** | RAYFORD BULLOCK |
| C2745977 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF BUSINESS, EDUCATION AND TECHNOLOGIES, INC.** | RAYFORD BULLOCK |

| | | | | |
|---|---|---|---|---|
| C2749626 | 5/24/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF CULINARY ARTS AND HOSTESS COMMITTEE, INC,** | RAYFORD BULLOCK |
| C2745987 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF FATHER'S, MOTHER'S, CHILDREN'S WIVES, HUSBAND'S & FAMILY'S DAY CELEBRATION FOUNDATION, INC.** | RAYFORD BULLOCK |
| C2750731 | 6/8/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF FORGIVENESS AND RECONCILIATION COMMISSION, INC.** | RAYFORD BULLOCK |
| C2745984 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF HEALTH, EDUCATION, AGRICULTURE, INT'L FARMING, IMPORT-EXPORT COMMODITIES EXCHANGE INSTITUTE, INC.** | RAYFORD BULLOCK |
| C2745993 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF INT'L HI-TECH COMPUTER AND BIOTECHNOLOGY TRAINING INSTITUTE, INC.** | RAYFORD BULLOCK |
| C2743156 | 4/27/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF LORD MATRONS, PATRONS AND MISSIONARIES, INC.,** | R BULLOCK |
| C2745989 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF MEMBERSHIP HOMEOWNERS AND INVESTMENTS GROUP, INC.,** | RAYFORD BULLOCK |
| C2750732 | 6/8/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF MILITARY TRAINING INSTITUTE AND DRILL TEAMS, FOUNDATION, INC.,** | RAYFORD BULLOCK |

| | | | | |
|---|---|---|---|---|
| C2749627 | 5/24/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF NURSING HOMES AND REHABILITATION CENTERS, FOUNDATION, INC.,** | RAYFORD BULLOCK |
| C2745988 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF PROGRAM EVENTS COORDINATING COMMITTEE, INC.,** | RAYFORD BULLOCK |
| C2746072 | 5/10/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF PROTECTIVE MEMBERSHIP HOLDINGS AND FUNERAL ARRANGEMENTS COMMITTEE, INC.,** | RAYFORD BULLOCK |
| C2745994 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF RELEGIOUS LEGAL ADVISORS AND RESEARCH GROUP, INC.,** | RAYFORD BULLOCK |
| C2745991 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF SECURITY AND TRANSPORTATION SERVICES, INC.** | RAYFORD BULLOCK |
| C2745983 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF SENIOR CITIZENS, PARENTS, AND PERSON WITH DISABILITIES, INC.** | RAYFORD BULLOCK |
| C2745978 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF SOCIAL JUSTICE, ECONOMIC DEVELOPMENT, PRISONS MINISTRIES AND HOMELESS SHELTERS FOUNDATION, INC.** | R BULLOCK |
| C2745992 | 5/5/2005 | active | **MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF TITLE HOLDING & TRUST COMPANY, INC.** | DR. EDDIE C WELBON |

15

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C2745995 | 5/5/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL CONGRESSOF WEALTH BUILDING AND STARTUP BUSINESS DEVELOPMENT WORKSHOPS FOUNDATION, INC. | RAYFORD BULLOCK |
| C2745982 | 5/5/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION BOARD ROYAL COUNCIL OF MARRIAGE AND ANNUAL INTERNATIONAL AND NATIONWIDE CELEBRATION, INC. | RAYFORD BULLOCK |
| C2750733 | 6/8/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC., SOLE CORPORATION YOUR ROYAL HIGHNESS HIS GRACE KING DR. EDDIE C. WELBON II, PALACE TRUST FUNDS, INC. | RAYFORD BULLOCK |
| C2742998 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION KINGDOM HEADQUARTERS, INC. | RAYFORD BULLOCK |
| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
| C2742867 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF BUSINESS AND PROFESSIONAL WOMEN,INC. | RAYFORD BULLOCK |
| C2742978 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF BUSINESS,HOUSING,TRADE,ECONOMIC DEVELOPMENT,FOREIGN RELATIONS, FINANCE, TECHNICAL CONSULTANCY,AND BUILDING FUNDS, FOUNDATION,INC. | RAYFORD BULLOCK |
| C2742996 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF LADIES AND DUTCHES,INC. | RAYFORD BULLOCK |
| C2742875 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF LORD BARONS,INC. | RAYFORD BULLOCK |

JUDGMENT AFTER TRIAL

| | | | | |
|---|---|---|---|---|
| C2742869 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF LORD BISHOPS,INC. | RAYFORD BULLOCK |
| C2742870 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF LORD DEACONESS,INC. | RAYFORD BULLOCK |
| C2742871 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF LORD DEACONS,INC. | RAYFORD BULLOCK |
| C2742873 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF LORD PUBLIC AFFAIRS DIRECTORS,INC. | RAYFORD BULLOCK |
| C2742868 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF LORD VISCOUNTS,INC. | RAYFORD BULLOCK |
| C2742977 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF MUSIC,ARTS AND CULTURAL,INC. | MARIA LOVE |
| C2742976 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF NURSES, AIDS, AND USHERS,INC. | RAYFORD BULLOCK |
| C2742872 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL CONGRESS OF ROYAL AMBASSADORS,INC. | RAYFORD BULLOCK |
| C2742997 | 4/14/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE BOARD CORPORATION ROYAL YOUR HIGHNESS EXCELLENCY PRESIDENT,INC. | RAYFORD BULLOCK |
| C2743151 | 4/27/2005 | active | MT. ZION SPIRITUAL TEMPLE, INC.,SOLE CORPORATION BOARD ROYAL CONGRESS OF CHILDREN AND FAMILIES,YOUTH DEVELOPMENT CENTERS,INC. | RAYFORD BULLOCK |

| | | | | |
|---|---|---|---|---|
| C2743152 | 4/27/2005 | active | **MT. ZION SPIRITUAL TEMPLE,INC., SOLE BOARD CORPORATION ROYAL LIBRARY AND ARCHIVE , INC.** | RAYFORD BULLOCK |
| C2742980 | 4/14/2005 | active | **MT. ZION SPIRITUAL TEMPLE,INC.,HIS GRACE HIGHNESS KING LOUIS H. NARCISSE MEMORIAL AND EDUCATIONAL MUSEUM,INC.** | DR. EDDIE C. WELBON |
| C2742979 | 4/14/2005 | active | **MT. ZION SPIRITUAL TEMPLE,INC.,SOLE CORPORATION BOARD ROYAL CONGRESS OF PRINCES AND PRINCESS,INC.** | R BULLOCK |
| C2742874 | 4/14/2005 | active | **MT. ZION SPIRITUAL TEMPLE,SOLE BOARD CORPORATION ROYAL CONGRESS OF BUSINESS AND PROFESSIONAL MEN,INC.** | RAYFORD BULLOCK |

and any other corporation filed by each of them using the name MT. ZION SPIRITUAL

TEMPLE, INC are void as the names so closely resembles MT. ZION SPIRITUAL TEMPLE,

INC.,and will tend to deceive, confuse and/or mislead the public;

     11.    A permanent injunction is issued against Defendants EDDIE C. WELBON,

RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE

JEFFERSON and any of their agents, servants, employees, successors, representatives,

associates, assignees, and any and all persons acting in concert or participating with them from

filing any corporate document using the name of MT. ZION SPIRITUAL TEMPLE, INC., or

any significant portion thereof;

     12.    That all corporate filings by EDDIE C. WELBON, EDDIE WELBON,

RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE

JEFFERSON and any of their agents, servants, employees, successors, representatives,

associates, assignees, and any and all persons acting in concert or participating with them in the

corporation MT. ZION SPIRITUAL TEMPLE, INC., California Corporation Number

C0228488, and/or CORPORATION OF THE PRESIDENT IF THE MT. ZION SPIRITUAL

TEMPLE – A CORPORATION SOLE, Corporation Number C0335930; filed with the Secretary of State since April 1, 2005, are declared null and void and have no legal effect whatsoever and are to be stricken by the California Secretary of State;

13. The court makes a judicial determination that EDDIE C. WELBON, RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE JEFFERSON and any of their agents, servants, employees, successors, representatives, associates, assignees, and any and all persons acting in concert or participating with them are not now, and have never been, legitimate members or board members of MT. ZION SPIRITUAL TEMPLE, INC.;

14. The court makes a judicial determination that the election of April 28, 2005, held by EDDIE C. WELBON, RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE JEFFERSON and any of their agents, servants, employees, successors, representatives, associates, assignees, and any and all persons acting in concert or participating with them in Sacramento, California, was without legal authorization by MT. ZION SPIRITUAL TEMPLE INC., and is declared null and void and without any force and effect as to MT. ZION SPIRITUAL TEMPLE INC.;

15. The court makes a judicial determination that any and all actions taken by EDDIE C. WELBON, RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE JEFFERSON and any of their agents, servants, employees, successors, representatives, associates, assignees, and any and all persons acting in concert or participating with them, using the name MT. ZION SPIRITUAL TEMPLE, INC., or any form thereof, are declared null and void and have no legal force and effect;

16. The court makes a further judicial determination that any and all documents executed by EDDIE C. WELBON, EDDIE WELBON, RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE JEFFERSON and any of their agents, servants, employees, successors, representatives, associates, assignees, and any and all persons

1   acting in concert or participating with them purporting to be on behalf of MT. ZION

2   SPIRITUAL TEMPLE, INC., or using the name MT. ZION SPIRITUAL TEMPLE, INC., or any

3   portion thereof, are declared null and void and without any legal force and effect;

4           17.     The court makes a judicial determination that EDDIE C. WELBON, EDDIE

5   WELBON, RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE

6   MAE JEFFERSON and any of their agents, servants, employees, successors, representatives,

7   associates, assignees, and any and all persons acting in concert or participating with them had no

8   legal authority or right or authorization to procure a loan on MT. ZION SPIRITUAL TEMPLE,

9   INC.,'s real properties located at 760 Calmar Avenue and 1488 14th Street, both in the City of

10  Oakland, California;

11          18.     The court makes a judicial determination that MT. ZION SPIRITUAL TEMPLE,

12  INC., did not receive any benefits from any loan proceeds and any such liens created by the

13  loans secured by EDDIE C. WELBON or EDDIE WELBON against MT. ZION SPITRITUAL

14  TEMPLE INC.,'s properties located at 760 Calmar Avenue, in the City of Oakland, California

15  and 1488 14th Street, in the City of Oakland, California, and that such loans and any resulting

16  liens are hereby declared to be null and void and not the liability of MT. ZION SPIRITUAL

17  TEMPLE, INC.;

18          19.     The court makes a judicial determination that the deed of trust recorded on 712

19  Blossom Avenue in the City of Hayward, California, Alameda County Recorder Number

20  2006428567, recorded on November 17, 2006, was not authorized by MT. ZION SPIRITUAL

21  TEMPLE, INC., and that MT. ZION SPIRITUAL TEMPLE, INC., did not receive any monetary

22  or financial benefits nor did it provide the funds for any said loan, and the deed of trust is hereby

23  declared null and void and without any legal effect;

24          20.     The court makes a judicial determination that MT. ZION SPIRITUAL TEMPLE,

25  INC., does not have any interest in the real properties located at 1504 Union Street, 1606 14th

1  Street, 4022 Balfour Avenue, all in the City of Oakland California; 1552 Alcatraz Avenue in the

2  City of Berkeley, California; 712 Blossom Avenue in the City of Hayward, California and that

3  any deed, deed of trust lien, obligation or benefit or any document recorded under the name of

4  MT. ZION SPIRITUAL TEMPLE, INC., or any portion thereof, by Defendants EDDIE C.

5  WELBON, EDDIE WELBON, RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO

6  OSAGIE, LILLIE MAE JEFFERSON and any of their agents, servants, employees, successors,

7  representatives, associates, assignees, and any and all persons acting in concert or participating

8  with them, and each of them, are hereby declared null and void and have no legal  force and

9  effect;

10      21.    The court makes a judicial determination that EDDIE C. WELBON, RAYFORD

11  BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE and LILLIE MAE JEFFERSON

12  caused an inappropriate reassessment of MT. ZION SPIRITUAL TEMPLE INC., properties

13  located at 760 Calmar Avenue and 1488 14th Street, both in the City of Oakland, California, and

14  that the non-profit tax status of said properties should revert to the April 1, 2005 status prior to

15  any actions by Defendants EDDIE C. WELBON, RAYFORD BULLOCK, LEON

16  ROUNDTREE, JR., OROBO OSAGIE and LILLIE MAE JEFFERSON;

17      22.    That the crown, cape and scepter and any other church property taken by EDDIE

18  C. WELBON, EDDIE WELBON, RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO

19  OSAGIE, LILLIE MAE JEFFERSON and any of their agents, servants, employees, successors,

20  representatives, associates, assignees, and any and all persons acting in concert or participating

21  with them, are and each of them is, the property of MT ZION SPIRITUAL TEMPLE, INC., and

22  are to returned immediately to the Defendant MT. ZION SPIRITUAL TEMPLE INC.; and

23      23.    That MT. ZION SPIRITUAL TEMPLE, INC., is awarded its costs of suit against

24  the Cross-Defendants and each of them per a Memorandum of Costs.

25

1 | IT IS SO ORDERED.

2 | Dated: _Feb. 7, 2007_

3 | JUDGE OF THE SUPERIOR COURT

JUDGMENT AFTER TRIAL

DECLARATION OF SERVICE BY MAIL (CCP 1013(a), 2015.5)

On the date shown below, I served the foregoing document by depositing a true copy thereof, enclosed in a separate sealed envelope, with the postage thereon fully prepaid, in the United States mail box at 1225 Fallon Street, Oakland, CA; each of which envelopes was addressed respectively to the persons and addresses shown.

Steven S. Miyake
Attorney at Law
One Embarcadero Center, Suite 1020
San Francisco, CA   94111

Clinton Killian
Attorney at Law
Leamington Building
1814 Franklin Street, Suite 805
Oakland, CA 94612-3527

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, California on February 7, 2007.

By:   May Choo, Deputy Clerk