KENNETH R. WACHTEL (State Bar # 73035)
kwachtel@lpslaw.com
JACK V. VALINOTI (State Bar # 214715)
jvalinoti@lpslaw.com
LELAND, PARACHINI, STEINBERG,
   MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Telephone: (415) 957-1800
Facsimile: (415) 974-1520

Attorneys for Defendant INNOVATIVE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BISHOP/QUEEN OF THE WESTERN HEMISPHERE OF THE MT. ZION NATIONAL BOARD OF DIRECTOR MEMBER SPIRITUAL TEMPLE, INC., QUEEN MOTHER LILLIE MAE JEFFERSON BISHOP AND SPIRITUAL HEAD OF THE MT. ZION GETHSEMANE HOUSE OF PRAYER AND SUBSIDIARY CHURCH OF THE MT. ZION SPIRITUAL TEMPLE, INC. OF OAKLAND, CALIFORNIA; BISHOP GRACE JEFFERSON/MT. ZION NATIONAL BOARD OF DIRECTOR MEMBER NATIONAL BOARD OF DIRECTOR MEMBER; BISHOP BETTY JOHNSON, NATIONAL BOARD OF DIRECTOR MT. ZION SPIRITUAL, INC.; BISHOP GERALD PATTERSON, MT. ZION CHURCH SUPREME COURT CLERK; NATIONAL BOARD OF DIRECTORS MEMBER; KING BISHOP DR. EDDIE C. WELBON, SUCCESSOR, SUPREME LEADER; BISHOP LILLIE MAKE JEFFERSON; BISHOP GRACE JEFFERSON, NATIONAL BOARD OF DIRECTOR MEMBER; BISHOP BETTY JOHNSON, NATIONAL BOARD OF DIRECTOR MEMBER; QUEEN MOTHER CAROLYN CUNNINGHAM, NATIONAL BOARD OF DIRECTOR MEMBER TENNESSEE; BISHOP THEO FRAZIER, NATIONAL BOARD OF DIRECTOR MEMBER; BISHOP GREGORY RICHARDSON, NATIONAL BOARD OF DIRECTOR MEMBER; PRINCE RAYFORD | CASE NO. C 07-02992 MEJ<br><br>**CONSENT OF DEFENDANT INNOVATIVE BANK TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

{S:\innobk\0008\PLD\533744.DOC}

| | |
|---|---|
| 1 | BULLOCK, CHIEF JUSTICE MT. ZION SUPREME COURT TRIBUNAL; SUPREME COURT JUSTICE, MT. ZION CHURCH TRIBUNAL COURT; BISHOP WILLIA CANSON, MT. ZION'S NATIONAL BOARD OF DIRECTOR MEMBER ARIZONA; DUTCHES RUBY HILL, COLORADO MT. ZION'S NATIONAL BOARD OF DIRECTOR MEMBER; 714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541; |
| 7 | Plaintiffs/Petitioners, |
| 8 | vs. |
| 9–17 | CLINTON KILLIAN ATTORNEY; BOB CONNOR; REV. ARTHUR BURNETT; ELOISE MC DANIELS; FRANKLIN HARRIS, JR.; LILLIAN ROBERTS; BANK OF AMERICA; INNOVATIVE BANK; BANK OF THE WEST; OAKLAND POST NEWSPAPER GROUP, PAUL COBB, MGR. EDITOR; THOMAS ORLOFF; ALAMEDA COUNTY DISTRICT ATTORNEY; THE HON. JUDGE CECILIA CASTELLANOS, ALAMEDA COUNTY SUPERIOR COURT DEPT. 18 U.S. ATTORNEY; EDMUND G. BROWN, STATE ATTORNEY GENERAL; CALIFORNIA SECRETARY OF STATE STEVEN H. BOVARNICK; EST. LOUIS H. NARCISSE; REAL PARTIES IN INTEREST, |
| 18 | Defendants/Respondents. |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the

///

///

///

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

1  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

3  DATED: October 31, 2007

LELAND, PARACHINI, STEINBERG,
MATZGER & MELNICK, LLP

By: _____
Kenneth R. Wachtel
Attorneys for Defendant
INNOVATIVE BANK

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

{S:\innobk\0008\PLD\533744.DOC}                    3

INNOVATIVE BANK'S CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 199 Fremont Street - 21st Floor, San Francisco, California 94105.

On October 31, 2007, I served the following document(s) described as **CONSENT OF DEFENDANT INNOVATIVE BANK TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Leland, Parachini, Steinberg, Matzger & Melnick's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 31, 2007, at San Francisco, California.

_/s/ J. Anderson_
Janice P. Anderson

{S:\innobk\0008\PLD\533744.DOC}

## SERVICE LIST
JEFFERSON, et al. v. KILLIAN, et al.
U.S. District Court, Northern District of California
Civil Case No. C 07-02992 MEJ

PLAINTIFFS

Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Gerald Patterson
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Grace Jefferson
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Theo Frazier
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Rayfold Bullock
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Ruby Hill
705 Hunter Drive, #1005
Pueblo, CO 81001

Betty Johnson
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Eddie C. Welborn
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Carolyn Cunningham
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Gregory Richardson
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

Willia Canson
c/o Lilli Mae Jefferson
3400 12th Street
Sacramento, CA 95817

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

{S:\innobk\0008\PLD\533744.DOC}

DEFENDANTS

| | |
|---|---|
| Clinton Killian<br>Law Offices of Clinton Killian<br>1814 Franklin Street, Suite 805<br>Oakland, CA 94612 | Bob Connor * |
| Arthur Burnett * | Eloise McDaniels * |
| Franklin Harris, Jr. * | Lillian Roberts * |
| Bank of America<br>Office of the General Counsel<br>1000 W. Temple Street<br>CA9-705-05-07<br>Fifth Floor<br>Los Angeles, CA 90012 | Bank of the West<br>Office of the General Counsel<br>P.O. Box 4008<br>Concord, CA 94524 |
| Oakland Post Newspaper Group<br>Paul Cobb, Managing Editor<br>405 14th Street, Suite 1215<br>Oakland, CA 94612 | Thomas Orloff<br>Alameda County District Attorney<br>Courthouse<br>1225 Fallon Street, #900<br>Oakland, CA 94612 |
| Judge Cecilia Castellanos<br>Alameda County Superior Court<br>1225 Fallon Street, #900<br>Oakland, CA 94612 | Edmund G. Brown<br>State Attorney General<br>California Department of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814 | Steven H. Bovarnick<br>Attorney at Law<br>345 Grove Street<br>San Francisco, CA 94102 |

* Not served - address unknown.

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

{S:\innobk\0008\PLD\533744.DOC}