IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE MAE JEFFERSON, et al., | No. C 07-2992 MEJ |
| Plaintiff(s), | **ORDER FOR CLERK OF COURT TO REASSIGN CASE** |
| vs. | **ORDER VACATING HEARING DATE** |
| CLINTON KILLIAN, et al., | **REPORT & RECOMMENDATION RE: DEFENDANT'S MOTION TO DISMISS** |
| Defendant(s). | |

Pending before the Court is Defendant Innovative Bank's Motion to Dismiss. (Doc. 7.) Despite repeated requests from the Court, (Docs. 5, 6), Plaintiffs have not filed the requisite consent to proceed before a magistrate judge. Accordingly, the Court ORDERS the Clerk of Court to reassign this matter and RECOMMENDS the newly-assigned judge dismiss Plaintiffs' complaint.

Upon review of Plaintiffs' complaint, it is not clear what, if any, causes of action they are attempting to bring in this court. What is clear, however, is that the complaint violates and contradicts a prior issued state court order. The Honorable Judge Cecilia Castellanos presided over the Alameda County Superior Court case entitled *Dr. Eddie C. Welborn v. Mount Zion Spiritual Temple, Inc. v. Estate of Louis H. Narcisse; and Princess Lillian Roberts* (Alameda County Superior Court Action RG-05-199540; RG-05-227003 Consolidated). (Doc. 8, Ex. 1.) On February 7, 2007, Judge Castellanos issued a Judgment After Court Trial. (Doc. 8, Ex. 1.) In the judgment, Judge

1  Castellanos enjoined Eddie C. Welborn, Rayford Bullock, and Lillie Mae Jefferson - all plaintiffs in

2  this case - (and others) from

3      Using the name "MT. ZION SPIRITUAL TEMPLE, INC.," in any
manner whatsoever in or for any purpose, on any documents or any
4  letterhead creating any corporation using the name of MT. ZION
SPIRITUAL TEMPLE, INC., or representing themselves as MT.
5  ZION SPIRITUAL TEMPLE, INC., on any letterhead, stationery,
pleadings or in any attempt to transfer, sell and/or access property,
6  bank accounts, or any other property owned by MT. ZION
SPIRITUAL TEMPLE, INC., and in any manner attempting to hold
7  themselves out as MT. ZION SPIRITUAL TEMPLE, INC.

8  (Doc. 8, Ex. 1 at 5-6.)

9      In their complaint, Plaintiffs continue their use of the Mt. Zion name, as well as their claims

10  regarding the successor of the church. *See, e.g.,* Complaint, ¶ 19. In doing so, Plaintiffs have

11  violated the clear meaning and intent of that injunction. Judge Castellanos further ruled as follows:

12      The court makes a judicial determination that EDDIE C. WELBORN,
RAYFORD BULLOCK, LEON ROUNDTREE, JR., OROBO
13  OSAGIE, LILLIE MAE JEFFERSON and any of their agents,
servants, employees, successors, representatives, associates, assignees,
14  and any and all persons acting in concert or participating with them are
not now, and have never been, legitimate members or board members
15  of

16      The court makes a judicial determination that any and all actions taken
by EDDIE C. WELBORN, RAYFORD BULLOCK, LEON
17  ROUNDTREE, JR., OROBO OSAGIE, LILLIE MAE JEFFERSON
and any of their agents, servants, employees, successors,
18  representatives, associates, assignees, and any and all persons acting in
concert or participating with the, using the name MT. ZION
19  SPIRITUAL TEMPLE, INC., or any form thereof, are declared null
and void and have no legal force and effect;

20

21      The court makes a further judicial determination that any and all
documents executed by EDDIE C. WELBORN, RAYFORD
22  BULLOCK, LEON ROUNDTREE, JR., OROBO OSAGIE, LILLIE
MAE JEFFERSON and any of their agents, servants, employees,
23  successors, representatives, associates, assignees, and any and all
persons acting in concert or participating with them purporting to be
24  on behalf of MT. ZION SPIRITUAL TEMPLE, INC., or using the
name MT. ZION SPIRITUAL TEMPLE, INC., or any portion thereof,
25  are declared null and void and without any legal force and effect.

26  (Doc. 8, Ex. 1 at 19-20.)

27      If Plaintiffs are attempting to appeal Judge Castellanos' ruling, this is not the proper venue;

28

rather, any appeal should be through the California Appellate courts. Accordingly, the undersigned RECOMMENDS that the District Court DISMISS Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated: November 5, 2007

MARIA ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LILLIE MAE JEFFERSON et al,

        Plaintiff,

v.

CLINTON KILLIAN et al,

        Defendant.

Case Number: CV07-02992 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lillie Mae Jefferson
3400 12th Ave
Sacramento, CA 95817

Dated: November 5, 2007

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

Page 4 of 4