IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIE MAE JEFFERSON, et al.,

        Plaintiff(s),

vs.

CLINTON KILLIAN, et al.,

        Defendant(s).
_____/

No. C 07-2992 MEJ

**NOTICE OF IMPENDING REASSIGNMENT**

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

_____ (1) One or more of the parties has requested reassignment to a United States District Judge, or

__X__ (2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

      All previous hearing dates are hereby **VACATED.**

      **IT IS SO ORDERED.**

Dated: November 5, 2007

                                  MARIA ELENA JAMES
                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LILLIE MAE JEFFERSON et al,

        Plaintiff,

v.

CLINTON KILLIAN et al,

        Defendant.

Case Number: CV07-02992 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lillie Mae Jefferson
3400 12th Ave
Sacramento, CA 95817

Dated: November 5, 2007

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

Page 2 of 2