KENNETH R. WACHTEL (State Bar # 73035)
kwachtel@lpslaw.com
JACK V. VALINOTI (State Bar # 214715)
jvalinoti@lpslaw.com
LELAND, PARACHINI, STEINBERG,
  MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Telephone: (415) 957-1800
Facsimile: (415) 974-1520

Attorneys for Defendant INNOVATIVE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BISHOP/QUEEN OF THE WESTERN HEMISPHERE OF THE MT. ZION NATIONAL BOARD OF DIRECTOR MEMBER SPIRITUAL TEMPLE, INC., QUEEN MOTHER LILLIE MAE JEFFERSON BISHOP AND SPIRITUAL HEAD OF THE MT. ZION GETHSEMANE HOUSE OF PRAYER AND SUBSIDIARY CHURCH OF THE MT. ZION SPIRITUAL TEMPLE, INC. OF OAKLAND, CALIFORNIA BISHOP GRACE JEFFERSON/MT. ZION NATIONAL BOARD OF DIRECTOR MEMBER NATIONAL BOARD OF DIRECTOR MEMBER BISHOP BETTY JOHNSON, NATIONAL BOARD OF DIRECTOR MT. ZION SPIRITUAL, INC. BISHOP GERALD PATTERSON, MT. ZION CHURCH SUPREME COURT CLERK; NATIONAL BOARD OF DIRECTORS MEMBER KING BISHOP DR. EDDIE C. WELBON, SUCCESSOR, SUPREME LEADER BISHOP LILLIE MAE JEFFERSON BISHOP GRACE JEFFERSON, NATIONAL BOARD OF DIRECTOR MEMBER BISHOP BETTY JOHNSON, NATIONAL BOARD OF DIRECTOR MEMBER QUEEN MOTHER CAROLYN CUNNINGHAM, NATIONAL BOARD OF DIRECTOR MEMBER TENNESSEE BISHOP THEO FRAZIER, NATIONAL | CASE NO. C 07-02992 PJH<br><br>**DEFENDANT INNOVATIVE BANK'S RE-NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(6) AND, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT UNDER RULE 12(e)**<br><br>Date: December 19, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

{S:\innobk\0008\PLD\535346.DOC}

DEFENDANT INNOVATIVE BANK'S RE-NOTICE OF MOTION AND MOTION TO DISMISS

| | |
|---|---|
| 1 | BISHOP GREGORY RICHARDSON, NATIONAL BOARD OF DIRECTOR MEMBER |
| 2 | PRINCE RAYFORD BULLOCK, CHIEF JUSTICE MT. ZION SUPREME COURT |
| 3 | TRIBUNAL SUPREME COURT JUSTICE, MT. ZION CHURCH TRIBUNAL COURT |
| 4 | BISHOP WILLIA CANSON, MT. ZION'S NATIONAL BOARD OF DIRECTOR |
| 5 | MEMBER ARIZONA |
| 6 | DUTCHES RUBY HILL, COLORADO MT. ZION'S NATIONAL BOARD OF |
| 7 | DIRECTOR MEMBER 714 BLOSSOM WAY, HAYWARD, CALIFORNIA 94541 |
| 8 | TEL; 415-504-7813 510-885-1637  FAX: 415-504-7800 |
| 9 | |
| | Plaintiffs/Petitioners, |
| 10 | |
| | vs. |
| 11 | |
| 12 | CLINTON KILLIAN ATTORNEY BOB CONNOR |
| 13 | REV. ARTHUR BURNETT ELOISE MC DANIELS |
| 14 | FRANKLIN HARRIS JR. LILLIAN ROBERTS |
| 15 | BANK OF AMERICA INNOVATIVE BANK |
| 16 | BANK OF THE WEST OAKLAND POST NEWSPAPER GROUP, PAUL COBB, MGR. EDITOR |
| 17 | THOMAS ORLOFF ALAMEDA COUNTY DISTRICT ATTORNEY |
| 18 | THE HON. JUDGE CECILIA CASTELLANOS, ALAMEDA COUNTY |
| 19 | SUPERIOR COURT DEPT. 18 U.S. ATTORNEY |
| 20 | EDMUND G. BROWN, STATE ATTORNEY GENERAL |
| 21 | CALIFORNIA SECRETARY OF STATE STEVEN H. BOVARNICK, ESQ. 99361, |
| 22 | ATTY AT LAW EST. LOUIS H. NARCISSE |
| 23 | REAL PARTIES IN INTEREST, |
| 24 | Defendants/Respondents. |

25

26 TO PLAINTIFFS HEREIN:

27    PLEASE TAKE NOTICE that on December 19, 2007 at 9:00 a.m., or as soon thereafter as

28 the matter may be heard in Courtroom 3, on the 17th Floor of the above-entitled court, located at

{S:\innobk\0008\PLD\535346.DOC}    2

DEFENDANT INNOVATIVE BANK'S RE-NOTICE OF MOTION AND MOTION TO DISMISS

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

1  the matter may be heard in Courtroom 3, on the 17th Floor of the above-entitled court, located at
2  450 Golden Gate Avenue, San Francisco, California, defendant INNOVATIVE BANK will move
3  the Court to dismiss the within action pursuant to Rule 12(b)(6) of the Federal Rules of Civil
4  Procedure, and, in the alternative, will move the Court for a more definitive statement under Rule
5  12(e) of the Federal Rules of Civil Procedure.

6      This motion will be and is hereby based upon this Re-Notice of Motion and Motion, upon
7  the Memorandum of Points and Authorities filed and served on October 10, 2007 (Doc. 9), upon
8  the Request for Judicial Notice filed and served on October 10, 2007 (Doc. 8), upon the pleadings
9  and papers on file herein, and upon such other and further oral and documentary evidence and
10 argument as may be received at the time of the hearing.

12 DATED: November 2, 2007      LELAND, PARACHINI, STEINBERG,
                              MATZGER & MELNICK, LLP

14     By: _____
15     Kenneth R. Wachtel
       Attorneys for Defendant
16     INNOVATIVE BANK

{S:\innobk\0008\PLD\535346.DOC}  3

DEFENDANT INNOVATIVE BANK'S RE-
NOTICE OF MOTION AND MOTION TO
DISMISS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 199 Fremont Street - 21st Floor, San Francisco, California 94105.

On November 13, 2007, I served the following document(s) described as **RE-NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(6) AND, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT UNDER RULE 12(e)** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Leland, Parachini, Steinberg, Matzger & Melnick's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2007, at San Francisco, California.

_____
Janice P. Anderson

{S:\innobk\0008\PLD\535346.DOC}

DEFENDANT INNOVATIVE BANK'S RE-NOTICE OF MOTION AND MOTION TO DISMISS

# SERVICE LIST
JEFFERSON et al. v. KILLIAN, et al.
U.S. District Court, Northern District of California
Civil Case No. C 07-02992 MEJ

<u>PLAINTIFFS</u>

| | |
|---|---|
| Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 | Betty Johnson<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 |
| Gerald Patterson<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 | Eddie C. Welborn<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 |
| Grace Jefferson<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 | Carolyn Cunningham<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 |
| Theo Frazier<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 | Gregory Richardson<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 |
| Rayfold Bullock<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 | Willia Canson<br>c/o Lilli Mae Jefferson<br>3400 12th Street<br>Sacramento, CA 95817 |
| Ruby Hill<br>705 Hunter Drive, #1005<br>Pueblo, CO 81001 | |

{S:\innobk\0008\PLD\535346.DOC}

DEFENDANT INNOVATIVE BANK'S RE-NOTICE OF MOTION AND MOTION TO DISMISS

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 Fremont Street – 21st Floor
San Francisco, California 94105-2171
Tel (415) 957-1800 • Fax (415) 974-1520

DEFENDANTS

Clinton Killian
Law Offices of Clinton Killian
1814 Franklin Street, Suite 805
Oakland, CA 94612

Bob Connor *

Arthur Burnett *

Eloise McDaniels *

Franklin Harris, Jr. *

Lillian Roberts *

Bank of America
Office of the General Counsel
1000 W. Temple Street
CA9-705-05-07
Fifth Floor
Los Angeles, CA 90012

Bank of the West
Office of the General Counsel
P.O. Box 4008
Concord, CA 94524

Oakland Post Newspaper Group
Paul Cobb, Managing Editor
405 14th Street, Suite 1215
Oakland, CA 94612

Thomas Orloff
Alameda County District Attorney
Courthouse
1225 Fallon Street, #900
Oakland, CA 94612

Judge Cecilia Castellanos
Alameda County Superior Court
1225 Fallon Street, #900
Oakland, CA 94612

Edmund G. Brown
State Attorney General
California Department of Justice
P.O. Box 944255
Sacramento, CA 94244-2550

California Secretary of State
1500 11th Street
Sacramento, California 95814

Steven H. Bovarnick
Attorney at Law
345 Grove Street
San Francisco, CA 94102

* Not served - address unknown.

{S:\innobk\0008\PLD\535346.DOC}

DEFENDANT INNOVATIVE BANK'S RE-NOTICE OF MOTION AND MOTION TO DISMISS