UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LILLIE MAE JEFFERSON, et al.,

        Plaintiffs,

    v.

CLINTON KILLIAN, et al.,

        Defendants.
_____/

No. C 07-2992 PJH

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING DEFENDANT INNOVATIVE BANK AND UNSERVED DEFENDANTS; AND SETTING CASE MANAGEMENT CONFERENCE**

    The court has reviewed Magistrate Judge James' Report and Recommendation Re: Defendant's Motion to Dismiss. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, defendant Innovative Bank's motion to dismiss is GRANTED, for plaintiffs' failure to state a claim against defendant. The dismissal is with prejudice, in view of the court's finding that plaintiffs' continued use of the Mt. Zion name, as alleged in the underlying action, contravenes the express terms of the state court judgment that plaintiffs' complaint impermissibly challenges. The hearing previously scheduled for December 19, 2007 is VACATED.

    The court further notes that the complaint was initially filed in the eastern District of California on February 6, 2006 and transferred to this district on June 8, 2007. As noted by Magistrate Judge James, not all of the roughly seventeen defendants have been served even though this case has been pending for twenty two months. In her order of August 28, 2007, Judge James ordered plaintiffs to serve the remaining unserved defendants with the summons and complaint within thirty days. The docket reflects that no certificates of

1  service have been filed with the court since August 28, 2007.  Accordingly, all unserved
2  defendants are hereby DISMISSED without prejudice for failure of service as required by
3  Fed. R. Civ. P. 4(m).
4      The court furthermore ORDERS that, pursuant to Fed. R. Civ. P. 16(b) and Civil L.
5  R. 16-10, a Case Management Conference will be held in this case on **January 24**, **2008**,
6  at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San
7  Francisco, California.  All plaintiffs and the defendants who have been served are ordered
8  to attend.  Any plaintiff that does not appear at the case management conference will be
9  dismissed for failure to prosecute this action.
10  **IT IS SO ORDERED**.
11  Dated:  December 4, 2007

PHYLLIS J. HAMILTON
United States District Judge

14  cc: Judge James