<div style="margin-left: 2em;">
**United States District Court**
**For the Northern District of California**
</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP GERALD PATTERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CLINTON KILLIAN,<br><br>    Defendant.<br>_____/ | No. C 07-00951 CRB<br><br>**ORDER RELATING CASES** |

    Pursuant to Northern District of California Civil Local Rule 3-12, the Court finds that <u>Jefferson v. Killian</u>, 08-123 CRB and <u>Jefferson v Killian</u>, 07-2992, are related to the above action, 07-951 CRB and to <u>Welbon v. Burnett</u>, 07-4248 CRB. All four cases are brought by the same plaintiff proceeding pro se, Eddie Welbon, and all arise from his challenge to the leadership of the Mt. Zion Spiritual Temple. Accordingly, 08-123 and 07-2992, shall be reassigned to the undersigned judge.

    **IT IS SO ORDERED.**

Dated: March 17, 2008

                                                      CHARLES R. BREYER<br>
                                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\0951\orderrelatingcases.wpd

G:\CRBALL\2007\0951\orderrelatingcases.wpd

2