UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE MAE JEFFERSON et al, | Case Number: CV07-02992 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CLINTON KILLIAN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lillie Mae Jefferson
3400 12th Avenue
Sacramento, CA 95817

Dated: March 17, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk